Linda J. Johnson
Clapp, Peterson, Tiemessen,
   Thorsness & Johnson, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272 - phone
(907) 272-9586 - fax
usdc-anch-ntc@cplawak.com
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA<br><br>Defendants. | Case No. 3:19-cv-00025-JWS |

## NOTICE OF FILING STATE COURT PLEADINGS

COME NOW Defendants, Michael J. Dunleavy, Tuckerman Babcock, and State of Alaska by and through their attorneys, Clapp, Peterson, Tiemessen, Thorsness & Johnson, LLC, and pursuant to 28 U.S.C. §1446(a), hereby gives notice that they are herewith filing documents required by law.  The documents consist of copies of identified process, pleadings and orders filed in the case entitled *Elizabeth Bakalar v. Michael J. Dunleavy, in his individual and official capacities; Tuckerman Babcock; and the State of*

*Alaska,* Case No. 3AN-19-04444CI, in the Superior Court for the State of Alaska, Third Judicial District at Anchorage.

    Exhibit A:    Case Description – Superior Court.

    Exhibit B:    Complaint filed January 10, 2019.

    Exhibit C:    Summons and Notice to Both Parties of Judicial Assignment for Michael J. Dunleavy dated January 10, 2019.

    Exhibit D:    Summons and Notice to Both Parties of Judicial Assignment for Tuckerman Babcock dated January 10, 2019.

    Exhibit E:    Summons and Notice to Both Parties of Judicial Assignment for State of Alaska dated January 10, 2019.

    Exhibit F:    Civil Rule 4(f) Affidavit Notice of Proof of Service (on Dunleavy, Babcock, and State of Alaska) filed January 28, 2019.

    Exhibit G:    Notice of Removal dated February 6, 2019.

    DATED at Anchorage, Alaska, this 19th day of February, 2019.

    CLAPP, PETERSON, TIEMESSEN,
THORSNESS & JOHNSON, LLC
Attorneys for Defendant

By  s/ Linda J. Johnson
    Linda J. Johnson, ABA No. 8911070

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February, 2019, a copy of the foregoing document was served electronically through the ECF system on:

Stephen Koteff
Joshua A. Decker
skoteff@acluak.org
jdecker@acluak.org

By:  s/ Linda J. Johnson

Notice of Filing State Court Pleadings
*Bakalar v Dunleavy, et al.*, Case No. 3:19-cv-00025-JWS
Page 3 of 3