UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| Elizabeth Bakalar | v. | Michael J. Dunleavy, in his individual and official capacities, *et al*. |
| | | 3:19-cv-00025-JWS |
| Anthony L. Blanford, *et al.* | v. | Michael J. Dunleavy, in his individual and official capacities, *et al.* |
| | | 3:19-cv-00036-HRH |

Hon. John W. Sedwick

Order from Chambers          March 24, 2019

---

By agreement of the judges, Case No. 3:19-cv-00036 HRH, *Blanford, et al. v. Dunleavy* is transferred to Judge Sedwick's docket. Please use the new Case No. 3:19-cv-00036 JWS.

_____