STEPHEN KOTEFF, NO. 9407070
JOSHUA A. DECKER, NO. 1201001
ACLU OF ALASKA FOUNDATION
1057 W. FIREWEED LANE, STE. 207
ANCHORAGE, AK 99503
(907) 263-2007
*skoteff@acluak.org*

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ELIZABETH BAKALAR,                      )
                                        )
              Plaintiff,                )
                                        )
      v.                                )
                                        )
MICHAEL J. DUNLEAVY, in his             )
individual and official capacities;     )
TUCKERMAN BABCOCK; and                  )     Case No. 3:19-cv-00025-JWS
the STATE OF ALASKA,                    )
                                        )
              Defendants.               )
                                        )

**APPLICATION FOR ENTRY OF DEFAULT**

TO:  CLERK OF COURT

      Plaintiff Elizabeth Bakalar hereby requests, pursuant to Rule

55(a) of the Federal Rules of Civil Procedure, that the Clerk enter the

default of Defendants Michael J. Dunleavy, Tuckerman Babcock, and

the State of Alaska for failure to plead or otherwise defend this action,

as is evident from the Court's file in this matter and as is further

**ACLU OF ALASKA FOUNDATION**
1057 W. Fireweed Ln. Suite 207
Anchorage, Alaska 99503
TEL: 907.258.0044
FAX: 907.258.0288
EMAIL: *legal@acluak.org*

*Bakalar v. Dunleavy, et al.*
APPLICATION FOR ENTRY OF DEFAULT
Case No. 3:19-cv-00025-JWS                                    Page 1 of 2

Case 3:19-cv-00025-JWS   Document 12   Filed 04/19/19   Page 1 of 2

described in the Declaration of Stephen Koteff, filed concurrently with

this request.

Dated April 19, 2019.

By: <u>s/Stephen Koteff</u>
Stephen Koteff, Bar No. 9407070
Joshua A. Decker, Bar No. 1201001
ACLU OF ALASKA FOUNDATION
1057 West Fireweed Lane, Suite 207
Anchorage, AK 99503
(907) 263-2007 (telephone)
skoteff@acluak.org
jdecker@acluak.org

*Counsel for Plaintiff Elizabeth
Bakalar*

ACLU OF ALASKA FOUNDATION
1057 W. Fireweed Ln. Suite 207
Anchorage, Alaska 99503
TEL: 907.258.0044
FAX: 907.258.0288
EMAIL: *legal@acluak.org*

*Bakalar v. Dunleavy, et al.*
APPLICATION FOR ENTRY OF DEFAULT
Case No. 3:19-cv-00025-JWS                                                        Page 2 of 2

Case 3:19-cv-00025-JWS   Document 12   Filed 04/19/19   Page 2 of 2