| From: | Linda J. Johnson |
|---|---|
| To: | Stephen Koteff; Joshua Decker |
| Cc: | Rikki Burns-Riley; Sherry Sims; Jana Vanderbrink |
| Subject: | Bakalar v. Dunleavy et al; and Blanford/Bellville v. Dunleavy et al |
| Date: | Tuesday, February 5, 2019 3:22:12 PM |

Stephen,

I will be representing all defendants in the two recently filed cases referenced above.

Please direct all communications to me.

It appears that the individuals have not been served personally pursuant to Rule 4. Please serve me with the Complaint for Gov. Dunleavy in his personal capacity and the complaint for Tuckerman Babcock.

I will accept service by email if you will agree to also cc those in my office who I have included above. That way I will not miss anything.

Thank you.

Linda



Celebrating over 20 years of service

Linda J. Johnson
Clapp, Peterson, Tiemessen, Thorsness & Johnson
711 H. Street, Suite 620
Anchorage, Alaska 99501
907-272-9631 - Direct

**CONFIDENTIALITY NOTICE**

This e-mail transmission and any documents accompanying it may contain confidential information which is protected by the attorney-client privilege or other grounds for confidentiality or nondisclosure. If you are not the intended recipient of the transmitted information, you are hereby notified that disclosing, copying, distributing, or taking action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, notify the sender and delete the information. This communication is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by

Exhibit 1 to Declaration of Stephen Koteff in Support of Application for Entry of Default
Bakalar v. Dunleavy, et al.
Case No. 3:19-cv-00025 JWS

Case 3:19-cv-00025-JWS   Document 13-1   Filed 04/19/19   Page 1 of 1