Linda J. Johnson
Clapp, Peterson, Tiemessen,
  Thorsness & Johnson, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272 - phone
(907) 272-9586 - fax
usdc-anch-ntc@cplawak.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA<br><br>    Defendants. | Case No. 3:19-cv-00025-JWS |

**STIPULATION TO WITHDRAW PLAINTIFF'S
APPLICATION FOR ENTRY OF DEFAULT**

Defendants Michael J. Dunleavy, Tuckerman Babcock, and State of Alaska, and Plaintiff Elizabeth Bakalar agree that Plaintiff herewith withdraws the Application for Entry of Default [Doc. 12].  Parties agree that Defendants will answer or file a motion to dismiss by April 23, 2019.

Stipulation to Withdraw Plaintiff's Application for Entry of Default
*Bakalar v Dunleavy, et al.*, Case No. 3:19-cv-00025-JWS
Page 1 of 2

Case 3:19-cv-00025-JWS   Document 14   Filed 04/19/19   Page 1 of 2

DATED at Anchorage, Alaska, this 19th day of April, 2019.

                                     CLAPP, PETERSON, TIEMESSEN,
                                     THORSNESS & JOHNSON, LLC
                                     Attorneys for Defendant

                                     By  s/ Linda J. Johnson
                                         Linda J. Johnson, ABA No. 8911070


                                     ACLU OF ALASKA FOUNDATION
                                     Attorneys for Plaintiff

                                     By: s/Stephen Koteff (consent)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of April, 2019, a copy of the foregoing document was served electronically through the ECF system on:

Stephen Koteff
Joshua A. Decker
skoteff@acluak.org
jdecker@acluak.org

By:  s/ Linda J. Johnson

Stipulation to Withdraw Plaintiff's Application for Entry of Default
*Bakalar v Dunleavy, et al.*, Case No. 3:19-cv-00025-JWS
Page 2 of 2