Linda J. Johnson
Clapp, Peterson, Tiemessen,
   Thorsness & Johnson, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272 - phone
(907) 272-9586 - fax
usdc-anch-ntc@cplawak.com
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA<br><br>    Defendants. | Case No. 3:19-cv-00025-JWS |

## NON-OPPOSED MOTION TO EXTEND DEADLINE
## TO FILE ANSWER TO PLAINTIFF'S COMPLAINT

COME NOW Defendants, Michael J. Dunleavy, Tuckerman Babcock, and the State of Alaska, by and through their attorneys, Clapp, Peterson, Tiemessen, Thorsness & Johnson, LLC, and hereby move this Court for an extension to file their answer to Plaintiff's Complaint.

The deadline to file defendants' Answer to Plaintiff's Complaint was May 3, 2019. The new proposed deadline for defendants' Answer to Plaintiff's Complaint is **May 10, 2019.**

Defendants request this extension due to State of Alaska Attorney General, Kevin Clarkson's, recent and serious health issues.[1] Plaintiff's attorney, Stephen Koteff, stated in a phone conversation with the undersigned at approximately 5:30 pm on May 2, 2019 that Plaintiff does not oppose this motion.

DATED at Anchorage, Alaska, this 3rd day of May, 2019.

    CLAPP, PETERSON, TIEMESSEN,
    THORSNESS & JOHNSON, LLC
    Attorneys for Defendants

    By s/ John B. Thorsness
      John B. Thorsness, ABA No. 8211154

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2019, a copy of the foregoing document was served electronically through the ECF system on:

Stephen Koteff
Joshua A. Decker
skoteff@acluak.org
jdecker@acluak.org

By: s/ John B. Thorsness

---

[1] Should the Court require, Defendants will provide more detailed medical information, either under seal or for *In Camera* Review, pursuant to Alaska Dist. Ct. R. of Civ. P. 7.3(f) or (g).

Non-Opposed Motion to Extend Answer Deadline
*Bakalar v Dunleavy, et al.*, Case No. 3:19-cv-00025-JWS
Page 2 of 2