IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>          Defendants. | Case No. 3:19-cv-00025-JWS<br><br><br>**ORDER GRANTING<br>JOINT MOTION FOR EXTENSION<br>OF PRETRIAL DEADLINES** |

Upon consideration of the parties' Joint Motion for Extension of Pretrial Deadlines and being fully advised in the premises,

IT IS HEREBY ORDERED that the joint motion is GRANTED. The deadlines are extended by two months from the August 25, 2019 Scheduling and Planning Order (Dkt. 36) as follows:

        Final Discovery Witness List – July 31, 2020

        Date of Completion of Discovery – October 2, 2020

        Discovery Motion Deadline – October 2, 2020

        Dispositive Motion Deadline – October 2, 2020

        Motion *in Limine* Deadline – October 2, 2020

ORDERED this 13th day of July 2020.

                              /s/ JOHN W. SEDWICK
                  SENIOR JUDGE, UNITED STATES DISTRICT COURT