AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     ALASKA

ELIZABETH BAKALAR

             Plaintiff (s),

V.

MICHAEL J. DUNLEAVY, et. al

             Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:19-cv-00025

Notice is hereby given that, subject to approval by the court, **Elizabeth Bakalar** (Party (s) Name) substitutes **Mark Choate** (Name of New Attorney), State Bar No. **8011070** as counsel of record in place of **Stephen Koteff, Joshua A. Decker, of the ACLU of Alaska Foundation** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name:     Choate Law Firm LLC
    Address:     424 N. Franklin Street, Juneau, AK 99801
    Telephone:     (907) 586-4490     Facsimile (206) 424-9705
    E-Mail (Optional):     mark@choatelawfirm.com

I consent to the above substitution.
Date:     9/16/2020
          (Signature of Party (s))

I consent to being substituted.
Date:     9/17/20
          (Signature of Former Attorney (s))

I consent to the above substitution.
Date:     09/17/2020
          Mark Choate
          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     ALASKA

ELIZABETH BAKALAR

Plaintiff (s),

V.

MICHAEL J. DUNLEAVY, et. al

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:19-cv-00025

Notice is hereby given that, subject to approval by the court, Elizabeth Bakalar substitutes
(Party (s) Name)

Amanda Harber , State Bar No. 1011119 as counsel of record in
(Name of New Attorney)

place of Stephen Koteff, Joshua A. Decker, of the ACLU of Alaska Foundation .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Office of Amanda J. Harber

Address: P.O. Box 661, Soldotna, AK 99669

Telephone: (907) 420-4290    Facsimile

E-Mail (Optional): amanda.harber@gmail.com

I consent to the above substitution.

Date: 9/16/20

(Signature of Party (s))

I consent to being substituted.

Date: 9/17/20

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]