AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR<br>Plaintiff(s),<br>V.<br>MICHAEL J. DUNLEAVY, et. al<br>Defendant(s), | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: 3:19-cv-00025 |

Notice is hereby given that, subject to approval by the court, __Elizabeth Bakalar__ substitutes
(Party (s) Name)

__Amanda Harber__, State Bar No. __1011119__ as counsel of record in
(Name of New Attorney)

place of __Stephen Koteff, Joshua A. Decker, of the ACLU of Alaska Foundation__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: ~~Law Office of Amanda J. Harber~~ 49th State Law LLC
Address: P.O. Box 661, Soldotna, AK 99669
Telephone: (907) 420-4290  Facsimile
E-Mail (Optional): amanda.harber@gmail.com  amanda@49thstatelaw.com

I consent to the above substitution.
Date: 9/16/20
(Signature of Party(s))

I consent to being substituted.
Date: 9/17/20
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 9/17/2020
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____  _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]