Brewster H. Jamieson, ABA No. 8411122
Peter C. Partnow, ABA No. 7206029
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907-264-3325
 907-264-3317
 907-264-3303
Email: jamiesonb@lanepowell.com
 partnowp@lanepowell.com
 baylousm@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>Defendants. | Case No. 3:19-cv-00025-JWS<br><br>**DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION FOR NEW PRETRIAL ORDER AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES <u>AND INJUNCTIVE RELIEF</u>** |

Defendants give notice that they do not oppose Plaintiff's Motion for New Pretrial Order and for Leave to File First Amended Complaint for Damages and Injunctive Relief [Dkt. 50] dated October 1, 2020.

DATED this 20th day of October, 2020.

LANE POWELL LLC
Attorneys for Defendants

By  s/ Brewster H. Jamieson
 Brewster H. Jamieson, ABA No. 8411122
 Peter C. Partnow, ABA No. 7206029
 Michael B. Baylous, ABA No. 0905022

I certify that on October 20, 2020, a copy of the foregoing was served electronically on:

Amanda Harber, Amanda.harber@gmail.com
Mark Choate, mark@choatelawfirm.com

  s/ Brewster Jamieson