Brewster H. Jamieson, ABA No. 8411122
Peter C. Partnow, ABA No. 7206029
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907-264-3325
 907-264-3317
 907-264-3303
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
 partnowp@lanepowell.com
 baylousm@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>Defendants. | Case No. 3:19-cv-00025-JWS<br><br>**PARTIES' PROPOSED SCHEDULE FOR REMAINING <u>PRETRIAL DEADLINES</u>** |

Counsel have conferred regarding the remaining discovery needs of this case and a schedule to accomplish it. Considering the involvement of new counsel on behalf of Plaintiff, recent addition of new legal claims, and difficulties caused by COVID-19, the Parties agree that a schedule providing flexibility is necessary. The Parties respectfully request the Court set the remaining pretrial deadlines as follows:

Discovery Motion Deadline – April 2, 2021

Dispositive Motion Deadline – April 2, 2021

Date of Completion of Discovery – May 7, 2021

Motion in Limine Deadline – May 7, 2021

|  |  |
|---|---|
|  | CHOATE LAW FIRM LLC<br>Attorneys for Plaintiff |
| Dated: November 12, 2020 | By  s/ Mark Choate (w/consent)<br>    Mark C. Choate, ABA No. 8011070 |
|  | LANE POWELL LLC<br>Attorneys for Defendants |
| Dated: November 12, 2020 | By  s/ Michael B. Baylous<br>    Brewster H. Jamieson, ABA No. 8411122<br>    Peter C. Partnow, ABA No. 7206029<br>    Michael B. Baylous, ABA No. 0905022 |

I certify that on November 12, 2020, a copy of the foregoing was served electronically on:

Mark Choate, mark@choatelawfirm.com [ECF]

and served via email on:
Amanda Harber, Amanda.harber@gmail.com

s/ Michael B. Baylous

026822.0004/7740183.2

Parties' Proposed Schedule for Remaining Pretrial Deadlines
*Elizabeth Bakalar v. Michael J. Dunleavy, et al.* (Case No. 3:19-cv-00025-JWS)                Page 2 of 2

Case 3:19-cv-00025-JWS   Document 53   Filed 11/12/20   Page 2 of 2