# One Hot Mess

You'll laugh. You'll cry. You'll feel better about yourself. I promise.

**Tuesday, January 24, 2017**

## Energy and the Laws of Motion: Final Reflections on the Women's March on Washington

I'm rounding out and wrapping up my series of posts on the DC Women's March with a description of my main takeaway.

It starts with Newton's three laws of motion:

> 1. An object at rest stays at rest unless and until it is acted on by a resultant force (e.g., a table resting on the ground will not move unless pushed).
>
> 2. Acceleration depends on the forces acting on it and the mass of the object (Force = mass x acceleration).
>
> 3. For every action, there is an equal and opposite reaction.

The analogy is imperfect, but: (1) My conscience is the object that was at rest until acted on by the force of developing history; (2) How I respond (or don't) depends on various outside forces, their power, and the mass of my conscience; and (3) For every negative action, there is an equal and opposite positive reaction I can choose to have.

I've touched on these issues *before*, but participating in the march really brought home a simple, singular truth: we only get one life. We only have so much time, energy and attention to devote to the things we care about. We alone get to decide what matters to us and how best to honor those things, and we have finite resources of time, money, energy, and attention with which to do so.

That's why I've chosen to channel my energy and momentum in a positive as opposed to negative direction.

I'm not interested in having online or in-person arguments with strangers (or with friends and family, for that matter) about why I think Donald Trump is a terrible person.

I lack the motivation to "convert" people to my way of thinking about feminism, race relations, and the climate.

I don't have time to defend my participation in democracy, listen to other people criticize peaceful protesting, or explain why peaceful protesting is basic patriotism at work as opposed to a dumb waste of time for privileged snowflakes.

I couldn't be less afraid of the ramifications (personal or professional) of speaking out loudly--and often--against a person who poses the kind of objective threat to democracy and humanity that Donald Trump does. If anything, I'm afraid of being silent, complacent, and complicit.

This is what I carry with me from the march: a mandate to my conscience to remain in motion, propelled by the energy of millions of like-minded citizens who marched on Washington and the world last weekend.

To allow my conscience to accelerate toward what I know in my own heart is good, right, and just without allowing the forces of doubt and fruitless arguments and the cross-lobbing of insults to slow it down.

To make my reactions positive ones that push back against and rise above the noisy fray of self-doubt and the hurling of invective from people who don't really care to engage in anything approaching reasoned discourse anyway.

To not let anything, least of all internet trolls and disorienting media rabbit holes, become the objects

---

**Most Read This Week**

- Wait...Did I Just Eat a Testicle?
- This is MATRICIDE.
- 10 Ways to Drive Your Man CRAZY in Bed!
- I Wish I Could Have Been in the Room Where That 1989 Juicy Fruit Gum Ad Was Written
- Ladies, This is the Vaginal Secretion Sweetener You Did Not Know You Needed!
- David Bowie's Junk
- You Wanna Burn Down the Patriarchy? Here Are 5 Simple Rules to Help You Do That
- This Should Make Us All Very Mad.
- 10 Signs My Kids Are Possessed by Demons--And Yours Could Be Next!
- Top 10 George Washington Scandals

**Labels**

- Advertising & Marketing (55)
- Alaskana (251)
- Animal Kingdom (53)
- Asshats (399)
- Awkward! (31)
- Bingo! (10)
- Books & Movies (68)
- Childhood Stories (64)
- Comics (31)
- Flowcharts (28)
- Food (88)
- Friendship (45)
- Good Times With Technology (64)
- Health & Fitness (63)
- Limericks (17)
- Miscellaneous (184)
- Music (63)
- Neurotic Musings (165)
- Parenting (320)
- Raps n' Bars (28)
- Style & Fashion (88)
- Women (212)

Exhibit AH
Page 1 of 4

Case 3:19-cv-00025-JWS   Document 56-34   Filed 03/26/21   Page 1 of 4

that stop my conscience in its tracks. Instead, I want my conscience to be the object that stops affronts to democracy in *their* tracks.

This weekend, I saw that I am not alone. I experienced with my own eyes, ears, and body the life-force that will allow my conscience to remain in motion.

It was powerful. It was enormous. It was peaceful. It was beautiful. And it was real.



Posted by One Hot Mess at 3:08 PM

Labels: Women

## 4 comments:

**Suddenly Susan** January 24, 2017 at 3:42 PM

It was powerful. It was enormous. It was peaceful. It was beautiful. And it was real.

YES. YES, IT WAS!

