Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907.264.3325
            907.264.3303
Email:    jamiesonb@lanepowell.com
            baylousm@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>                        Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>                        Defendants. | Case No. 3:19-cv-00025-JWS<br><br>**DECLARATION OF**<br>**<u>MICHAEL B. BAYLOUS</u>** |

I, Michael B. Baylous, declare as follows:

1.     Attached as Exhibit A is Ms. Bakalar's April 2012 performance evaluation, which was attached to Ms. Bakalar's Complaint.

2.     Attached as Exhibit B is an October 9, 2017 Anchorage Daily News article titled *Judge Overrules Mallott, Sides with Ballot Group on Salmon Initiative*.

https://www.adn.com/alaska-news/environment/2017/10/09/judge-overrules-mallott-sides-with-environmental-group-on-salmon-initative/

3.     Attached as Exhibit C is a November 3, 2017 Anchorage Daily News article titled *Alaska Attorney General Appeals Court Ruling that Could Let Gov. Walker into Democratic Primary*.

https://www.adn.com/politics/2017/11/03/alaska-attorney-general-appeals-court-ruling-that-could-let-gov-walker-into-democratic-primary/

4. Attached as Exhibit D is a December 16, 2016 Anchorage Daily News article titled *Alaska's Presidential Electors Set to Vote Trump Despite Intense Lobbying*.

https://www.adn.com/politics/2016/12/15/alaskas-republican-presidential-electors-set-to-vote-trump-despite-tidal-wave-of-lobbying/

5. Attached as Exhibit E is the Department of Law Attorney V job description.

6. Attached as Exhibit F is February 2, 2018 One Hot Mess blog post titled *PSA: I'm Done Doing Dudes' Homework for Them*.

https://onehotmessalaska.blogspot.com/2018/02/psa-im-done-doing-dudes-homework-for.html

7. Attached as Exhibit G is July 5, 2019 One Hot Mess bog post titled *Why I Stay Part II (Crisis/Mantra Edition)*.

https://onehotmessalaska.blogspot.com/2019/07/why-i-stay-part-ii-crisismantra-edition.html

8. Attached as Exhibit H is a July 17, 2016 Alaska Daily News article written by Ms. Bakalar and titled *Is this Fair?*.

https://www.adn.com/opinions/2016/07/17/is-this-fair/

9. Attached as Exhibit I is a September 5, 2018 One Hot Mess blog post titled *Why Anonymous Content is Bullshit*.

https://onehotmessalaska.blogspot.com/2018/09/why-anonymous-content-is-bullshit.html

10. Attached as Exhibit J is an October 6, 2017 One Hot Mess blog post titled *CDATPharm + Small Alaskan City = Mortification!*.

https://onehotmessalaska.blogspot.com/2017/10/cdatpharm-small-alaskan-city.html

11. Attached as Exhibit K is a February 18, 2017 One Hot Mess blog post titled *Fart Etiquette on Point?*.

https://onehotmessalaska.blogspot.com/2017/02/fart-etiquette-on-point.html

12. Attached as Exhibit L is an April 29, 2018 One Hot Mess blog post titled *The Porta Potty is the High Dive of Potties*.

https://onehotmessalaska.blogspot.com/2018/04/the-porta-potty-is-high-dive-of-potties.html

13. Attached as Exhibit M is a March 20, 2017 One Hot Mess blog post titled *A Dudebro I Once Tried and Failed to Bang Became a Priest, Because of Course He Did*.

https://onehotmessalaska.blogspot.com/2017/03/a-dudebro-i-once-tried-and-failed-to.html

14. Attached as Exhibit N is a June 20, 2017 One Hot Mess blog post titled *Not Equipped*.

https://onehotmessalaska.blogspot.com/2017/06/not-equipped.html

15. Attached as Exhibit O is a November 7, 2016 One Hot Mess bog post titled *Out of State and Out of Touch: Juneau Empire Georgia-Based Corporate HQ is Meddling with the Alaska Supreme Court*.

https://onehotmessalaska.blogspot.com/2016/11/out-of-state-and-out-of-touch-juneau.html

16. Attached as Exhibit P is a July 27, 2017 One Hot Mess blog post titled *Reclaiming Light and Patriotism.*

https://onehotmessalaska.blogspot.com/2017/07/reclaiming-light-and-patriotism.html

17. Attached as Exhibit Q is a November 7, 2017 One Hot Mess blog post titled *Don Young Almost Stabbed his Colleague in the Face and Ho Hum Whatevs NBD!*.

https://onehotmessalaska.blogspot.com/2017/11/don-young-almost-stabbed-his-colleague.html

18. Attached as Exhibit R is a January 20, 2018 One Hot Mess blog post titled *2018 Alaska Social Justice Group Therapy in Photos.*

https://onehotmessalaska.blogspot.com/2018/01/2018-alaska-social-justice-group.html

