Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907.264.3325
 907.264.3303
Email: jamiesonb@lanepowell.com
 baylousm@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>                    Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>                    Defendants. | Case No. 3:19-cv-00025-JWS<br><br>**NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR RULE <u>56(f) CONTINUANCE</u>** |

Plaintiff has moved for an extension until June 11, 2021, to respond to Defendants' Summary Judgment Motion. Defendants do not oppose such an extension. The Parties will file a proposed amended schedule addressing deadlines implicated by this extension.

DATED: April 27, 2021.

I certify that on April 27, 2021, a copy of
the foregoing was served electronically on:

Mark Choate, mark@choatelawfirm.com [ECF]
Amanda Harber, Amanda.harber@gmail.com [ECF]

s/ Michael B. Baylous

LANE POWELL LLC
Attorneys for Defendants

By  s/ Michael B. Baylous
    Brewster H. Jamieson, ABA No. 8411122
    Michael B. Baylous, ABA No. 0905022