Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907.264.3325
           907.264.3303
Email:   jamiesonb@lanepowell.com
         baylousm@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>                                   Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>                                   Defendants. | Case No. 3:19-cv-00025-JWS<br><br>**JOINT MOTION TO EXTEND REMAINING PRETRIAL <u>DEADLINES</u>** |

      To accommodate the press of other work, the parties respectfully request continuance of remaining pretrial deadlines.

      Mark Choate, lead counsel for the plaintiff had a one-week trial the first week of May followed by a two-week trial immediately thereafter in Honolulu. He starts a 2-3 weeks trial in Seattle at the end of June. The firm is also busier than normal because of a recent decision by the Alaska Supreme Court in *Metcalfe v. State of Alaska*, declaring a 2005 statute invalid as to approximately 78,000 former and current state employees. Responding to the calls from the class members and taking the next steps to begin to implement the injunctive relief ordered by the Supreme Court has and will be very time-consuming over the next 3-4 months.

Michael Baylous, counsel for defendants, is engaged in a substantial third-party discovery effort related to a lawsuit going to trial in mid-August.

Thus, to accomplish the remaining discovery and dispositive motion briefing, counsel requests that the deadline for discovery motions be extended to June 30 and the deadline for discovery motions and motions in limine be extended to July 30.

|  |  |
|---|---|
|  | CHOATE LAW FIRM LLC<br>Attorneys for Plaintiff |
| Dated: May 19, 2021 | By s/ Mark Choate (w/consent)<br>Mark C. Choate, ABA No. 8011070 |
|  | LANE POWELL LLC<br>Attorneys for Defendants |
| Dated: May 19, 2021 | By s/ Michael B. Baylous<br>Brewster H. Jamieson, ABA No. 8411122<br>Michael B. Baylous, ABA No. 0905022 |

I certify that on May 19, 2021, a copy of
the foregoing was served electronically on:

Mark Choate, mark@choatelawfirm.com [ECF]
Amanda Harber, Amanda.harber@gmail.com [ECF]

s/ Michael B. Baylous

Joint Motion to Extend Remaining Pretrial Deadlines
*Bakalar v. Dunleavy, et al.* (Case No. 3:19-cv-00025-JWS) Page 2 of 2

Case 3:19-cv-00025-JWS   Document 61   Filed 05/19/21   Page 2 of 2