Mark C. Choate, AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile: (206) 424-9705
Email: lawyers@choatelawfirm.com

Amanda J. Harber, AK #1011119
P.O. Box 661
Soldotna, AK 99669
Tel: (907) 545-4435
Email: amanda@49thstatelaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>    Defendants. | Case No. 3:19-cv-00025 JWS |

### UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

UNOPPOSED MOTION FOR ADDITIONAL TIME
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 1 of 3

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com

Case 3:19-cv-00025-JWS   Document 64   Filed 06/11/21   Page 1 of 3

Plaintiff moves for an additional 30 days to file her Opposition to Defendants' Motion for Summary Judgment. Plaintiff's lead counsel, Mark Choate, has been and remains in trial in *Jiang vs. University of Hawaii,* No. 1CC151002378, set in the 1st Circuit Court in Honolulu before the Honorable Jeffrey Crabtree. The trial began on May 10, 2021, and was originally scheduled to conclude the week of May 17, 2021. It has now completed its 5th week with the defense witnesses' final testimony scheduled for June 18, 2021, and hopefully any rebuttal witnesses and closings the week of June 21, 2021.[1]

The trial, all done remotely, via Zoom, with more than 500 exhibits, has many physician witnesses with limited schedules requiring examinations spread out over multiple weeks. The time needed to complete the testimony has literally consumed the time that was to be spent on finishing the Opposition to defendants' Motion for Summary Judgment.[2]

Plaintiff requests an additional extension, until July 9, 2021, to file her Opposition.

Dated: June 11, 2021, at Juneau, Alaska.

CHOATE LAW FIRM LLC
Attorneys for Plaintiff

*/s/ Mark Choate*

By: Mark Choate, 8011070

---

[1] *See* Affidavit of Counsel.
[2] *Id.*

UNOPPOSED MOTION FOR ADDITIONAL TIME
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 2 of 3

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing
was sent to counsel of record on June 11, 2021
via USDC CM/ECF:

| | |
|---|---|
| Amanda J. Harber, AK #1011119<br>49th State Law<br>P.O. Box 661<br>Soldotna, AK 99669<br>Tel: (907) 420-4290<br>Email: amanda@49thstatelaw.com | Plaintiff's Co-counsel |
| Brewster H. Jamieson, #8411122<br>Peter C. Partnos, #7206029<br>Michael B. Baylous, #0905022<br>LANE POWELL LLC<br>1600 A Street, #304<br>Anchorage, AK 99501<br>Tel: (907) 264-3325<br>Tel: (907) 264-3317<br>Tel: (907) 264-3303<br>Fax: (907) 276-2631<br>Email: jamiesonb@lanepowell.com<br>Email: partnowp@lanepowell.com<br>Email: baylousm@lanepowell.com<br>Email: caudelj@lanepowell.com<br>Email: rustonr@lanepowell.com | Counsel for Defendants |

*/s/ Mark Choate*

_____
Choate Law Firm LLC

UNOPPOSED MOTION FOR ADDITIONAL TIME
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 3 of 3

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com

Case 3:19-cv-00025-JWS   Document 64   Filed 06/11/21   Page 3 of 3