Mark C. Choate, AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile: (206) 424-9705
Email: lawyers@choatelawfirm.com

Amanda J. Harber, AK #1011119
P.O. Box 661
Soldotna, AK 99669
Tel: (907) 545-4435
Email: amanda@49thstatelaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>            Defendants. | Case No. 3:19-cv-00025 JWS |

**PLAINTIFF'S SECOND MOTION FOR ADDITIONAL TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

SECOND MOTION FOR ADDITIONAL TIME
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 1 of 3

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com

Case 3:19-cv-00025-JWS   Document 66   Filed 07/09/21   Page 1 of 3

Plaintiff moves for an additional three weeks to file her Opposition to Defendants' Motion for Summary Judgment. Plaintiff's lead counsel, Mark Choate, had been in trial in *Jiang vs. University of Hawaii,* No. 1CC151002378, set in the 1st Circuit Court in Honolulu before the Honorable Jeffrey Crabtree. The trial began on May 10, 2021, and only just concluded testimony on June 24, 2021. Originally scheduled for two weeks, the unanticipated seven weeks that were required to complete the taking of evidence has disrupted other work. With the evidence in that case completed, Plaintiff's counsel filed last week an opening brief in the Alaska Supreme Court and is now working with co-counsel on the briefing in this matter.

Because of the important constitutional elements of this case, it's counsel's opinion that the combined opposition and cross-motion are the most effective means of setting the factual and legal issues before the court. As the court has moved the dispositive motion deadline to July 30, 2021, it is requested that the Opposition to the State's Motion for Summary Judgment be due on the same date.

Dated: July 9, 2021.

CHOATE LAW FIRM LLC
Attorneys for Plaintiff

*/s/ Mark Choate*

By: Mark Choate, 8011070

SECOND MOTION FOR ADDITIONAL TIME
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 2 of 3

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com

Case 3:19-cv-00025-JWS   Document 66   Filed 07/09/21   Page 2 of 3

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was sent to counsel of record on July 9, 2021 via USDC CM/ECF:

| | |
|---|---|
| Amanda J. Harber, AK #1011119<br>49th State Law<br>P.O. Box 661<br>Soldotna, AK 99669<br>Tel: (907) 420-4290<br>Email: amanda@49thstatelaw.com | Plaintiff's Co-counsel |
| Brewster H. Jamieson, #8411122<br>Peter C. Partnos, #7206029<br>Michael B. Baylous, #0905022<br>LANE POWELL LLC<br>1600 A Street, #304<br>Anchorage, AK 99501<br>Tel: (907) 264-3325<br>Tel: (907) 264-3317<br>Tel: (907) 264-3303<br>Fax: (907) 276-2631<br>Email: jamiesonb@lanepowell.com<br>Email: partnowp@lanepowell.com<br>Email: baylousm@lanepowell.com<br>Email: caudelj@lanepowell.com<br>Email: rustonr@lanepowell.com | Counsel for Defendants |

*/s/ Mark Choate*

_____
Choate Law Firm LLC

SECOND MOTION FOR ADDITIONAL TIME
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 3 of 3

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com

Case 3:19-cv-00025-JWS   Document 66   Filed 07/09/21   Page 3 of 3