Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907.264.3325
          907.264.3303
Email:    jamiesonb@lanepowell.com
          baylousm@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>                        Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>                        Defendants. | Case No. 3:19-cv-00025-JWS<br><br>**NON-OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR ADDITIONAL TIME TO FILE OPPOSITION TO MOTION FOR <u>SUMMARY JUDGMENT</u>** |

Defendants do not oppose Plaintiff's request to extend the deadline for opposing Defendants' Motion for Summary Judgment to July 30, 2021.

DATED July 9, 2021.

| | |
|---|---|
| I certify that on July 9, 2021, a copy of the foregoing was served electronically on:<br><br>Mark Choate, mark@choatelawfirm.com [ECF]<br><br>Amanda Harber, Amanda.harber@gmail.com [ECF]<br><br>s/ Michael B. Baylous | LANE POWELL LLC<br>Attorneys for Defendants<br><br>By  s/ Michael B. Baylous<br>    Brewster H. Jamieson, ABA No. 8411122<br>    Michael B. Baylous, ABA No. 0905022 |