Mark Choate, 8011070
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
E-mail: lawyers@choatelawfirm.com

Amanda Harber, 1011119
49th State Law LLC
P.O. Box 661
Soldotna, AK 99669
Phone: (907) 545-4435
E-mail: amanda@49thstatelaw.com

Adam W. Hansen*  pro hac vice forthcoming
Eleanor Frisch*    pro hac vice forthcoming
Apollo Law LLC
333 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Phone: (612) 927-2969
E-mail: adam@apollo-law.com
        eleanor@appollo-law.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>Defendants. | **PLAINTIFF'S MOTION TO ALLOW OVERLENGTH BRIEF**<br><br>Case No. 3:19-CV-0002 |

PLAINTIFF'S MOTION TO ALLOW OVERLENGTH BRIEF
*Bakalar v. Dunleavy et al.,* Case No. 3:19-cv-00025
Page 1 of 2

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:19-cv-00025-JWS   Document 69   Filed 07/30/21   Page 1 of 2

## PLAINTIFF'S MOTION TO ALLOW OVERLENGTH BRIEF

Plaintiff moves the court for permission to file an overlength brief in combined opposition to the defendants' Motion for Summary Judgment and in support of plaintiff's cross-motion for summary judgment. Pursuant to Local Civil Rule 5.1(f)(2), a separate filing for each document will be made but plaintiff's cross-motion for summary judgment simply incorporates by reference the brief in opposition to motion for summary judgment and cross-motion for summary judgment.

There are a significant host of important legal issues to be resolved by the court. These include important constitutionally protected speech issues as well as the requests for injunctive relief to prohibit "loyalty pledges" being required in the future of the state's partially-exempt workforce. These issues support the over-length brief that combines both the opposition and cross-motion for summary judgment. Plaintiff's combined brief is 76 pages long utilizing a proportionately spaced font that takes a little more space but is significantly easier to read. It is called "Century Supra B" by Matthew Butterick, "Typography for Lawyers," 2d. Ed. 2015, Jones McClure Publishing.

DATED this 30th day of July, 2021.

/s/ Mark Choate
───────────────────────
Mark Choate, 8011070
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
E-mail: lawyers@choatelawfirm.com

PLAINTIFF'S MOTION TO ALLOW OVERLENGTH BRIEF
*Bakalar v. Dunleavy et al.*, Case No. 3:19-cv-00025
Page 2 of 2

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:19-cv-00025-JWS   Document 69   Filed 07/30/21   Page 2 of 2