Mark Choate, AK #8011070
Attorney for Plaintiff
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Tel: (907) 586-4490
Fax: (206) 424-9705
Email: lawyers@choatelawfirm.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>   Defendants. | Case No. 3:19-CV-00025-JWS<br><br>**DECLARATION OF MARK CHOATE** |

STATE OF ALASKA     )
              ) ss.
FIRST JUDICIAL DISTRICT )

  I, Mark Choate, declare as follows:

1. Attached as **Exh. 1** which consists of DEF 000001 - 000044 which is Ms. Bakalar's Personnel File produced by defendants in discover.

DECLARATION OF MARK CHOATE
*Bakalar v. Dunleavy et al.,* Case No. 3:19-cv-00025
Page 1 of 6

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:19-cv-00025-JWS Document 69-3 Filed 07/30/21 Page 1 of 6

2. Attached as **Exh. 2** is DEF 000285-87 Attorney Job Class Specifications – Attorney V.

3. Attached as **Exh. 3** are portions of Joanne Grace's deposition.

4. Attached as **Exh. 4** is DEF 000193, which was produced by defendants in discovery and is a nomination by Margie Vandor of Libby Bakalar for the "Lightning Fast Award."

5. Attached as **Exh. 5** is the opening blog in "One Hot Mess Alaska."

6. Attached as **Exh. 6** is the opening blog in "Ethics and One Hot Mess Alaska," dated January 5, 2017.

7. Attached as **Exh. 7** is a blog post in "Ethics and One Hot Mess Alaska," dated March 16, 2017, titled "Standards for State Officials."

8. Attached as **Exh. 8** is a blog posts from "Ethics and One Hot Mess Alaska" dated January 5, 2017, titled "Ms. Bakalar has strong political opinions and shares them on her blog."

9. Attached as **Exh. 9** is a second blog post from "Ethics and One Hot Mess Alaska" dated January 5, 2017, titled "Ms. Bakalar involved in politically charged cases in her joba as an Assistant Attorney General."

10. Attached as **Exh. 10** is a third blog post from "Ethics and One Hot Mess Alaska" dated January 5, 2017, titled "Ms. Bakalar mixes business with pleasure."

DECLARATION OF MARK CHOATE
*Bakalar v. Dunleavy et al.,* Case No. 3:19-cv-00025
Page 2 of 6

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:19-cv-00025-JWS   Document 69-3   Filed 07/30/21   Page 2 of 6

11. Attached as **Exh. 11** is a fourth blog post from "Ethics and One Hot Mess Alaska" dated January 5, 2017, titled "Libby Bakalar should not be working as an attorney for the State of Alaska.

12. Attached as **Exh. 12** is a blog post from "Ethics and One Hot Mess Alaska" dated November 6, 2018, titled "Should a political activist be working as a State of Alaska ASSISTANT ATTORNEY GENERAL in the Labor and State Affairs Section?"

13. Attached as **Exh. 13** is a blog post from "Ethics and One Hot Mess Alaska" dated November 4, 2018, titled "DRAIN THE SWAM or Why did the State of Alaska send Libby to Philly?"

14. Attached as **Exh. 14** is a blog post from "Ethics and One Hot Mess Alaska" dated November 4, 2018, titled "Libby wants everyone to VOTE."

15. Attached as **Exh. 15** is an email from Nancy Stroup regarding "The 'Deep State.'"

16. Attached as **Exh. 16** is an email from Suzanne Downing to Maria Bahr dated October 3, 2018.

17. Attached as **Exh. 17** is a blog post from "Must Read Alaska" dated July 23, 2019, titled "Libby Bakalar: A swig and a swing."

18. Attached as **Exh. 18** is a blog post from "Must Read Alaska" dated March 26, 2021, titled "The case of the hot-mess attorney who had Trump Derangement Syndrome."

