# STATE OF ALASKA
## PERSONNEL ACTION

**EE ID:** 302154     **APPT ID:**

|  | DEPT | UNIT |
|---|---|---|
| OLD | 03 | ZLAA |
| NEW | ^ | Z999 |

| | EMPLOYEE NAME | EFFECTIVE DATE | UNIT DESCRIPTION |
|---|---|---|---|
| OLD | BAKALAR, ELIZABETH M | 09/01/2018 | CIV-Labor & State Affairs Atty |
| NEW | ^ | 12/04/2018 | HRM-Use Only |

| | ACTION | REASON | EMPLOYMENT STATUS | EMPLOYMENT CAT | SEASONAL STATUS |
|---|---|---|---|---|---|
| OLD | PD UPDATE | UNIT TRANSFER | ACTIVE | PARTIAL EXEMPT | FT REGULAR |
| NEW | SEPARATION | RESIGNATION | TERMINATED | ^ | ^ |

| | PCN | BU | TITLE | TITLE DESCRIPTION |
|---|---|---|---|---|
| OLD | 030426 | XP | PI0215 | ATTORNEY V |
| NEW | | ^ | ^ | |

| | PAY LOCATION | SALARY SCHEDULE / RANGE | STEP | PAY RATE | TABLE DRIVEN PAY | PAY CLASS | FLSA |
|---|---|---|---|---|---|---|---|
| OLD | JUNEAU | N05 RANGE 25 | F | 5006.00 | Y | SEMI 37.5 SLRY | E |
| NEW | ^ | ^ | ^ | ^ | ^ | ^ | ^ |

| | MERIT/PAY INCREMENT | NEXT EVAL DATE |
|---|---|---|
| OLD | 01/01/2019 | 12/31/2017 |
| NEW | ^ | ^ |

SOA DOA DOPLR

FEB 2 8 2019

Employee Planning & Information Center

**ASSIGNMENT COMMENTS/ATTACHMENTS**

EFFECTIVE 12/4/18 RESIGNATION.

ATTACHMENT: EMPLOYMENT CLEARANCE FORM.

| | |
|---|---|
| CREATOR | JULIE COFFIN |
| APPROVER | CHARLEY LARSON |
| DOCUMENT ID | 20181205000000027351 |
| ESMT FINAL DATE | 12/05/2018 |

**Confidential Bakalar DEF 000001**

Case 3:19-cv-00025-JWS Document 60-7 Filed 07/30/21 Page 1 of 44

# State of Alaska
# Employment Clearance Form
(Submit to the Division of Personnel & Labor Relations)

| Employee Name (Last, First, MI) | Employee ID # | FCN |
|---|---|---|
| BAKALAR, ELIZABETH M. | 302154 | 03-0426 |

| Department / Home Unit | Job Class Title | Separation Date |
|---|---|---|
| LAW / ZLAA | ASSISTANT ATTORNEY GENER | 12/3/2018 |

**Type of Separation:**

- [✓] Resignation *(PE,FR,PX,EX)
- [ ] Termination (Non-perm, or Emergency)
- [ ] Transfer to Dept. of _____
- [ ] Lay Off
- [ ] Retirement
- [ ] Dismissal
- [ ] Non-Retention (Probationary)
- [ ] Seasonal LWOP / Layoff
- [ ] Leave of Absence (i.e. 30+ days military leave or temporary absence)

\* I understand that I may not withdraw my resignation without prior approval from my supervisor and the Division of Personnel & Labor Relations.

**Comments:** RESIGNATION AT THE REQUEST OF GOVERNOR DUNLEAVY.

**All Supervisor / Employee Responsibilities:**

1. [✓] All performance evaluation reports for which I am responsible are complete or will be complete prior to my last day of employment.

2. [✓] I have surrendered all (check all that apply) which were entrusted to me during my employment:
   - [ ] Clothing
   - [✓] Keys
   - [ ] Field Notebook
   - [✓] Travel Card
   - [ ] Annual Pass (AMHS)
   - [ ] Parking Permits
   - [ ] Telephone credit cards
   - [ ] Field Purchase Order
   - [ ] Cellular Phone
   - [ ] Other _____
   - [ ] Equipment
   - [ ] Notary Commission
   - [ ] Life Jacket/Footwear
   - [ ] SOP Manual
   - [ ] State Vehicle with completed Employee Personal Use Commuting Log
   - [ ] Identification badges or cards
   - [ ] Purchase/Credit Cards
   - [ ] Deputized Card and Badge
   - [ ] Computers/Inventoriable Property

3. [✓] I have deleted any work product or state email from my personal electronic devices.

4. [✓] I have cleared all matters pertaining to petty cash funds and State expenditures with the appropriate agency (check all that apply). I understand if I owe any outstanding State monies, it may be withheld from my final paycheck.
   - [ ] Travel Advances
   - [ ] Allowances (e.g. Tool, Cell Phone)
   - [ ] Relocation Expenses
   - [ ] Field Warrants
   - [ ] Other _____
   - [ ] Training Advances

5. [✓] I understand that refund forms are available from the Division of Retirement and Benefits web site (www.state.ak.us/drb or by calling 1-800-821-2251 -- In Juneau 465-5700) for:
   - [ ] PERS (Tier IV) and TRS (Tier III) Defined Contribution Retirement Plan
   - [ ] Supplemental Annuity Plan (SBS-AP)
   - [ ] Deferred Compensation Plan (DCP)

6. [✓] I have been informed of the option of converting my Group Health and/or Life Insurance to a Private Plan or COBRA, if applicable.

7. [✓] I have completed the online Exit Survey @ http://exitsurvey.state.ak.us

8. [✓] I understand that my final POFD statement for APOC is due 90 days after leaving state service (if applicable)

9. [✓] I am reminded that AS 39.52.180 lists ethics restrictions on employment after leaving state service to include not working on a matter for two years in which I had substantial involvement as a public officer. See AS 39.52.180 for details.

**For Seasonal Leave Without Pay, Seasonal Layoff and Layoff Employees:**

10a. [ ] I have made provisions for continuing my Health and/or Life Insurance by paying the premium.

10b. [ ] I am not interested in continuing my Health and/or Life Insurance by paying the premium.

| Final Paycheck: | Permanent Mailing Address: (To be reported to Division of Retirement and Benefits and Division of Finance for retirement statements and W-2 mailings.) |
|---|---|
| Current Direct Deposit [✓]  Mail To Address Below [ ] | |
| Address or P.O. Box | Address or P.O. Box |

| City | State | Zip | City | State | Zip |
|---|---|---|---|---|---|
| | | | | | |

- [ ] Final Time Sheet attached
- [✓] Final Time Sheet already forwarded
- [ ] Final Time Sheet to follow
- [✓] Requested deletion of access to State Systems
- [ ] Requested deletion of access to Information Technology resources (IRISFIN, IRIS HRM, ALDER, Internal Systems, etc.)
- [ ] Performance evaluation attached
- [ ] Performance evaluation already forwarded
- [ ] Performance evaluation to follow

Please note any overpayments or outstanding funds will be deducted from final pay**.
**Employees lose access to online pay stubs upon separation. Contact the Employee Call Center at employeecallcenter@alaska.gov or 907-465-3009 for copies.

| Employee's Signature | Date 12/4/2018 | Supervisor's Signature | Date 12/4/18 |
|---|---|---|---|
| _Elizabeth M. Bakalar_ | | | |

Revised 04/26/18

**Confidential Bakalar DEF 000002**

Case 3:19-cv-00025-JWS Document 60-7 Filed 07/30/21 Page 2 of 44
Bakalar Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 2 of 44

STATE OF ALASKA
PERSONNEL ACTION

RD: 03109

| | NAME | | | | EMPLOYEE ID | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|---|---|---|
| OLD | BAKALAR,ELIZABETH M | | | | 302154 | 12/31/2016 | 255037758 |
| NEW | | | | | | 01/01/2017 | 255027795 |

| STATUS: | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|
| OLD | IC | PX | FR | | |
| NEW | | | | | |

SOA DOA DOPLR

JUL 3 1 2018

Employee Planning &
Information Center

| COMPENSATION: | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | MI | S | 4,657.50 | N | 03/16/2018 |
| NEW | PR | | 5,006.00 | | 01/01/2019 |

| POSITION: | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | IC | XE | 24 | F | 031211 | | AWA | P7145 | N05 |
| NEW | PR | | 25 | | 030426 | | | P7146 | |

| OLD | LOCATION NAME: JUNEAU | CLASS TITLE: ATTORNEY IV |
|---|---|---|
| NEW | : | : ATTORNEY V |

MANUAL ENTRIES: OT EXEMPT   OLD:        (OPTIONAL) COLLOCATION CODE:   OLD:
                            NEW:        (PRIMARY LABOR DISTRIBUTION)   NEW:

HOME ADDRESS:
    OLD: 3009 GOODWIN RD                                  NEW:
    CITY: JUNEAU            STATE: AK  ZIP: 998011991  CITY:            STATE:    ZIP:

REMARKS: Effective 1/1/17 promotion of partially exempt per Personnel Rule
2 AAC 07. 330a

ATTACHMENTS: None

I CERTIFY THAT BASED ON INFORMATION
AVAILABLE TO ME THE ACTION RECORDED
ON THIS FORM IS IN COMPLIANCE WITH THE
PERSONNEL ACT AND THE RULES ADOPTED
UNDER IT.

PREPARED BY: 7TCOFFIN   01/06/2017
             SIGNON     DATE

SIGNATURE OF
APPOINTING AUTHORITY _____ 11/24/17
                                      DATE

**Confidential Bakalar DEF 000003**

Case 3:19-cv-00025-JWS  Document 60-7  Filed 07/30/21  Page 3 of 44
Exxe Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 3 of 44

Personnel Copy

STATE OF ALASKA
PERSONNEL ACTION

RD: 03109

|  | NAME | EMPLOYEE ID | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|
| OLD | BAKALAR,ELIZABETH M | 302154 | 07/01/2015 | |
| NEW | | | 03/16/2016 | 255034036 |

STATUS:

|  | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|
| OLD | | | | | |
| NEW | IC | PX | FR | | |

SOA DOA DOPLR

APR 2 8 2016

Employee Planning &
Information Center

COMPENSATION:

|  | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | MU | S | 4,505.00 | N | 03/16/2016 |
| NEW | MI | | 4,657.50 | | 03/16/2018 |

POSITION:

|  | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | MU | XE | 24 | E | 031211 | | AWA | P7145 | N05 |
| NEW | MI | | | F | | | | | |

|  | | |
|---|---|---|
| OLD | LOCATION NAME: JUNEAU | CLASS TITLE: ATTORNEY IV |
| NEW | : | : |

MANUAL ENTRIES: OT EXEMPT OLD: (OPTIONAL) COLLOCATION CODE: OLD:
NEW: (PRIMARY LABOR DISTRIBUTION) NEW:

HOME ADDRESS:
OLD: 3009 GOODWIN RD NEW:
CITY: JUNEAU STATE: AK ZIP: 998011991 CITY: STATE: ZIP:

REMARKS:

Effective 03/16/16 Merit Increase.

ATTACHMENTS: None

I CERTIFY THAT BASED ON INFORMATION
AVAILABLE TO ME THE ACTION RECORDED
ON THIS FORM IS IN COMPLIANCE WITH THE
PERSONNEL ACT AND THE RULES ADOPTED
UNDER IT.