Reply

**Angel** January 24, 2017 at 6:26 PM

Hi. Someone (maybe http://eb-misfit.blogspot.com/) posted a link to your "America Announces Divorce from Reality" which I thought was really great! I've been reading your blog since then (and going back to earlier entries).

I really appreciate this post, since it's been hard for me to articulate why the marches were important to me. But they were important! and a wonderful "peaceful presence" as a very small first step, to I don't know where.

I'm interested in the 10 actions in 100 days, and trying to focus change and action more locally (https://www.womensmarch.com/100/). It's great to hear something so affirming of my thoughts and feelings from a total stranger on the other side of the country.

Thanks again for so eloquently sharing your thoughts.

**About Me**

 **One Hot Mess**
View my complete profile

**Blog Archive**

- ▶ 2021 (5)
- ▶ 2020 (28)
- ▶ 2019 (66)
- ▶ 2018 (235)
- ▼ 2017 (479)
  - ▶ December (26)
  - ▶ November (29)
  - ▶ October (37)
  - ▶ September (31)
  - ▶ August (35)
  - ▶ July (35)
  - ▶ June (47)
  - ▶ May (45)
  - ▶ April (47)
  - ▶ March (53)
  - ▶ February (49)
  - ▼ January (45)
    - America Playing Real Life, High Stakes Pokemon Go
    - Actually, the "Real Problem" is Maroon 5 and Shirt...
    - Two Competing Narratives of Intention and a Third ...
    - Well This Should be Interesting
    - The Privilege of Not Having a Leftist Libtard Snow...
    - By the Time Dick Cheney is Calling Your Policies I...
    - Ask an Alaskan if Climate Change is Real
    - Caps Lock, Shift, and Exclamation Point Keys Plan ...
    - Imagine You're on a Plane
    - I Read the Entire Transcript of President Trump's ...
    - Trump Rewrites the New Colossus
    - I Have Some Questions for the Women (Plural) Who G...
    - "Abraca ... What?" is the Most Aptly Named Board G...
    - Good News! Juneau is Now Alt-Dry
    - Energy and the Laws of Motion: Final Reflections o...
    - Hey Senator McDaniel, Does this Look Like an "Unha...
    - My Husband Was a Woke-Ass Bae Before it Was Cool

Exhibit AH
Page 2 of 4

Case 3:19-cv-00025-JWS   Document 56-34   Filed 03/26/21   Page 2 of 4

Angel Johnston
Chicago, IL

Reply

▼ Replies

One Hot Mess   January 25, 2017 at 8:11 AM

Thank you, Angel.

Reply

---

**Katie B.**  January 24, 2017 at 11:18 PM

Beautiful. Thank YOU!

Reply

```
Enter your comment...
```

Comment as: Google Accour ▾

Publish   Preview

Note: Only a member of this blog may post a comment.

Newer Post                      Home                      Older Post

Subscribe to: Post Comments (Atom)

Trump Truly is Our Sentient Cheeto Overlord

Fact: This is What Democracy Looks Like

March on Washington: A Photo Essay

This Flight is Chock Full of Pussies, and the Futu...

And Now Gwyneth Paltrow Wants You to Shove a Jade ...

A Feminist Takedown of The Worst Fucking Song Ever...

Open Letter to the Grizzly Bear Trying to Break In...

5 Hot Evening Looks that Say "Don't Even Fucking T...

This Hour in Whitesplaining: Ya Done Fucked Up, De...

Here's the Kind of Shit that Can Happen When You P...

Ghost of Dr. Martin Luther King, Jr. Returns to Sc...

I Learned to Speak Spanish from Color Me Badd

Congress to My Friends and to America: Drop Dead.

Behold! My Son is a Genius Because He is Moving Ch...

America Announces Divorce from Reality

My Ears are Bleeding and We are All BEYOND Fucked!

If #GoldenShowerGate is Wrong, I Don't Want to be ...

Many People are Saying that Jeff Sessions and Pete...

Eaveswatching

You Can't Tell My Mom Jack Shit

Inside My Head in a Car During an East Coast Blizzard

Things I Did Not Know Existed, Things I Knew Exist...

For the Record, the Future Leader of the Free Worl...

Many People are Saying that People Who Police Othe...

Uh, Not So Sure About This Throw Pillow

Hiding Out

Making Murderers Out of the Real Hippies of Downto...

My Kids Think Graveyards Have Gift Shops

► 2016 (667)
► 2015 (731)

Exhibit AH
Page 3 of 4

► 2014 (187)

---

Simple theme. Powered by Blogger.