19. Attached as Exhibit S are tweets posted on November 8, 2016 by Libby Bakalar on her twitter account.

https://twitter.com/libbybakalar/status/796174592213516288

https://twitter.com/libbybakalar/status/796253639077597184

https://twitter.com/libbybakalar/status/795933227206656000

https://twitter.com/libbybakalar/status/796093080961060864

20. Attached as Exhibit T is a October 28, 2018 One Hot Mess blog post titled *The Barn Test.*

https://onehotmessalaska.blogspot.com/2018/10/the-barn-test.html

21. Attached as Exhibit U is a November 29, 2017 One Hot Mess blog post titled *I'm Totally Giving up on Socks*.

https://onehotmessalaska.blogspot.com/2017/11/im-totally-giving-up-on-socks.html

22. Attached as Exhibit V is a June 27, 2018 One Hot Mess blog post titled *The Cottonwood Tree Money Shot.*

https://onehotmessalaska.blogspot.com/2018/06/the-cottonwood-tree-money-shot.html

23. Attached as Exhibit W is a December 3, 2017 One Hot Mess blog post titled *My Kids Make Me Reeeeaaally Fucking Nuts Sometimes.*

https://onehotmessalaska.blogspot.com/2017/12/my-kids-make-me-reeeeaaally-fucking.html

24. Attached as Exhibit X is a February 24, 2017 One Hot Mess blog post titled *Shopkins Ain't Shit, School Lunch is Not a Top Chef Quick Fire Challenge, and Nothing Matters Anyway*.

https://onehotmessalaska.blogspot.com/2017/02/shopkins-aint-shit-school-lunch-is-not.html

25. Attached as Exhibit Y is a April 1, 2017 One Hot Mess blog post titled *POTUS Is Fully Losing his Goddamnt Mahnd!*.

https://onehotmessalaska.blogspot.com/2017/04/potus-is-fully-losing-his-godamnt-mahnd.html

26. Attached as Exhibit Z is an August 18, 2017 One Hot Mess blog post titled *American Depression: The Struggle Is Real*.

https://onehotmessalaska.blogspot.com/2017/08/american-depression-struggle-is-real.html

27. Attached as Exhibit AA is a September 28, 2018 One Hot Mess blog post titled *It Feels Extra Bad Being a Woman Lawyer this Week*.

https://onehotmessalaska.blogspot.com/2018/09/it-feels-extra-bad-being-woman-lawyer.html

28. Attached as Exhibit AB is a September 28, 2018 One Hot Mess blog post titled *I Rewrote No Scrubs for 2018*.

https://onehotmessalaska.blogspot.com/2018/09/i-rewrote-no-scrubs-for-2018.html

29. Attached as Exhibit AC is a March 20, 2018 One Hot Mess blog post titled *If Trump Has a Dick Pic, Dick Pics Are Done*.

https://onehotmessalaska.blogspot.com/2018/03/if-trump-has-dick-pic-dick-pics-are-done.html

30. Attached as Exhibit AD is a January 28, 2017 One Hot Mess blog post titled *By the Time Dick Cheney Is Calling Your Policies Inhumane, You Are Officially Satan's #1 Bottom Bitch*.

https://onehotmessalaska.blogspot.com/2017/01/by-time-dick-cheney-is-calling-your.html

31. Attached as Exhibit AE is a April 8, 2017 One Hot Mess blog post titled *I Feel Like I Receive a Disproportionate Amount of Penis Enlargement Spam*.

https://onehotmessalaska.blogspot.com/2017/04/i-feel-like-i-receive-disproportionate.html

32. Attached as Exhibit AF is a February 3, 2017 One Hot Mess blog post titled *Let's Just Clear a Few Things Up Right Now*.

https://onehotmessalaska.blogspot.com/2017/02/lets-just-clear-few-things-up-right-now.html

33. Attached as Exhibit AG is a May 12, 2017 One Hot Mess blog post titled *Mustard and Cheerios*.

https://onehotmessalaska.blogspot.com/2017/05/mustard-and-cheerios.html

34. Attached as Exhibit AH is a January 24, 2017 One Hot Mess blog post titled *Energy and the Laws of Motion: Final Reflections on the Women's March on Washington*.

https://onehotmessalaska.blogspot.com/2017/01/energy-and-laws-of-motion-final.html

35. Attached as Exhibit AI is a October 1, 2017 One Hot Mess blog post titled *O.H.M. Turns Three*.

https://onehotmessalaska.blogspot.com/2017/10/ohm-turns-three.html

36. Attached as Exhibit AJ is a November 16, 2018 One Hot Mess blog post titled *OMG, Sophie Scholl Is my New Shero*.

https://onehotmessalaska.blogspot.com/2018/11/omg-sophie-scholl-is-my-new-shero.html

37. Attached as Exhibit AK is Ms. Bakalar's resignation letter and request for retention.

38. Attached as Exhibit AL is a June 21, 2020 One Hot Mess blog post titled *Big Apocalypse Energy Is my New Aesthetic*.

https://onehotmessalaska.blogspot.com/2020/06/

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 26th day of March, 2021.

By s/ Michael B. Baylous
Michael B. Baylous, ABA No. 0905022

I certify that on March 26, 2021, a copy of the foregoing was served electronically on:

Mark Choate, mark@choatelawfirm.com [ECF]

and served via email on:
Amanda Harber, Amanda.harber@gmail.com

s/ Michael B. Baylous