DECLARATION OF MARK CHOATE
*Bakalar v. Dunleavy et al.,* Case No. 3:19-cv-00025
Page 3 of 6

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:19-cv-00025-JWS   Document 69-3   Filed 07/30/21   Page 3 of 6

19. Attached as **Exh. 19** is a blog post from "Must Read Alaska" dated January 23, 2021, titled "Rep. Hannan to request cancellation of vanity license plate."

20. Attached as **Exh. 20** is William Evans' investigative report.

21. Attached as **Exh. 21** is an article from the Anchorage Daily News dated 11/8/2018, titled "Gov.-elect Dunleavy names Alaska GOP chairman as his chief of staff.

22. Attached as **Exh. 22** is the Facebook home page for "Tuckerman Babcock, Former Chair-Alaska Republican Party."

23. Attached as **Exh. 23** is an article from Alaska's News Source dated July 27, 2017, titled: "UPDATE: Reaction to Murkowski's No vote on GOP health care bill."

24. Attached as **Exh. 24** is an article from Alaska's News Source dated October 5, 2018, titled "Chair of Alaska Republican party 'shocked' Murkowski voted against Kavanaugh confirmation."

25. Attached as **Exh. 25** is an article from Alaska's News Source dated October 8, 2018, titled "Trump, Palin and Babcock's attack show Murkowski made the right choice."

26. Attached as **Exh. 26** is an article from Alaska Public Media dated October 8, 2018, titled "Alaska GOP vows 'significant response' against Murkowski."

27. Attached as **Exh. 27** is a Memorandum from Tuckerman Babcock requesting resignations of the State of Alaska's partially exempt workforce dated November 16, 2018.

DECLARATION OF MARK CHOATE
*Bakalar v. Dunleavy et al.*, Case No. 3:19-cv-00025
Page 4 of 6

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:19-cv-00025-JWS   Document 69-3   Filed 07/30/21   Page 4 of 6

28. Attached as **Exh. 28** is an article from the Alaska Daily News dated November 17, 2018, titled "Dunleavy team asks all at-will state workers for resignations."

29. Attached as **Exh. 29** is the template provided to help draft a response to the demand for resignation.

30. Attached as **Exh. 30** is Elizabeth Bakalar's resignation letter.

31. Attached as **Exh. 31** are selected portions of Tuckerman Babcock's deposition

32. Attached as **Exh. 32** is a screenshot from APOC's website showing Joanne Grace's filings as a state "policymaker."

33. Attached as **Exh. 33** is a screenshot from APOC's website showing Ed Sniffen's filings as a state "policymaker."

34. Attached as **Exh. 34** is Joanne Grace's resignation letter.

35. Attached as **Exh. 35** is James Fayette's resignation letter.

36. Attached as **Exh. 36** is Katherine Demarest's resignation letter.

37. Attached as **Exh. 37** are questions emailed by Joanne Willson to Joanne Grace.

38. Attached as **Exh. 38** is a screenshot of a KTOO article dated December 13, 2018, titled "Last month, Ruth Botstein argued Alaska's case at the Supreme Court. This month she was fired."

DECLARATION OF MARK CHOATE
*Bakalar v. Dunleavy et al.,* Case No. 3:19-cv-00025
Page 5 of 6

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:19-cv-00025-JWS   Document 69-3   Filed 07/30/21   Page 5 of 6

39. Attached as **Exh. 39** is a screenshot of the Department of Labor's FAQ on the state's Classification System and Method Questions.

40. I have searched the APOC website to see if there were any filings by Ms. Bakalar. There are not. I have also searched for names of other assistant attorney generals that I have worked with. None of them are shown to have made filings with APOC.

Under penalties of perjury, I declare that I have read the foregoing is true and correct.

Dated: 7/30/21

_____
Mark Choate

DECLARATION OF MARK CHOATE
*Bakalar v. Dunleavy et al.*, Case No. 3:19-cv-00025
Page 6 of 6

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:19-cv-00025-JWS   Document 69-3   Filed 07/30/21   Page 6 of 6