PREPARED BY: NBSCROGG 03/29/2016
SIGNON DATE

SIGNATURE OF
APPOINTING AUTHORITY _____ DATE

**Confidential Bakalar DEF 000004**

Case 3:19-cv-00025-JWS Document 60-7 Filed 07/30/21 Page 4 of 44
Exhibit 6 to DOT's Opposition to Motion for Summary Judgment & Cross-Motion for Summary Judgment
Page 4 of 44

Personnel Copy

**STATE OF ALASKA**
**PERSONNEL ACTION**

| | NAME | EMPLOYEE ID | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|
| OLD | BAKALAR,ELIZABETH M | 302154 | 07/01/2014 | |
| NEW | | | 03/16/2015 | 255038264 |

| STATUS: | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|
| OLD | IC | PX | .FR | | |
| NEW | | | | | |

SOA DOA DOPLR
MAY 15 2015
Employee Planning &
Information Center

| COMPENSATION: | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | MU | S | 4,253.50 | N | 03/16/2015 |
| NEW | MI | | 4,395.50 | | 03/16/2016 |

| POSITION: | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | MU | XE | 24 | D | 031211 | | AWA | P7145 | N05 |
| NEW | MI | | | E | | | | | |

| | | | |
|---|---|---|---|
| OLD | LOCATION NAME: JUNEAU | | CLASS TITLE: ATTORNEY IV |
| NEW | : | | : |

MANUAL ENTRIES: OT EXEMPT    OLD:    (OPTIONAL) COLLOCATION CODE:    OLD:
                            NEW:    (PRIMARY LABOR DISTRIBUTION)    NEW:

HOME ADDRESS:
    OLD: 3009 GOODWIN RD                              NEW:
    CITY: JUNEAU          STATE: AK   ZIP: 998011991  CITY:          STATE:    ZIP:

REMARKS:

    Effective 3/16/15
    Merit Increase

ATTACHMENTS:

    No attachments

    I CERTIFY THAT BASED ON INFORMATION
    AVAILABLE TO ME THE ACTION RECORDED
    ON THIS FORM IS IN COMPLIANCE WITH THE
    PERSONNEL ACT AND THE RULES ADOPTED
    UNDER IT.

PREPARED BY: SMKAISER   03/25/2015

             SIGNON      DATE

SIGNATURE OF
APPOINTING AUTHORITY _____ 3/6/762
                                         DATE

**Confidential Bakalar DEF 000005**

Case 3:19-cv-00025-JWS Document 60-7 Filed 07/30/21 Page 5 of 44
Exhibit 6, opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 5 of 44

## ETHICS DISCLOSURE FORM

| Outside Employment or Services Notification |
| --- |

To: _Dept. of Law_____, Designated Ethics Supervisor
(Department or Agency)

In accordance with AS 39.52.170(b), I am providing notice of my employment or provision of services for ~~compensation~~ outside the _Dept. of Law_____ (agency). *volunteer*

Note: You are not required to disclose volunteer work unless it is a potential conflict with your state duties or you receive any type of compensation, including travel or meals.

This ~~employment~~ or service consists of the following (describe in detail, attach separate sheet as needed):
_volunteer service on non-profit board, wisdomtooth, that provides_
_training to dental practitioners in the developing world._
Hours and days of the week _3 hours per year, approx._

If you work as an independent contractor or a consultant, please attach a list of your clients.

Note: If your outside job duties are the same or similar to your State service, or if you will be dealing with people or entities with whom you deal or may deal as part of your official duties, you must explain why no potential conflict exists between your outside employment and your official duties. If a potential conflict exists, you must refrain from taking any action until it is approved by your designated ethics supervisor. See AS 39.52.210.

I certify that I will not use or allow the use of any State owned/operated facilities, supplies, equipment, vehicles, or personnel time and effort for any employment outside State service, and that my outside duties will not affect my usual State duties or duty hours in this Department. I certify to the best of my knowledge that my statement is true, correct, and complete. In addition to any other penalty or punishment that may apply, the submission of a false statement is punishable under AS 11.56.200 - AS 11.56.240.

| | |
| --- | --- |
| _El.M.B_ (Signature) | _6-8-10_ (Date) |
| _Elizabeth M. Bakalar_ (Printed Name) | _Civil, Law_ (Division, Agency) |
| _Attorney III_ (Position Title) | _Juneau_ (Location) |

SOA DOA DOPLR

SEP 08 2011

Employee Planning &
Information Center

Recommendation: ✓ Approve _____ Disapprove (attach reasons for disapproval recommendation)

| | |
| --- | --- |
| _Steve Khan_ (Work Supervisor's Signature) | _6/8/10_ (Date) |
| _STEVE L. IKRANY_ (Printed Name) | |

✓ Approved _____ Disapproved*

| | |
| --- | --- |
| _Judy Bockman_ (Designated Ethics Supervisor's Signature) | _6/17/10_ (Date) |

*Designated Ethics Supervisor*: Provide a copy of the approval or disapproval to the employee. If the employment is disapproved other action is necessary under AS 39.52.210, attach a determination stating the reasons. A copy of the determination must be sent to the attorney general with your quarterly report at the following address: State Ethics Attorney, Office of the Attorney General, Department of Law, 1031 West 4th Avenue, Suite 200, Anchorage, Alaska 99501.       2/2009

**Confidential Bakalar DEF 000006**

Case 3:12-cv-00025-JWS Document 69-7 Filed 07/30/21 Page 6 of 44
Ex. 9 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 6 of 44

STATE OF ALASKA
PERSONNEL ACTION

| | NAME | | | EMPLOYEE ID | | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|---|---|---|
| | BAKALAR,ELIZABETH M | | | 302154 | | | |
| OLD | | | | | | 07/01/2013 | |
| NEW | | | | | | 03/16/2014 | 255031670 |

SOA DOA DOPLR

APR 0 4 2014

Employee Planning &
Information Center

| STATUS: | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION | |
|---|---|---|---|---|---|---|
| OLD | IC | PX | FR | | | |
| NEW | | | | | | |

| COMPENSATION: | ACTION | RATE FREQUENCY | | PAY RATE | RATE OVERRIDE | MERIT ANN DATE | |
|---|---|---|---|---|---|---|---|
| OLD | MU | S | | 4,060.00 | N | 03/16/2014 | |
| NEW | MI | | | 4,211.50 | | 03/16/2015 | |

| POSITION: | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | MU | XE | 24 | C | 031211 | | AWA | P7145 | N05 |
| NEW | MI | | | D | | | | | |

| OLD | LOCATION NAME: JUNEAU | | CLASS TITLE: ATTORNEY IV |
|---|---|---|---|
| NEW | : | | : |

| | MANUAL ENTRIES: | OT EXEMPT | OLD: | (OPTIONAL) COLLOCATION CODE: | OLD: |
|---|---|---|---|---|---|
| | | | NEW: | (PRIMARY LABOR DISTRIBUTION) | NEW: |

HOME ADDRESS:
OLD: 3009 GOODWIN RD                          NEW:
CITY: JUNEAU                STATE: AK   ZIP: 998011991   CITY:          STATE:   ZIP:

REMARKS:

ATTACHMENTS:   Effective 03 / 16 / 14
Merit Increase

I CERTIFY THAT BASED ON INFORMATION
AVAILABLE TO ME THE ACTION RECORDED
ON THIS FORM IS IN COMPLIANCE WITH THE
PERSONNEL ACT AND THE RULES ADOPTED
UNDER IT.

PREPARED BY: CEALEXMA   03/26/2014
             SIGNON     DATE

SIGNATURE OF
APPOINTING AUTHORITY _____ / 3/27/14
                                    DATE

**Confidential Bakalar DEF 000007**

Case 3:19-cv-00025-JWS Document 60-7 Filed 07/30/21 Page 7 of 44
Exhibit 6 Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 7 of 44

STATE OF ALASKA
PERSONNEL ACTION

SOA DOA DOPLR

APR 10 2013

Employee Planning &
Information Center

| | NAME | | | EMPLOYEE ID | | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|---|---|---|
| OLD | BAKALAR, ELIZABETH M | | | 302154 | | 07/01/2012 | |
| NEW | | | | | | 03/16/2013 | 255036783 |

| STATUS: | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|
| OLD | IC | PX | FR | | |
| NEW | | | | | |

| COMPENSATION: | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | MU | S | 3,704.50 | N | 03/16/2013 |
| NEW | MI | | 3,828.00 | | 03/16/2014 |

| POSITION: | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | MU | XE | 24 | B | 031211 | | AWA | P7145 | NAA |
| NEW | MI | | | C | | | | | |

| OLD | LOCATION NAME: JUNEAU | CLASS TITLE: ATTORNEY IV |
|---|---|---|
| NEW | : | : |

MANUAL ENTRIES: OT EXEMPT OLD: (OPTIONAL) COLLOCATION CODE: OLD:
NEW: (PRIMARY LABOR DISTRIBUTION) NEW:

HOME ADDRESS:
OLD: 3009 GOODWIN RD          NEW:
CITY: JUNEAU          STATE: AK   ZIP: 998011991   CITY:          STATE:   ZIP:

REMARKS:     Effective 3 / 16 / 13
             Merit Increase.

ATTACHMENTS:

I CERTIFY THAT BASED ON INFORMATION
AVAILABLE TO ME THE ACTION RECORDED
ON THIS FORM IS IN COMPLIANCE WITH THE
PERSONNEL ACT AND THE RULES ADOPTED
UNDER IT.

PREPARED BY: 3GSEESAN   03/29/2013
             SIGNON     DATE

SIGNATURE OF
APPOINTING AUTHORITY _____ 4/1/13
                                              DATE

**Confidential Bakalar DEF 000008**

Case 3:19-cv-00025-JWS Document 60-7 Filed 07/30/21 Page 8 of 14
EX-6 Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 8 of 44

Personnel Copy

STATE OF ALASKA
PERSONNEL ACTION

RD: 03109

| | NAME | EMPLOYEE ID | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|
| OLD | BAKALAR,ELIZABETH M | 302154 | 02/01/2012 | 255030571 |
| NEW | | | 04/01/2012 | 255031389 |

SOA DOA DOPLR

MAY 2 3 2012

Employee Planning &
Information Center

| STATUS: | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|
| OLD | | | | | |
| NEW | IC | PX | FR | | |

| COMPENSATION: | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | MI | S | 3,396.00 | N | 02/01/2013 |
| NEW | PR | | 3,632.00 | | 03/16/2013 |

| POSITION: | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | MI | XE | 22 | D | 031211 | | AWA | P7144 | NAA |
| NEW | PR | | 24 | B | | | | P7145 | |

| | | |
|---|---|---|
| OLD | LOCATION NAME: JUNEAU | CLASS TITLE: ATTORNEY III |
| NEW | : | : ATTORNEY IV |

MANUAL ENTRIES:   OT EXEMPT   OLD:        (OPTIONAL)   COLLOCATION CODE:   OLD:
                  ---------   NEW:        (PRIMARY LABOR DISTRIBUTION)   NEW:

HOME ADDRESS:
    OLD: 3009 GOODWIN RD                                    NEW:
    CITY: JUNEAU              STATE: AK  ZIP: 998011991      CITY:              STATE:   ZIP:

REMARKS: Effective 3/16/12 Promotion: Step placement per 2AAC 07.330.4.

ATTACHMENTS: Performance Evaluation

I CERTIFY THAT BASED ON INFORMATION
AVAILABLE TO ME THE ACTION RECORDED
ON THIS FORM IS IN COMPLIANCE WITH THE
PERSONNEL ACT AND THE RULES ADOPTED
UNDER IT.

PREPARED BY: 21JOHNSO   04/17/2012
             ---------  ----------
             SIGNON      DATE

SIGNATURE OF
APPOINTING AUTHORITY   J Roberts   5/17/12
                                   DATE

Confidential Bakalar DEF 000009

Case 3:19-cv-00025-JWS Document 60-7 Filed 07/30/21 Page 9 of 44
Exh 3 Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 9 of 44

SOA DOA
PERSONNEL

APR 1 6 2012

TECHNICAL SERVICE

# STATE OF ALASKA
## DEPARTMENT OF LAW
### PERFORMANCE EVALUATION REPORT FOR ATTORNEYS AND ASSOCIATE ATTORNEYS

| NAME | JOB CLASSIFICATION TITLE | PCN | EMPLOYEE NUMBER |
|---|---|---|---|
| Elizabeth (Libby) Bakalar | Attorney III | 03·bil | 302154 |

| REPORT COVERAGE | | REASON FOR REPORT |
|---|---|---|
| FROM | TO | |
| 1/31/08 | 3/1/2012 | ☒ ANNUAL   ☐ RESIGNATION   ☒ OTHER (SPECIFY) Promotion |

## OVERALL PERFORMANCE RATING

☐ DOES NOT MEET DEPARTMENTAL EXPECTATIONS   ☒ MEETS OR EXCEEDS DEPARTMENTAL EXPECTATIONS*

Rater's Recommended Action: Promotion to Attorney IV, effective 3/16/2012.

Evaluation was discussed with employee ☒ YES ☐ NO  If no, explain: _____

Signature of Rater: _Natalie Vaada_  Title Chief, Labor & State Affairs  Date 3/15/12

Employee: ☒ Concur with Evaluation      ☐ Disagree (Employee comments attached)

Signature: _Eli M B___  Date 3/15/12

Division Signature: _Nancy R____  Title Civil Div  Date 4/16/12

Department Signature: ____  Title A.G.  Date 4/16/12

## DUTIES ASSIGNED TO THIS POSITION

During this rating period Libby worked for the Human Services section of the Juneau office until August 1, 2011, when she transferred to the Labor and State Affairs Section. While in Human Services her primary duties include representing the Division of Public Health, the food stamp section of the Division of Public Assistance, she handled all of the substantiated allegations of neglect and abuse under AS 47.05.300 for the Office of Children's Services, and conducted the involuntary mental commitments for southeast Alaska, she also handled a number of significant administrative (602) appeals to the superior court, as well as civil litigation related to the Medicaid program. Upon transferring to the Labor and State Affairs Section in August 2011, Libby was assigned to represent the Division of Elections and the Lieutenant Governor's office. She handles such matters as initiative applications, ballot challenges, candidate and voter eligibility, and compliance with federal voting requirements. Libby represents elections and the Lieutenant Governor in litigation, provides advice, and assists with legislation and regulations.

SOA DOA DOPLR

MAY 2 3 2012

Information Center

For purposes of AS 39.27.011(h) this rating satisfies the requirement of a rating of "good" or higher."

**Confidential Bakalar DEF 000010**

1. Applies good judgment in advising on legal matters and in preparing written materials and oral presentations:

☐ Deficient    ☐ Needs Improvement    ☒ Good    ☐ Exceptional

☐ Not observed during this rating period
☐ Does not apply to this position

    Libby is very bright and capable. She is well versed on providing advice on legal issues and has become very comfortable with her role as an agency attorney. Libby is an exceptionally good writer. And, since the last rating period, she has worked hard on her personal interaction and verbal advice with her clients. In a short period of time, Libby has established a good working relationship with elections and the lieutenant governor's office and they routinely seek her advice and trust her judgment.

2. Applies effective legal research in advising on legal matters and in preparing written materials and oral presentations:

☐ Deficient    ☐ Needs Improvement    ☐ Good    ☒ Exceptional

☐ Not observed during this rating period
☐ Does not apply to this position

    Libby does an excellent job on legal research; she is quick to understand an issue and to find authority on point. She is able to recognize and assess the core legal issues of her cases. Libby has worked to finely hone her research skills and the effort shows in her written analysis. She is an exceptional writer. She continues to work on and improve her oral presentations. She has already demonstrated her ability to learn new areas of law (i.e., election law) and to produce excellent written memoranda on election issues under tight deadlines.

3. Produces grammatical, well-organized, concise, understandable, and persuasive written materials:

☐ Deficient    ☐ Needs Improvement    ☐ Good    ☒ Exceptional

☐ Not observed during this rating period
☐ Does not apply to this position

    Libby has great technical skills and is very confident with her writing. She was the "go to" person in the Human Services section for assistance in writing and editing to make the section work product better. Libby has continued to produce high-quality written work in the Labor & State Affairs section.

4. Makes well-organized, concise, understandable, and persuasive oral presentations:

☐ Deficient    ☐ Needs Improvement    ☒ Good    ☐ Exceptional

☐ Not observed during this rating period
☐ Does not apply to this position

    Libby continues to work on her oral presentation skills, and shows more skill and ease in her oral expositions. Her work in L&SA has enabled her to argue before the superior court on complex case motions and appeals.

Performance Evaluation Report

**Confidential Bakalar DEF 000011**

5. Efficiently allocates time to competing priorities, and works diligently and efficiently to complete assignments by deadlines:

☐ Deficient  ☐ Needs Improvement  ☐ Good  ☒ Exceptional

☐ Not observed during this rating period

Libby is very well organized. She works diligently to learn the law and become familiar with the facts of her cases and is diligent in meeting her deadlines. Her work product improved as she continued to focus more on the details and subtexts of the project. She is collaborative with others and exercises good judgment as to when to ask others to brainstorm with her in fleshing out ideas and concepts.

6. Willingly accepts and carries out new assignments, accepts supervision, demonstrates a positive attitude toward the job, and demonstrates a willingness to learn new skills:

☐ Deficient  ☐ Needs Improvement  ☐ Good  ☒ Exceptional

☐ Not observed during this rating period

Libby willingly takes on new work assignments. She has been instrumental in researching and analyzing a novel constitutional issue for DMV during this period. She has a positive attitude about her work assignments. She also willingly accepts supervision and follows through on her case assignments.

7. Demonstrates the ability to work independently, and to identify, analyze, and solve problems:

☐ Deficient  ☐ Needs Improvement  ☒ Good  ☐ Exceptional

☐ Not observed during this rating period

Libby is able to work independently and her recent move to the L&SA section has allowed her independence to flourish. While in the Human Services section, the circumstances often limited Libby from being able to take full ownership of a project or matter. Instead, she often worked with the section supervisor collaboratively on cases. With the cases she handled on her own in Human Services, she worked through issues appropriately and demonstrated the ability to handle matters independently. In the LSA section, she is able to act independently on matters and has a platform to demonstrate the ability to handle a more complex caseload using her own judgment, skill and expertise.

8. Demonstrates proficiency in trial and administrative advocacy skills, including planning and implementing an effective litigation strategy, conducting thorough discovery, developing a strong record, skillfully examining witnesses, presenting effective opening and closing arguments, and preserving issues for appeal:

☐ Deficient  ☐ Needs Improvement  ☒ Good  ☐ Exceptional

☐ Not observed during this rating period

Libby has developed a strong set of litigation skills. She especially excels as to motion practice and oral advocacy on those motions. She has handled a number of contested evidentiary hearings at the OAH and by all accounts has done a fine job.

9. Proficiently handles regulation and legislation assignments:

☐ Deficient  ☐ Needs Improvement  ☐ Good  ☒ Exceptional

☐ Not observed during this rating period
☐ Does not apply to this position

Libby's excellent writing skills have served her well on regulation and legislation projects.

**Confidential Bakalar DEF 000012**

10. Works effectively with others as a member of a team, the section, the office, and the department:

☐ Deficient    ☐ Needs Improvement    ☒ Good    ☐ Exceptional

☐ Not observed during this rating period
☐ Does not apply to this position
Libby is a team player who works very well with others and is a great colleague.

11. Regularly communicates with clients or victims and law enforcement about significant developments in their matters, and has established efficient and effective working relationships with them:

☐ Deficient    ☐ Needs Improvement    ☒ Good    ☐ Exceptional

☐ Not observed during this rating period
        Libby had very good working relationships with her client at DHSS and has already established a good working relationship with elections and the Lt. Governor's office. DHSS clients all reported how attentive she was to their questions and concerns and they were sorry to see her leave. It will help her enormously to have her primary client be in Juneau as it will focus her interpersonal efforts, which while top notch, are still not her preferred mode of communication. In her last review this was an issue mentioned by the rater that she should focus on and to her credit she did. Those efforts resulted in better client relationships and better outcomes for the client.

12. Is considerate of and interacts effectively, respectfully, and professionally with clients or victims and law enforcement, support staff, co-workers, members of the public, opposing counsel, court personnel, and supervisors:

☐ Deficient    ☐ Needs Improvement    ☒ Good    ☐ Exceptional

☐ Not observed during this rating period
☐ Does not apply to this position

13. Demonstrates good work habits, including punctuality, reliability, and professional appearance:

☐ Deficient    ☐ Needs Improvement    ☒ Good    ☐ Exceptional

☐ Not observed during this rating period

14. Effectively manages and organizes files, and keeps supervisor and support staff apprised of significant workload issues:

☐ Deficient    ☐ Needs Improvement    ☐ Good    ☒ Exceptional

☐ Not observed during this rating period
        Libby is well-organized and efficient with her time. She manages her projects and cases very well. She keeps her supervisors and her clients informed at all facets of a project. She also prepares a monthly report for the lieutenant governor to apprise him of developments in election and initiative matters -- a report that is much appreciated by the lieutenant governor.

Confidential Bakalar DEF 000013

15. Complies with departmental policies such as those on settlement authority, appeals, case assessment, charging decisions, and press contacts:

☐ Deficient     ☐ Needs Improvement     ☒ Good

☐ Not observed during this rating period

16. Complies with departmental requirements for leave, travel, and timesheets:

☐ Deficient     ☐ Needs Improvement     ☒ Good

☐ Not observed during this rating period

17. Acts ethically and honestly in performing duties:

☐ Unacceptable     ☒ Acceptable

Performance Evaluation Report

Confidential Bakalar DEF 000014

18. Additional comments and performance goals:

Libby has been an attorney for over six years and has been with the Department for more than five years. Each year there is a marked leap in her continued development as an attorney. She was a great member of the human services team and is missed by that section. Libby's greatest skills continue to be her writing, which is technically outstanding, and her fine analytical skills. She continues to work on making these skills even better. Libby has taken supervision and suggestions about how to improve the other facets of her work very well and has made improvements in those areas, including being more comfortable with oral argument in administrative proceedings, court, and client meetings. She still relies upon her writing and analytical skills, but has seen the benefit of face-to-face meetings in getting to core issues and problems so that she can better advocate for her client.

Libby is always willing and ready to take on a new project or assist in an existing project and get it done. Libby has evolved and developed into an attorney that can handle any project handed to her. She is competent, qualified and works independently to achieve the goals of her client. She is collaborative when necessary but can rely on her judgment when it comes to her cases. She can comfortably handle complex matters.

Since joining the L&SA section in August 2011, Libby has demonstrated her ability to work independently and effectively for the division of elections and the lieutenant governor. She has effectively handled several high-level and politically sensitive election matters since joining the section. She has written several opinions for the division, including a legal review of a petition seeking to recall a state representative and a complicated opinion on an initiative that seeks to revive a coastal zone management program in state law. The issues she has handled for elections have been novel, highly complicated, and involved detailed analysis of applicable constitutional law. She has done a splendid job for elections. The lieutenant governor and the director of elections routinely seek her advice on election matters and they quickly came to trust her advice. She has shown her versatility as a legal practicner as well, having volunteered to take on a superior court appeal for the Division of Motor Vehicles regarding a constitutional challenge to division practices and policies regarding the change of a person's sex on their driver's license. Libby is already a highly valued member of the L&SA section and it is a pleasure to work with her.

Based on the rater's joint review of Libby's work and the characteristics and performance standard typical of an Attorney IV, we are pleased to promote Libby to an Attorney IV.

**Confidential Bakalar DEF 000015**

| SUPERVISION |
| :---: |
| ☒ Does not apply to this position |

19. Appropriately directs and delegates tasks to employees:

☐ Deficient    ☐ Needs Improvement    ☐ Good    ☐ Exceptional

☐ Not observed during this rating period

---

20. Regularly and effectively communicates – including written evaluations – with employees about the quality of their performance and developments that may concern the employees:

☐ Deficient    ☐ Needs Improvement    ☐ Good    ☐ Exceptional

☐ Not observed during this rating period

---

21. Is readily approachable and accessible to subordinates, guides and motivates employees, and fosters a positive work environment:

☐ Deficient    ☐ Needs Improvement    ☐ Good    ☐ Exceptional

☐ Not observed during this rating period

---

22. Resolves conflicts constructively and capably handles challenging situations:

☐ Deficient    ☐ Needs Improvement    ☐ Good    ☐ Exceptional

☐ Not observed during this rating period

**Confidential Bakalar DEF 000016**

Case 3:19-cv-00025-JWS Document 69-7 Filed 07/30/21 Page 16 of 44
Exs. to Opposition to Motion for Summary Judgment & Cross Motion for Summary Judgment
Page 16 of 44

The performance ratings are defined as follows:

## OVERALL PERFORMANCE RATINGS

1.  **Does not meet departmental expectations**: The employee's performance during the rating period was below job expectations for the position, whether due to lack of effort or lack of skill. The employee's work was inadequate. Corrective action is required.

2.  **Meets or exceeds departmental expectations**: The employee's performance during the rating period consistently satisfied or exceeded job expectations for the position, reflected positively on the organization, and demonstrated a commitment to the organization's work. For purposes of AS 39.27.011(h) this rating satisfies the requirement of a rating of "'good" or higher."

## COMPONENT RATINGS

1.  **Deficient**: The employee's performance during the rating period consistently or significantly fell below job expectations. Corrective action is required.

2.  **Needs improvement**: The employee's performance was inconsistent and needs improvement to fully meet job expectations. Corrective action is required.

3.  **Good**: The employee's performance during the rating period consistently met or exceeded job expectations, reflected positively on the organization, and demonstrated a commitment to the organization's work. The employee is a fully competent, valuable member of the organization.

4.  **Exceptional**: The employee performed extraordinarily well during the rating period, greatly exceeding job expectations.

The overall performance rating on the first page reflects the rater's overall assessment of the employee's job performance during the rating period. The individual component ratings on the following pages reflect the rater's assessment of the various components of the employee's job performance. The overall performance rating is not an average or similar function of the component ratings.

**Confidential Bakalar DEF 000017**

STATE OF ALASKA
PERSONNEL ACTION

*Personnel Copy*

RD: 03109

| | NAME | | EMPLOYEE ID | | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|---|---|
| OLD | BAKALAR,ELIZABETH M | | 302154 | | 08/01/2011 | 255030851 |
| NEW | | | | | 02/01/2012 | 255030571 |

| STATUS: | | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|---|
| OLD | | IC | PX | FR | | |
| NEW | | | | | | |

SOA DOA DOPLR
APR 17 2012
Employee Planning &
Information Center

| COMPENSATION: | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | TR | S | 3,277.00 | N | 02/01/2012 |
| NEW | MI | | 3,396.00 | | 02/01/2013 |

| POSITION: | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | TR | XE | 22 | C | 031211 | | AWA | P7144 | NAA |
| NEW | MI | | | D | | | | | |

OLD
NEW
LOCATION NAME: JUNEAU                    CLASS TITLE: ATTORNEY III
               :                                      :

MANUAL ENTRIES:   OT EXEMPT   OLD:      (OPTIONAL) COLLOCATION CODE:   OLD:
                  ---------   NEW:      (PRIMARY LABOR DISTRIBUTION)  NEW:

HOME ADDRESS:
        OLD: 3009 GOODWIN RD                              NEW:
        CITY: JUNEAU          STATE: AK  ZIP: 998011991   CITY:              STATE:    ZIP:

REMARKS:        Effective  2 / 1 / 12
                Merit Increase.

ATTACHMENTS:

NONE

                                          I CERTIFY THAT BASED ON INFORMATION
                                          AVAILABLE TO ME THE ACTION RECORDED
                                          ON THIS FORM IS IN COMPLIANCE WITH THE
                                          PERSONNEL ACT AND THE RULES ADOPTED
                                          UNDER IT.

PREPARED BY: OBRYANJM   02/10/2012        SIGNATURE OF
             -------    ----------        APPOINTING AUTHORITY  Debbie Pound, 4-10-12
             SIGNON     DATE                                                  DATE

**Confidential Bakalar DEF 000098**

Case 3:19-cv-00025-TWS   Document 69-7   Filed 07/30/21   Page 18 of 44
Ex. G – Opposition to Motion for Summary Judgment & Cross Motion for Summary Judgment
Page 18 of 44

| | NAME | | EMPLOYEE ID | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|---|
| OLD | BAKALAR,ELIZABETH M | | 302154 | 07/01/2011 | |
| NEW | | | | 08/01/2011 | 255030851 |

| STATUS: | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|
| OLD | LP | PX | FR | LW | LWOP ADJUSTMENT |
| NEW | IC | | | | |

SOA DOA DOPLR

NOV 2 9 2011

Employee Planning &
Information Center

| COMPENSATION: | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | MU | S | 3,277.00 | N | 02/01/2012 |
| NEW | TR | | | | |

| POSITION: | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | MU | XE | 22 | C | 030226 | | AWA | P7144 | NAA |
| NEW | TR | | | | 031211 | | | | |

| OLD | LOCATION NAME: JUNEAU | CLASS TITLE: ATTORNEY III |
|---|---|---|
| NEW | : | : |

MANUAL ENTRIES:   OT EXEMPT    OLD:       (OPTIONAL)  COLLOCATION CODE:    OLD:
                  ---------    NEW:       (PRIMARY LABOR DISTRIBUTION)   NEW:

HOME ADDRESS:
    OLD: 3009 GOODWIN RD                                    NEW:
    CITY: JUNEAU              STATE: AK   ZIP: 998011991    CITY:              STATE:    ZIP:

REMARKS:
    Effective 08/01/11Lateral transfer per Personnel Rules Article 2 AAC 07.340.

ATTACHMENTS:

I CERTIFY THAT BASED ON INFORMATION
AVAILABLE TO ME THE ACTION RECORDED
ON THIS FORM IS IN COMPLIANCE WITH THE
PERSONNEL ACT AND THE RULES ADOPTED
UNDER IT.

    NONE

PREPARED BY: 6HMILLER   08/11/2011
             ---------  ----------
             SIGNON     DATE

SIGNATURE OF
APPOINTING AUTHORITY   _Nena Nieni___, 8/31/11
                                        DATE

Confidential Bakalar DEF 00001b

Case 3:19-cv-00025-JWS   Document 69-7   Filed 07/30/21   Page 19 of 44
Exhibit - Opposition to Motion Summary Judgment & Cross Motion for Summary Judgment
Page 19 of 44

STATE OF ALASKA
PERSONNEL ACTION

|  | NAME | EMPLOYEE ID | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|
| OLD | BAKALAR,ELIZABETH M | 302154 | 01/01/2011 | 255037695 |
| NEW |  |  | 01/31/2011 | 000000000 |

SOA DOA DOPLR
APR 11 2011
Employee Planning &
Information Center

| STATUS: | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|
| OLD | IC | PX | FR |  |  |
| NEW | LP |  |  | LW | LWOP ADJUSTMENT |

| COMPENSATION: | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | MI | S | 3,212.50 | N | 01/01/2012 |
| NEW | LP |  |  |  | 02/01/2012 |

| POSITION: | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | MI | XE | 22 | C | 030226 |  | AWA | P7144 | AA |
| NEW |  |  |  |  |  |  |  |  |  |

| OLD | LOCATION NAME: JUNEAU | CLASS TITLE: ATTORNEY III |
|---|---|---|
| NEW | : | : |

MANUAL ENTRIES: OT EXEMPT    OLD:    (OPTIONAL) COLLOCATION CODE:   OLD:
                             NEW:    (PRIMARY LABOR DISTRIBUTION)   NEW:

HOME ADDRESS:
  OLD: 3009 GOODWIN RD                                    NEW:
  CITY: JUNEAU              STATE: AK   ZIP: 998011991   CITY:              STATE:    ZIP:

REMARKS: *Effective 01/31/11 -merit Anniversary date and/or leave base date advanced one month due to part time hours.*

ATTACHMENTS: NONE

I CERTIFY THAT BASED ON INFORMATION
AVAILABLE TO ME THE ACTION RECORDED
ON THIS FORM IS IN COMPLIANCE WITH THE
PERSONNEL ACT AND THE RULES ADOPTED
UNDER IT.

PREPARED BY: BATCH    02/08/2011
             SIGNON   DATE

SIGNATURE OF
APPOINTING AUTHORITY _____ 2/29/1(
                                        DATE

Confidential Bakalar DEF 00002

Case 3:19-cv-00025-JWS   Document 69-7   Filed 07/30/21   Page 20 of 44
Exhibit Opposition to Motion Summary Judgment & Cross Motion for Summary Judgment
Page 20 of 44

STATE OF ALASKA
PERSONNEL ACTION

RD: 03109

| | NAME | EMPLOYEE ID | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|
| OLD | BAKALAR,ELIZABETH M | 302154 | 07/01/2010 | |
| NEW | | | 01/01/2011 | 255037695 |

SOA DOA DOPLR

FEB 1 6 2011

Employee Planning &
Information Center

**STATUS:**

| | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|
| OLD | IC | PX | FR | | |
| NEW | | | | | |

**COMPENSATION:**

| | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | MU | S | 3,117.00 | N | 01/01/2011 |
| NEW | MI | | 3,212.50 | | 01/01/2012 |

**POSITION:**

| | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | MU | XE | 22 | B | 030226 | | AWA | P7144 | AA |
| NEW | MI | | | C | | | | | |

| | | |
|---|---|---|
| OLD | LOCATION NAME: JUNEAU | CLASS TITLE: ATTORNEY III |
| NEW | : | : |

MANUAL ENTRIES: OT EXEMPT     OLD:     (OPTIONAL) COLLOCATION CODE:     OLD:
                 ---------    NEW:     (PRIMARY LABOR DISTRIBUTION)     NEW:

HOME ADDRESS:
     OLD: 3009 GOODWIN RD                              NEW:
     CITY: JUNEAU          STATE: AK   ZIP: 998011991  CITY:                STATE:    ZIP:

REMARKS:
          Effective _1_/_1_/_11_
          Merit Increase.

ATTACHMENTS:   Performance Evaluation not
               attached.

                                              I CERTIFY THAT BASED ON INFORMATION
                                              AVAILABLE TO ME THE ACTION RECORDED
                                              ON THIS FORM IS IN COMPLIANCE WITH THE
                                              PERSONNEL ACT AND THE RULES ADOPTED
                                              UNDER IT.

PREPARED BY: 6KTBROWN   01/13/2011        SIGNATURE OF
             ---------- ----------        APPOINTING AUTHORITY  S. Roberts        2/4/2011
             SIGNON     DATE                                    ----------------- ----------
                                                                                  DATE

**Confidential Bakalar DEF 000021**

Case 3:19-cv-00025-JWS   Document 69-7   Filed 07/30/21   Page 21 of 44
Exhibit 7 – Opposition to RWS Summary Judgment & Cross Motion for Summary Judgment
Page 21 of 44

Personnel Copy

RD: 03109

|  | NAME | EMPLOYEE ID | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|
| OLD | BAKALAR,ELIZABETH M | 302154 | 07/01/2009 | |
| NEW | | | 01/01/2010 | 255032495 |

SOA DOA DOPLR

APR 07 2010

Employee Planning &
Information Center

| STATUS: | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|
| OLD | IC | PX | FR | | |
| NEW | | | | | |

| COMPENSATION: | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | MU | S | 2,947.00 | N | 01/01/2010 |
| NEW | MI | | 3,056.00 | | 01/01/2011 |

| POSITION: | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | MU | XE | 22 | A | 030226 | | AWA | P7144 | AA |
| NEW | MI | | | B | | | | | |

OLD    LOCATION NAME: JUNEAU        CLASS TITLE: ATTORNEY III
NEW                :                         :

MANUAL ENTRIES:   OT EXEMPT    OLD:    (OPTIONAL)   COLLOCATION CODE:   OLD:
                              NEW:    (PRIMARY LABOR DISTRIBUTION)   NEW:

HOME ADDRESS:
     OLD: 3009 GOODWIN RD                    NEW:
     CITY: JUNEAU            STATE: AK   ZIP: 998011991   CITY:                   STATE:    ZIP:

REMARKS:

ATTACHMENTS:    Effective 1/1/10 Pay Increase.
Performance Evaluation Not Attached

I CERTIFY THAT BASED ON INFORMATION
AVAILABLE TO ME THE ACTION RECORDED
ON THIS FORM IS IN COMPLIANCE WITH THE
PERSONNEL ACT AND THE RULES ADOPTED
UNDER IT.

PREPARED BY: 6KTBROWN    01/15/2010
           SIGNON      DATE

SIGNATURE OF
APPOINTING AUTHORITY _____ 3.29.10
                                      DATE

Confidential Bakalar DEF 000022

Case 3:19-cv-00025-JWS Document 69-7 Filed 07/30/21 Page 22 of 44
Exhibit - Opposition to Motion Summary Judgment & Cross Motion for Summary Judgment
Page 22 of 44

# ETHICS DISCLOSURE FORM

Outside Employment or Services Notification

To: _Dept. of Law_____, Designated Ethics Supervisor
      (Department or Agency)

In accordance with AS 39.52.170(b), I am providing notice of my employment or provision of services for compensation outside the _Dept. of Law_____ (agency).

Note: You are not required to disclose volunteer work unless it is a potential conflict with your state duties or you receive any type of compensation, including travel or meals.

This employment or service consists of the following (describe in detail, attach separate sheet as needed):
_Volunteer board membership on Wisdomtooth.org non-profit providing_
_international dental relief + training for clinicians - may involve travel + meals._

Hours and days of the week _____

If you work as an independent contractor or a consultant, please attach a list of your clients.

Note: If your outside job duties are the same or similar to your State service, or if you will be dealing with people or entities with whom you deal or may deal as part of your official duties, you must explain why no potential conflict exists between your outside employment and your official duties. If a potential conflict exists, you must refrain from taking any action until it is approved by your designated ethics supervisor. See AS 39.52.210.

I certify that I will not use or allow the use of any State owned/operated facilities, supplies, equipment, vehicles, or personnel time and effort for any employment outside State service, and that my outside duties will not affect my usual State duties or duty hours in this Department. I certify to the best of my knowledge that my statement is true, correct, and complete. In addition to any other penalty or punishment that may apply, the submission of a false statement is punishable under AS 11.56.200 - AS 11.56.240.

| | |
|---|---|
| _Eliz. M. Bak_ (Signature) | _6-2-09_ (Date) |
| _Elizabeth M. Bakalar_ (Printed Name) | _Civil Law_ (Division, Agency) |
| _Atty. III_ (Position Title) | _Jnu_ (Location) |

Recommendation: ✓ Approve _____ Disapprove (attach reasons for disapproval recommendation)

| | |
|---|---|
| _Stacie L. Kraly_ (Work Supervisor's Signature) | _6/3/09_ (Date) |
| _STACIE L. KRALY_ (Printed Name) | |

✓ Approved _____ Disapproved*

| | |
|---|---|
| _Judy Bockmon_ (Designated Ethics Supervisor's Signature) | _6/4/09_ (Date) |

*Designated Ethics Supervisor: Provide a copy of the approval or disapproval to the employee. If the employment is disapproved or other action is necessary under AS 39.52.210, attach a determination stating the reasons. A copy of the determination must be sent to the attorney general with your quarterly report at the following address: State Ethics Attorney, Office of the Attorney General, Department of Law, 1031 West 4th Avenue, Suite 200, Anchorage, Alaska 99501                                2/2009

Confidential Bakalar DEF 000023

STATE OF ALASKA
PERSONNEL ACTION

RD: 03109

| | NAME | SOCIAL SECURITY NUMB | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|
| OLD | BAKALAR,ELIZABETH M | 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 | 01/01/2009 | 255510000 |
| NEW | | | | 255037306 |

SOA DOA Personnel

FEB 0 3 2009

Employee Services
Employee Records Section

| STATUS: | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|
| OLD | IC | PX | FR | | |
| NEW | | | | | |

| COMPENSATION: | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | MI | S | 2,679.50 | N | 11/01/2009 |
| NEW | PR | | 2,861.00 | | 01/01/2010 |

| POSITION: | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | MI | XE | 20 | C | 030226 | | AWA | P7143 | AA |
| NEW | PR | | 22 | A | | | | P7144 | |

| | | |
|---|---|---|
| OLD | LOCATION NAME: JUNEAU | CLASS TITLE: ATTORNEY II |
| NEW | : | : ATTORNEY III |

MANUAL ENTRIES:  OT EXEMPT    OLD:    (OPTIONAL)  COLLOCATION CODE:   OLD:
                 ---------    NEW:    (PRIMARY LABOR DISTRIBUTION)   NEW:

HOME ADDRESS:
    OLD: 3009 GOODWIN RD                              NEW:
    CITY: JUNEAU              STATE: AK   ZIP: 998011991   CITY:                STATE:    ZIP:

REMARKS: Effective 1/1/09 Promotion of partially exempt

ATTACHMENTS: PARF
Performance evaluation

I CERTIFY THAT BASED ON INFORMATION
AVAILABLE TO ME THE ACTION RECORDED
ON THIS FORM IS IN COMPLIANCE WITH THE
PERSONNEL ACT AND THE RULES ADOPTED
UNDER IT.

PREPARED BY: 1YHUSBYM    01/21/2009
             --------    ----------
             SIGNON      DATE

SIGNATURE OF
APPOINTING AUTHORITY  *Stephanie Rue*  1/27/09
                                        DATE

Confidential Bakalar DEF 000024

Case 3:19-cv-00025-JWS  Document 69-7  Filed 07/30/21  Page 24 of 44
Ex. G - Opposition to Motion Summary Judgment & Cross Motion for Summary Judgment
Page 24 of 44



# State of Alaska
# Personnel Action Request Form

RECEIVED
JAN 1 3 200
OF LAW
SERVICE

| SSN 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 | Last Name Bakalar | | First Name Elizabeth | M.I. M. | Effective Date 1-1-2009 |
|---|---|---|---|---|---|
| Dept # / Division 03/Law | Section Human Services | Location Juneau | Retire Code | Contact Code 031092539 | Date of Request 1-14-2009 |
| EE Phone Number 907-465-3600 | EE Fax Number 907-465-2539 | Add/Change EE Email Address Libby.Bakalar@alaska.gov | | Supervisor's Name Stacie Kraly | Supervisor's PCN 03-0003 |

| | | |
|---|---|---|
| ☐ Perm Status | ☐ Probationary Appt. | ☐ Transfer ☐ Sep / Dismissal ☐ Rtn (S)LWOP ☐ Change In Marital Status |
| ☐ Emrgncy Appt. | ☐ EX / PX Appt. | ☐ Layoff ☐ Sep / Resignation ☐ To (S)LWOP ☐ Chg In Accts Charged |
| ☐ Nonperm Appt. | ☒ Promotion | ☐ RTN Layoff ☐ Sep / Appointment ☐ Acting Status ☐ Flex / Flex Promotion |
| ☐ PT Appt. | ☐ Demotion | ☐ Separation ☐ Merit Salary Increase ☐ Other Changes ☐ |

| Comments: PX promotion to Attorney III effective 1/1/09 per attached evaluation. | DOC# 037306 |
|---|---|
| | Technical Services Comments: TR |

CHSLC
2 AAC 07.330. A
Probation Date:

**OK** mch

Entered 1/13/09
Mary

| FROM: | | TO: |
|---|---|---|
| Partially Exempt | Status | Partially Exempt |
| FR | Seasonal Indicator | FR |
| Salaried | Salaried / Hourly | Salaried |
| 11/1/2009 | Merit Anniversary Date | 1 - 1 - 2010 |
| $2,679.50 +1= 2777.50 | Pay Rate | $2,881.00 |
| 03-0226/N | PCN / Firearm | 03-0226/N |
| PX | Bargaining Unit | PX |
| Juneau | Location | Juneau |
| 20/C + 1 Step less than | Range / Step / OT Ind | 22/A |
| Attorney II 1/2 way | Class Code / Job Title | Attorney III |
| 03-10-97-74 | Organizational Rt Code | 03-10-97-74 |
| 03109 | Payroll RD Code | 03109 |
| Schedule AA Base | Salary Schedule | Schedule AA Base |
| | HI Code / Effective Date | |
| | Resident Address | |
| | City / State / Zip | |
| | Warrant Mailing Address | |
| | City / State / Zip | |
| 03201003 | CC / LC – Accts Charged | 03201003 |
| | Generator Pattern | |
| | V/A Code | |

| Appointing Authority Approval (when applicable) Melanie Ferguson/Legal Office Administrator | *[signature]* | Date 1/14/2009 |
|---|---|---|
| Division / Department Approval (when applicable) | | Date |

Revision Date 10.12.2004

FORM 32000

Confidential Bakalar DEF 000025

## STATE OF ALASKA
## DEPARTMENT OF LAW
## PERFORMANCE EVALUATION REPORT FOR ATTORNEYS AND ASSOCIATE ATTORNEYS

| NAME | JOB CLASSIFICATION TITLE | PCN | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Elizabeth (Libby) Bakalar | Attorney II | 03-0226 | 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 |

| REPORT COVERAGE | | REASON FOR REPORT | |
|---|---|---|---|
| FROM | TO | | |
| 09/20/06 | 12/31/ 2008 | ☒ ANNUAL   ☐ RESIGNATION   ☐ OTHER (SPECIFY) _____ | |

### OVERALL PERFORMANCE RATING

☐ DOES NOT MEET DEPARTMENTAL EXPECTATIONS     ☒ MEETS OR EXCEEDS DEPARTMENTAL EXPECTATIONS*

Rater's Recommended Action: Promotion to Attorney III, effective January 1, 2009

Evaluation was discussed with employee ☒ YES ☐ NO  If no, explain: _____

Signature of Rater: _~Starn. Chun~_     Title  Chief Assistant Attorney General   Date 1|5|09

Employee:  ☒ Concur with Evaluation                    ☐ Disagree (Employee comments attached)

Signature: _~Em M Bakm~_     Date 1|5|09

Division Signature: _~(signature)~_   Title _Civil Division Chief_   Date 1/9/09

Department Signature: _~Craig J. Tillery~_   Title _DAG_   Date 1/12/09

### DUTIES ASSIGNED TO THIS POSITION

Libby works out of the Juneau office and her primary duties include representing the Division of Public Health, the food stamp section of the Division of Public Assistance, she handles all of the substantiated allegations of neglect and abuse under AS 47.05.300 for the Office of Children's Services, and she conducts of the involuntary mental commitments for southeast Alaska

SOA DOA Personnel

JAN 1 3 2009

General
Management Services

* For those that are eligible for a merit increase or longevity increment, this rating satisfies the requirement of a rating of 'acceptable' or better" or "'good' or higher."

**Confidential Bakalar DEF 000026**

Case 3:19-cv-00025-JWS  Document 69-7  Filed 07/30/21  Page 26 of 44
Exhibit G, Opposition to Motion Summary Judgment & Cross Motion for Summary Judgment
Page 26 of 44

1. Applies good judgment in advising on legal matters and in preparing written materials and oral presentations:

☐ Deficient  ☐ Needs Improvement  ☒ Good  ☐ Exceptional

☐ Not observed during this rating period
☐ Does not apply to this position
Libby is very smart and capable. She is well versed on legal issues and is becoming more comfortable with her role as an agency attorney. Libby is an exceptionally good writer but needs to work on her comfort level with respect to verbal advice. To her credit, Libby is aware of the fact that she sometimes relies on her strong writing skills to the determent of developing her oral skills.

2. Applies effective legal research in advising on legal matters and in preparing written materials and oral presentations:

☐ Deficient  ☐ Needs Improvement  ☒ Good  ☐ Exceptional

☐ Not observed during this rating period
☐ Does not apply to this position
Libby does a very good job on legal research. She does, however, need to take time with her conclusions and advice so that she has logically thought it all out before she proceeds. On occasion she is anxious to complete a project, which at times has the effect of limiting the depth of her analysis. This is something that Libby has worked on since she arrived and I see great improvement. However, on occassion she still reverts to her law clerk days and the need to complete something quickly rather than taking her time to make sure she has thoroughly thought through all of the issues and consequences.

3. Produces grammatical, well-organized, concise, understandable, and persuasive written materials:

☐ Deficient  ☐ Needs Improvement  ☐ Good  ☒ Exceptional

☐ Not observed during this rating period
☐ Does not apply to this position
Libby has great technical skills and is very confident with her writing. She has been very helpful in assisting with brief writing and in editing my own work, which produces a better work project for the section.

4. Makes well-organized, concise, understandable, and persuasive oral presentations:

☐ Deficient  ☐ Needs Improvement  ☒ Good  ☐ Exceptional

☐ Not observed during this rating period
☐ Does not apply to this position
Libby is very thorough in her preparation, which is big asset, and it has been reported that her presentations have been good. She is encouraged to continue to work on her oral presentation skills, in order to become more comfortable with that part of the job.

RECEIVED

JAN 1 3 2009

DEPT. OF LAW
ADMIN. SERVICES

Performance Evaluation Report

Page 2

**Confidential Bakalar DEF 000027**

5. Efficiently allocates time to competing priorities, and works diligently and efficiently to complete assignments by deadlines:

☐ Deficient   ☐ Needs Improvement   ☒ Good   ☐ Exceptional

☐ Not observed during this rating period
  Libby is well organized, covers her caseload and meets her deadlines. Her work is good, but it could be outstanding if she focused less on timeliness and more at the details and subtexts of the project. That is not to say the work is deficient in any way, but she tends to rely upon others in the section with more experience to flesh out some of the details which short changes her opportunity to expand her own base of knowledge of agency issues and processes.

6. Willingly accepts and carries out new assignments, accepts supervision, demonstrates a positive attitude toward the job, and demonstrates a willingness to learn new skills:

☐ Deficient   ☐ Needs Improvement   ☐ Good   ☒ Exceptional

☐ Not observed during this rating period
  Libby is ready and willing to take on new work; when she does, she needs to take full ownership of the project and trust her efforts and her judgment.

7. Demonstrates the ability to work independently, and to identify, analyze, and solve problems:

☐ Deficient   ☐ Needs Improvement   ☒ Good   ☐ Exceptional

☐ Not observed during this rating period
  Libby is working on becoming more and more independent and when she has done so, her efforts have had good results. She continues to improve in this area and is becoming more confident in her skills.

8. Demonstrates proficiency in trial and administrative advocacy skills, including planning and implementing an effective litigation strategy, conducting thorough discovery, developing a strong record, skillfully examining witnesses, presenting effective opening and closing arguments, and preserving issues for appeal:

☐ Deficient   ☐ Needs Improvement   ☒ Good   ☐ Exceptional

☐ Not observed during this rating period
  Historically, I would guess that Libby would state that she was not a big "fan" of litigation, but the more she develops her skills in this area and the more success she has had, may have moderated her views. She is actively seeking to gain more experience and without hesitation conducted a day long jury trial. Libby's trial skills are good. Litigation gives her an opportunity to use her exceptional writing skills and has prevailed in two cases this past year by winning motions for summary judgment. She should be very pleased with the result of her hard work in this area.

9. Proficiently handles regulation and legislation assignments:

☐ Deficient   ☐ Needs Improvement   ☐ Good   ☒ Exceptional

☐ Not observed during this rating period
☐ Does not apply to this position
  Libby has worked on a number of regulation projects for DHSS; she is very good technical writer so those skills are well served on these types of projects.

Performance Evaluation Report                                          Page 3

**Confidential Bakalar DEF 000028**

10. Works effectively with others as a member of a team, the section, the office, and the department:

☐ Deficient    ☐ Needs Improvement    ☒ Good    ☐ Exceptional

☐ Not observed during this rating period
☐ Does not apply to this position
Libby is a team player and works well with everyone in the office.

11. Regularly communicates with clients or victims and law enforcement about significant developments in their matters, and has established efficient and effective working relationships with them:

☐ Deficient    ☐ Needs Improvement    ☒ Good    ☐ Exceptional

☐ Not observed during this rating period
I would like to see Libby "talk" more to her clients rather than relying upon email and the written word; her comfort and skill is with writing so it is normal for her to default to that, but she needs to foster and facilitate her the client relationships which is best done, in many instances, in person. She is working on these issues and she will see the fruits of those efforts in the next rating period.

12. Is considerate of and interacts effectively, respectfully, and professionally with clients or victims and law enforcement, support staff, co-workers, members of the public, opposing counsel, court personnel, and supervisors:

☐ Deficient    ☐ Needs Improvement    ☒ Good    ☐ Exceptional

☐ Not observed during this rating period
☐ Does not apply to this position

13. Demonstrates good work habits, including punctuality, reliability, and professional appearance:

☐ Deficient    ☐ Needs Improvement    ☒ Good    ☐ Exceptional

☐ Not observed during this rating period

14. Effectively manages and organizes files, and keeps supervisor and support staff apprised of significant workload issues:

☐ Deficient    ☐ Needs Improvement    ☐ Good    ☒ Exceptional

☐ Not observed during this rating period
Libby is well-organized and managing her projects and her cases very well. She keeps me informed as appropriate and is learning to work more independently and is showing good judgment and skill as an attorney.

Performance Evaluation Report        Page 4

**Confidential Bakalar DEF 000029**

JAN 1 3 2009

DEPT. OF LAW
SERVICES

15. Complies with departmental policies such as those on settlement authority, appeals, case assessment, charging decisions, and press contacts:

☐ Deficient  ☐ Needs Improvement  ☒ Good

☐ Not observed during this rating period

16. Complies with departmental requirements for leave, travel, and timesheets:

☐ Deficient  ☐ Needs Improvement  ☒ Good

☐ Not observed during this rating period

17. Acts ethically and honestly in performing duties:

☐ Unacceptable  ☒ Acceptable

18. Additional comments and performance goals:

Libby has been with the Department for three years now and is developing into a very good attorney. She has been a great addition to the section. Libby came to the section after clerking for Judge Cutler so she was familiar with the civil rules and court process and has been able to help with motion practice and other litigation issues very quickly. Her greatest skill is her writing, which is technically outstanding but it has taken some time to move from law clerk mode to advocate in organizing and developing arguments. These skills continue to improve each time she writes a brief or motion. Libby has worked hard to improve her other skills over the past three years, including being more comfortable with oral argument and client meetings. She still tends to resort to an email rather than a phone call, which in some situations works to her disadvantage, as the give and take to flesh out issues and facts often works better in person than over email. She needs to remember that not everyone is as good at communicating in writing as she is.

Libby has been very helpful in working on matters as assigned and helping out when others are busy in the office. She has been extremely helpful to me on a number of matters and I appreciate her positive attitude and efforts in helping the section meet its various demands. She is a great office-mate and has a keen mind to use as a sounding board for ideas and to strategize on cases and motions.

Libby is also very efficient in her work. One point that she really needs to work on in the upcoming year, is that the timeliness of a project does not trump the quality. That is not to say that she does not do great work for the section - she does, but there needs to be some time taken to re-think issues, talk them over in her own mind or with others in the section, re-evaluate what has been done and written to make sure all of the nuances and subtleties have been covered. I would suggest tht she take what she considers to be a final project and put it aside for a day or two and then re-read and re-evaluate the project. Much of the time she is on the right track, she needs a bit more time to develop and finalize a project.

Libby is a great assest to the section; it has been fun to watch her grow professionally and she continues to improve as an attorney every day. I am pleased, based upon skills and experience, to promote her to an Attorney III.

Performance Evaluation Report

Page 5

Confidential Bakalar DEF 000030

RECEIVED

JAN 13 2009

DEPT. OF LAW
ADMIN. SERVICES

| SUPERVISION |
| :---: |
| ☒ Does not apply to this position |

**19. Appropriately directs and delegates tasks to employees:**

☐ Deficient  ☐ Needs Improvement  ☐ Good  ☐ Exceptional

☐ Not observed during this rating period

**20. Regularly and effectively communicates – including written evaluations – with employees about the quality of their performance and developments that may concern the employees:**

☐ Deficient  ☐ Needs Improvement  ☐ Good  ☐ Exceptional

☐ Not observed during this rating period

**21. Is readily approachable and accessible to subordinates, guides and motivates employees, and fosters a positive work environment:**

☐ Deficient  ☐ Needs Improvement  ☐ Good  ☐ Exceptional

☐ Not observed during this rating period

**22. Resolves conflicts constructively and capably handles challenging situations:**

☐ Deficient  ☐ Needs Improvement  ☐ Good  ☐ Exceptional

☐ Not observed during this rating period

Performance Evaluation Report

Page 6

**Confidential Bakalar DEF 000031**

Case 3:19-cv-00025-TWS   Document 69-7   Filed 03/30/21   Page 31 of 44
Exhibit G - Opposition to Motion for Summary Judgment
Page 31 of 44

The performance ratings are defined as follows:

RECEIVED

JAN 1 3 2009

DEPT. OF LAW
ADMIN. SERVICES

## OVERALL PERFORMANCE RATINGS

1. **Does not meet departmental expectations:** The employee's performance during the rating period was below job expectations for the position, whether due to lack of effort or lack of skill. The employee's work was inadequate. Corrective action is required.

2. **Meets or exceeds departmental expectations:** The employee's performance during the rating period consistently satisfied or exceeded job expectations for the position, reflected positively on the organization, and demonstrated a commitment to the organization's work.

## COMPONENT RATINGS

1. **Deficient:** The employee's performance during the rating period consistently or significantly fell below job expectations. Corrective action is required.

2. **Needs improvement:** The employee's performance was inconsistent and needs improvement to fully meet job expectations. Corrective action is required.

3. **Good:** The employee's performance during the rating period consistently met or exceeded job expectations, reflected positively on the organization, and demonstrated a commitment to the organization's work. The employee is a fully competent, valuable member of the organization.

4. **Exceptional:** The employee performed extraordinarily well during the rating period, greatly exceeding job expectations.

The overall performance rating on the first page reflects the rater's overall assessment of the employee's job performance during the rating period. The individual component ratings on the following pages reflect the rater's assessment of the various components of the employee's job performance. The overall performance rating is not an average or similar function of the component ratings.

Performance Evaluation Report

**Confidential Bakalar DEF 000032**

STATE OF ALASKA
PERSONNEL ACTION

RD: 03109

| | NAME | SOCIAL SECURITY NUMB | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|
| OLD | BAKALAR,ELIZABETH M | 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 | 07/01/2008 | |
| NEW | | | 11/01/2008 | 255036588 |

STATUS:

| | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|
| OLD | LP | PX | FR | LW | LWOP ADJUSTMENT |
| NEW | IC | | | | |

SOA DOA Personnel

FEB 2 3 2009

Employee Services
Employee Records Section

COMPENSATION:

| | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | MU | S | 2,598.50 | N | 11/01/2008 |
| NEW | MI | | 2,679.50 | | 11/01/2009 |

POSITION:

| | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | MU | XE | 20 | B | 030226 | | AWA | P7143 | AA |
| NEW | MI | | | C | | | | | |

| | | |
|---|---|---|
| OLD | LOCATION NAME: JUNEAU | CLASS TITLE: ATTORNEY II |
| NEW | : | : |

MANUAL ENTRIES: OT EXEMPT   OLD:        (OPTIONAL)  COLLOCATION CODE:   OLD:
                            NEW:        (PRIMARY LABOR DISTRIBUTION)   NEW:

HOME ADDRESS:
     OLD: 3009 GOODWIN RD                              NEW:
     CITY: JUNEAU           STATE: AK   ZIP: 998011991  CITY:            STATE:    ZIP:

REMARKS:
Effective 11/01/08 Merit Increase.
Performance Evaluation Not Attached

ATTACHMENTS:

I CERTIFY THAT BASED ON INFORMATION
AVAILABLE TO ME THE ACTION RECORDED
ON THIS FORM IS IN COMPLIANCE WITH THE
PERSONNEL ACT AND THE RULES ADOPTED
UNDER IT.

| PREPARED BY: 6KTBROWN | 11/18/2008 | |
|---|---|---|
| SIGNON | DATE | |

SIGNATURE OF
APPOINTING AUTHORITY _____ / 2/9/09
                                          DATE

Confidential Bakalar DEF 00003b

Case 3:19-cv-00025-JWS   Document 69-7   Filed 07/30/21   Page 33 of 44
Exhibit 7 - Opposition to Motion Summary Judgment & Cross Motion for Summary Judgment
Page 33 of 44

Personnel Copy



**STATE OF ALASKA**
**PERSONNEL ACTION**

RD: 03109

| | NAME | SOCIAL SECURITY NUMB | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|
| OLD | BAKALAR,ELIZABETH M | 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 | 10/01/2007 | 255030364 |
| NEW | | | 02/29/2008 | 000000000 |

| STATUS: | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|
| OLD | IC | PX | FR | | |
| NEW | LP | | | LW | LWOP ADJUSTMENT |

**SOA DOA Personnel**

**MAR 2 0 2008**

| COMPENSATION: | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | MI | S | 2,391.50 | N | 10/01/2008 |
| NEW | LP | | | | 11/01/2008 |

**Employee Services**
**Employee Records Section**

| POSITION: | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | MI | XE | 20 | B | 030226 | | AWA | P7143 | AA |
| NEW | | | | | | | | | |

| | LOCATION NAME: JUNEAU | CLASS TITLE: ATTORNEY II |
|---|---|---|
| OLD | : | : |
| NEW | | |

MANUAL ENTRIES:  OT EXEMPT  OLD:  (OPTIONAL)  COLLOCATION CODE:  OLD:
NEW:  (PRIMARY LABOR DISTRIBUTION)  NEW:

HOME ADDRESS:
OLD: 3009 GOODWIN RD  NEW:
CITY: JUNEAU  STATE: AK  ZIP: 998011991  CITY:  STATE:  ZIP:

REMARKS: Effective 2/29/08 Merit Anniversary Date advanced one month due to 23 days accumulated leave without pay.

ATTACHMENTS: None.

I CERTIFY THAT BASED ON INFORMATION
AVAILABLE TO ME THE ACTION RECORDED
ON THIS FORM IS IN COMPLIANCE WITH THE
PERSONNEL ACT AND THE RULES ADOPTED
UNDER IT.

PREPARED BY: BATCH  03/10/2008
SIGNON  DATE

SIGNATURE OF
APPOINTING AUTHORITY  _Marly Purcell_  3/17/08
DATE

**Confidential Bakalar DEF 000034**

  

**Personnel Office**

STATE OF ALASKA
PERSONNEL ACTION

RD: 03109

| | NAME | SOCIAL SECURITY NUMB | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|
| OLD | BAKALAR,ELIZABETH M | 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 | 06/15/2007 | 255038681 |
| NEW | | | 10/01/2007 | 255030364 |

| STATUS: | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|
| OLD | IC | PX | FR | | |
| NEW | | | | | |

*SOA DOA Personnel*
**MAR 2 0 2008**
*Employee Services*
*Employee Records Section*

| COMPENSATION: | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | TR | S | 2,304.00 | N | 10/01/2007 |
| NEW | MI | | 2,391.50 | | 10/01/2008 |

| POSITION: | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | TR | XE | 20 | A | 030226 | | AWA | P7143 | AA |
| NEW | MI | | | B | | | | | |

| OLD | LOCATION NAME: JUNEAU | CLASS TITLE: ATTORNEY II |
|---|---|---|
| NEW | : | : |

MANUAL ENTRIES: OT EXEMPT    OLD:        (OPTIONAL)  COLLOCATION CODE:    OLD:
                            NEW:        (PRIMARY LABOR DISTRIBUTION)   NEW:

HOME ADDRESS:
    OLD: 3009 GOODWIN RD                          NEW:
    CITY: JUNEAU          STATE: AK  ZIP: 998011991  CITY:          STATE:    ZIP:

REMARKS:    Effective 10/1/07 Merit Increase

ATTACHMENTS:    Performance Evaluation not attached

I CERTIFY THAT BASED ON INFORMATION
AVAILABLE TO ME THE ACTION RECORDED
ON THIS FORM IS IN COMPLIANCE WITH THE
PERSONNEL ACT AND THE RULES ADOPTED
UNDER IT.

PREPARED BY: 19COMPTO    10/16/2007
             SIGNON      DATE

SIGNATURE OF
APPOINTING AUTHORITY   *Kathleen Lynn*   10/31/07
                                          DATE

**Confidential Bakalar DEF 000035**

Case 3:19-cv-00025-TWS   Document 69-7   Filed 07/30/21   Page 35 of 44
Exhibit 7 - Opposition to Motion Summary Judgment & Cross Motion for Summary Judgment
Page 35 of 44

RD: 03109

PERSONNEL COPY

| | NAME | | | | SOCIAL SECURITY NUMB | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|---|---|---|
| | ---- | | | | ---- | ---- | ---- |
| OLD | BAKALAR, ELIZABETH M | | | | 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 | 09/20/2006 | 255030609 |
| NEW | | | | | | 04/16/2007 | 255038196 |

| STATUS: | | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|---|
| | | ---- | ---- | ---- | ---- | ---- |
| OLD | | IC | PX | FR | | |
| NEW | | | | | | |

| COMPENSATION: | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| | ---- | ---- | ---- | ---- | ---- |
| OLD | PR | S | 2,304.00 | N | 10/01/2007 |
| NEW | TR | | | | |

| POSITION: | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| | ---- | ---- | ---- | ---- | ---- | ---- | --- | ---- | ---- |
| OLD | PR | XE | 20 | A | 030172 | | AWA | P7143 | AA |
| NEW | TR | | | | 030226 | | | | |

| OLD | LOCATION NAME: JUNEAU | CLASS TITLE: ATTORNEY II |
|---|---|---|
| NEW | : | : |

MANUAL ENTRIES:  OT EXEMPT  OLD:  (OPTIONAL) COLLOCATION CODE:  OLD:
                 --------   NEW:  (PRIMARY LABOR DISTRIBUTION)   NEW:

SOA DOA Personnel
JUN 0 1 2007
Employee Services
Employee Records Section

HOME ADDRESS:
    OLD: 2219 GREAT WESTERN ST APT D          NEW:
    CITY: DOUGLAS          STATE: AK  ZIP: 998245048  CITY:          STATE:   ZIP:

REMARKS: *Effective 04/16/07 PCN Transfer.*

ATTACHMENTS: *none*

I CERTIFY THAT BASED ON INFORMATION
AVAILABLE TO ME THE ACTION RECORDED
ON THIS FORM IS IN COMPLIANCE WITH THE
PERSONNEL ACT AND THE RULES ADOPTED
UNDER IT.

PREPARED BY: BGKLYDEN   05/07/2007
             ----       ----
             SIGNON     DATE

SIGNATURE OF
APPOINTING AUTHORITY _____ 5/8/07
                                          DATE

Confidential Bakalar DEF 000036

Case 3:19-cv-00025-JWS   Document 69-7   Filed 07/30/21   Page 36 of 44
Exhibit G Opposition to Motion Summary Judgment & Cross Motion for Summary Judgment
Page 36 of 44

STATE OF ALASKA
PERSONNEL ACTION

RD: 03109

|  | NAME | SOCIAL SECURITY NUMB | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|
| OLD | BAKALAR,ELIZABETH M | 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 | 09/20/2006 | 038410048 |
| NEW | | | | 255030609 |

SOA DOA DOPLR

DEC 0 4 2018

Employee Planning &
Information Center

| STATUS: | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|
| OLD | IC | EX | FR | | |
| NEW | | PX | | | |

| COMPENSATION: | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | MU | S | 1,634.50 | N | 01/01/1901 |
| NEW | PR | | 2,304.00 | | 10/01/2007 |

| POSITION: | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | TO | XJ | 13 | D | 413261 | | ECF | C0688 | BB |
| NEW | PR | XE | 20 | A | 030172 | AWA | P7143 | AA |

OLD    LOCATION NAME: PALMER                          CLASS TITLE: LAW CLERK I
NEW                 : JUNEAU                                      : ATTORNEY II

MANUAL ENTRIES:   OT EXEMPT    OLD:    (OPTIONAL) COLLOCATION CODE:   OLD:
                  ---------    NEW:    (PRIMARY LABOR DISTRIBUTION)   NEW:

HOME ADDRESS:
     OLD: PO BOX 2143                              NEW: 2219 GREAT WESTERN ST APT D
     CITY: PALMER          STATE: AK  ZIP: 996452143   CITY: DOUGLAS        STATE: AK  ZIP: 998245048

REMARKS: *Effective 9/20/06 promotion of partially exempt*

ATTACHMENTS:
*I-9, Drug Free Work Place, Office Technology Policy, CONF, Resume, Hire approval letter*

I CERTIFY THAT BASED ON INFORMATION
AVAILABLE TO ME THE ACTION RECORDED
ON THIS FORM IS IN COMPLIANCE WITH THE
PERSONNEL ACT AND THE RULES ADOPTED
UNDER IT.

PREPARED BY: BWKSMITH   10/04/2006

SIGNON        DATE

SIGNATURE OF
APPOINTING AUTHORITY _____ , *10.5.06*
                                        DATE

Confidential Bakalar DEF 000037

Case 3:19-cv-00025-TMB   Document 69-7   Filed 07/30/21   Page 37 of 44
Exhibit 6 - Opposition to Motion Summary Judgment & Cross Motion for Summary Judgment
Page 37 of 44

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0047; Expires 03/31/07

**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Bakalar | Elizabeth | M | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| 2219 Great Western St. Apt. D | | 10/07/77 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| Douglas | AK | 99824 | 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 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [✓] A citizen or national of the United States
- [ ] A Lawful Permanent Resident (Alien #) A
- [ ] An alien authorized to work until _____
  (Alien # or Admission #)

| Employee's Signature | Date (month/day/year) |
|---|---|
| | 9/22/06 |

**Preparer and/or Translator Certification.** *(To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.*

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s).

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: U.S. Passport | | | | |
| Issuing authority: Secretary of State | | | | |
| Document #: 200636334 | | | | |
| Expiration Date (if any): 5/23/09 | | | | |
| Document #: | | | | |
| Expiration Date (if any): | | | | |

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) 9/20/06 and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| | Jennifer Ditchoro | Law Office Manager |

| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|---|
| State of Alaska Dept. of Law | 123 4th St. Juneau AK 99801 | 9/22/06 |

**Section 3. Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of Rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____ Document #: _____ Expiration Date (if any): _____

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | 9/22/06 |

NOTE: This is the 1991 edition of the Form I-9 that has been rebranded with a current printing date to reflect the recent transition from the INS to DHS and its components.

Form I-9 (Rev. 05/31/05)Y Page 2

**Confidential Bakalar DEF 000038**

**State of Alaska**
**Division of Personnel**

## DRUG FREE WORKPLACE ACT OF 1988
Notice to Employees Covered by the Act

It is the policy of the State of Alaska to provide a drug free workplace. Any employee who unlawfully manufactures, distributes, dispenses, possesses or uses a controlled substance in the workplace or during working hours is subject to disciplinary action up to and including dismissal. This is independent of any criminal action concerning the offense.

The State is committed to helping employees find resources for drug or alcohol counseling and rehabilitation. Substance abuse on State property however, will not be tolerated.

Employees are required to notify the employer in writing no later than five calendar days following a conviction for any criminal drug offense occurring in the workplace.

As a condition of employment, employees in agencies receiving federal grants covered by the Drug Free Workplace Act of 1988 must abide by the terms of this policy.

**Employee Certification**

I certify that I have read the above policy and understand it and the condition of employment with the State of Alaska. I understand I may receive discipline up to and including dismissal should I fail to follow the dictates of this policy.

Elizabeth M. Bakalar
_____
Printed Name

_____        9-20-06
Signature                                              Date

Rev 8/2000

DOA DOA Personnel

**Confidential Bakalar DEF 000039**

Case 3:19-cv-00025-JWS Document 69-7 Filed 07/30/21 Page 39 of 44
Exhibit 6 to Opposition to Motion for Summary Judgment & Cross Motion for Summary Judgment
Page 39 of 44

This policy is to be read and signed by all employees in the presence of their supervisor or agency human resources staff and filed in each employee's personnel file. The signature of the employee constitutes acknowledgement of their obligation to abide by the policy. Use of the Internet and other office technology is a revocable privilege. User accounts and password access may be withdrawn if a user violates this policy. Violations may also result in possible personnel action up to and including termination and depending on the severity may result in criminal prosecution and/or civil liability. After reading and signing this policy, state employees have 48 hours after the date signed to clear any material that does not conform with this policy from any office technology.

_____
Signature of Employee

_Elizabeth Bakalar_
Printed Name of Employee

_Law_
Department

_03-0172_     _9-20-06_
PCN            Date

_____
Signature of Supervisor

_Jennifer Dilliard, LDM_
Printed Name of Supervisor

_Law_
Department

_03-0022_     _9/22/06_
PCN            Date

State of Alaska
Office Technology Policy
http://www.state.ak.us/local/akpages/ADMIN/info/policy/offpol.pdf
Revised June 8, 2006

**Confidential Bakalar DEF 000040**

Case 3:19-cv-00025-JWS Document 69-7 Filed 07/30/21 Page 40 of 44
Ex. F - Opposition to Motion for Summary Judgment & Cross Motion for Summary Judgment
Page 40 of 44



# STATE OF ALASKA
## Confidentiality of Information Acknowledgment

1. I, *Elizabeth Bakalar* , am an employee of the Department of *Law* . I understand that, in performing my duties, I may have access to confidential information about other state employees or entities that do business with the state. I agree that I will not discuss, disclose, or cause disclosure of any such confidential information to anyone who does not have a business need and a legal right to know the information.

2. I will handle and store confidential information in accordance with state and department policy.

3. I acknowledge that I could suffer disciplinary action, including discharge from state employment, and, in certain circumstances, face criminal penalties for revealing confidential information to someone who does not have both a business need and a legal right to know the information, or for misusing confidential information. If I do not know whether a person requesting confidential information is entitled to receive the information, I will consult my supervisor.

Examples of confidential information covered by this acknowledgement:
➢ Personnel information covered by AS 39.25.080 (see page 2), as well as information such as social security numbers, birth dates, home addresses/phone numbers, leave balances, personnel actions, investigations, grievances, applications, appeals, or any other personnel matter, and other state business that is confidential under statute.
➢ All information that is confidential by law, including but not limited to tax matters and beneficiary programs.
➢ Information that by its nature must be secured to prevent harm to the state or its business partners, including but not limited to credit card information and vendor tax information. Questions about this category of information should be directed to the Division of Finance.

*Certification Statement: By signing below I acknowledge that I have read and understand the information provided on page one and two.*

*Elizabeth M. Bakalar*  *E. M. Bu*  Date: *9-20-06*
**Employee Printed Name**  **Employee Signature**

**Return form to:** Mail Stop 0201
OR
Department of Administration, Division of Personnel, Employee Records
PO Box 110201, Juneau, AK 99811-0201

Revised 8/2005                   1 of 2

**Confidential Bakalar DEF 000041**

Case 3:19-cv-00025-JWS Document 69-7 Filed 07/30/21 Page 41 of 44
Exhibit 6 Opposition to Motion for Summary Judgment and Cross Motion for Summary Judgment
Page 41 of 44

SGA DOA Personnel

SEP 22 2005
General Technical
Services

# ELIZABETH M. BAKALAR

P.O. Box 3143 Palmer, AK 99645
Elizabeth@email.com
Home: (907) 745-6192 • Mobile: (914) 319-6975 • Office: (907) 746-8134

## EDUCATION

**Brooklyn Law School, Brooklyn, NY** (J.D., June 2005). Class Rank: Top 20%.

**Honors :** Brooklyn Journal of International Law, Executive Notes & Comments Editor; Edward V. Sparer Public Interest Law Fellow; CALI Academic Excellence Awards: Administrative Law, Legal Drafting; Berman Brozinski Prize for Academic Excellence as a Sparer Fellow; Stephen Jay Pessick Award for Excellence in Administrative Law; BLSPA for Pro Bono Honoraria; Mandel Award for dedication to public interest law.

**Activities :** Continued Advocacy Project (assisting victims of domestic violence); Executive Board Member, Brooklyn Law Students for the Public Interest (BLSPI); Committee Member, BLSPI Fellowship Committee; New Student Orientation Counselor.

**Brown University, Providence, RI** (B.A. English and American Literature, May 1999).

## PUBLICATIONS

"Subsistence Writing in the Native Village of Barrow: Bringing Autonomy to Native Alaskans Outside the International Whaling Commission," 30 Brook. J. Int'l L. 601 (2005).

"Learning International Criminal Law: One Law Student's Experience in a Team-Taught Course," 31 Brook. J. Int'l L. 129 (2005).

## EXPERIENCE

**Honorable Beverly Winslow Cutler, Superior Court, Palmer, AK**    September 2005-Present
*Law Clerk*
Review cases before state trial court of general jurisdiction; conduct research; draft memoranda and orders in criminal and civil cases involving domestic relations, personal injury, probate, contracts, and administrative appeals.

**Professor Dana Brakman Reiser, Brooklyn Law School**    January 2005-May 2005
*Research Assistant*
Conducted research in the areas of securities regulation, and nonprofit law; drafted footnotes; obtained and vetted sources for pending articles authored by Professor Brakman Reiser.

**United States Attorney's Office, Southern District of New York**    June 2004-August 2004
*Legal Intern, Civil Division*
Prepared for and attended depositions and proceedings in United States District Court; researched legal issues under various federal statutes; drafted memoranda and motions in both affirmative and defensive civil litigation.

**Federal Litigation Clinic, BLS Legal Services Corporation**    September 2003-January 2004
*Legal Intern and Student Practitioner*
Representing clients in United States District Court on civil claims and at administrative proceedings; drafted and argued motions; negotiated agreements and settlements.

**Alaska Legal Service Corporation, Bethel, AK**    May 2003-August 2003
*Summer Law Clerk*
Represented Yup'ik Eskimos through a rural legal services office on various civil claims; drafted wills, divorce decrees, domestic violence restraining orders, child support enforcement and social security disability motions.

**Civilian Complaint Review Board, New York, NY**    August 2000-July 2002
*Investigator*
Investigated civilian complaints of force, abuse of authority, and discourtesy against members of the New York City Police Department; maintained own caseload of multiple, contemporaneous cases; conducted field work and interviews with witnesses, police officers and attorneys; made disciplinary recommendations to the board.

**AOL/Time Warner Book Group, New York, NY**    August 1999-August 2000
*Assistant to the VP of Subsidiary Rights at Warner Books*
Edited copy and drafted submission letters for manuscripts published domestically and overseas; researched legal book contracts; maintained records and tracked finances for the department; assisted licensees with production.

**BAR ADMISSIONS:** New York; Alaska (pending swearing-in).

**Confidential Bakalar DEF 000042**

# STATE OF ALASKA

### DEPARTMENT OF LAW

*OFFICE OF THE ATTORNEY GENERAL*

*Frank H. Murkowski, Governor*

*Human Services Section*
*P.O. BOX 110300*
*123 4TH ST., DIMOND COURT HOUSE*
*JUNEAU, ALASKA 99811-0300*
*PHONE: (907)465-3600*
*FAX: (907)465 3539*

July 18, 2006

Libby Bakalar
P.O. Box 2143
Palmer, AK 99645

Re: Appointment as Assistant Attorney General

Dear Libby:

On behalf of Attorney General David W. Márquez, I want to convey our pleasure at your acceptance of our offer to serve as an Assistant Attorney General in the Juneau Human Services Section of the Department of Law.

This letter confirms your appointment as an Attorney II, Range 20, Step A, beginning work on Wednesday, September 20, 2006. You will receive the normal, complete state benefit package. The current salary for an Attorney II, Range 20, Step A is $55,296 per year.

Based on your commitment to remain on staff with the department in Juneau for a minimum of two years, the department has agreed to reimburse the equivalent of a one-way coach airfare for you and your husband from Anchorage, Alaska to Juneau, Alaska and to pay for other household moving expenses. All of these expenses combined may not exceed $4,500 plus the equivalent of one-way coach airfare for you and your husband. Reimbursement of household moving costs are subject to the scope, allowances, standards, and provisions provided for under State of Alaska Moving Regulations, sections AAM 60.325; 345; 350; 360; 370 and 380. You will be required to submit receipts for all costs claimed. Our legal office administrator will send you the moving information and forms within the next couple of weeks. A Moving Authorization form will be included. This form may be used to assign up to $4,500 in packing and shipping costs for your household effects to the moving company of your choice. Should the moving company charge more than $4,500, any amount in excess of that amount becomes your personal responsibility to pay. The department will not pay to transport you or any household effects back to Anchorage or to an alternate location at the conclusion of your employment with us. In the event

SOA DOA Person...

**Confidential Bakalar DEF 000043**

you do not complete your two-year commitment, it is expected that you will
reimburse the department for a percentage of the moving expenses equal to the
percentage of the unfulfilled commitment period.

As with all attorneys in the Department of Law, your appointment is at-will, and
attorneys serve at the pleasure of the Attorney General.

I look forward to working with you in the section.

Sincerely,

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:

Stacie L. Kraly
Chief Assistant Attorney General

SLK/mkb

cc:     David W. Márquez, Attorney General
        Craig Tillery, Deputy Attorney General
        Nancy R. Gordon, Statewide Office Chief
        Kathryn Daughhetee, Administrative Services Division
        Melanie Ferguson, Legal Office Administrator

SOA DOA Personnel

SEP 22 2006

General Technical
Services

**Confidential Bakalar DEF 000044**

Case 3:19-cv-00025-TWS   Document 69-7   Filed 07/30/21   Page 44 of 44
Exhibit 6, Opposition to Motion for Summary Judgment
Page 44 of 44