

# Attorney I

Class Code: PI0211

STATE OF ALASKA
Established Date: May 1, 1971
Revision Date: Jun 16, 2001

## GENERAL DESCRIPTION:

**Class Definition:**
Attorney I positions conduct legal research, fact-finding studies, and litigation proceedings under close supervision of experienced attorneys in an office of the Attorney General (including Chief Prosecutor, Special Prosecution and Appeals, and District Attorneys), the Public Defender, or in any other agency, board, or commission when authorized by the Attorney General.

**Distinguishing Characteristics:**
This is the entry level to professional legal practice. Attorneys I perform legal research/assistance and court proceedings consistent with Alaska Bar Rule 44 (persons are trained in law but are not bar members). Assignments are made to assist other attorneys, to carry out routine matters, and to become familiar with the agency's legal practice. Immediate supervision may be relaxed as experience is gained; however, all work is subject to close review while in progress or on completion. This is an in-training class that may be used for subfilling positions which are classified at a higher level.

## EXAMPLES OF DUTIES:

Conduct legal and factual research related to litigation, legal questions or problems, statutes, regulations, or other matters of the agency's responsibility. Analyze information and develop findings and recommendations.

Assist in preparing briefs, motions, cases, legal advice, opinions, legislation and regulations. Participate in arraignments, pleas, bail hearings, sentencing and in-chambers conferences. Write pleadings and trial memorandums. Prepare witnesses for testimony.

## KNOWLEDGE, SKILLS, AND ABILITIES:

https://agency.governmentjobs.com/alaska/default.cfm?action=specbulletin&ClassSpecID... 3/11/2020

**Bakalar DEF 000277**

Case 3:19-cv-00025-JWS Document 69-8 Filed 07/30/21 Page 1 of 11
Ex. 2 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 1 of 11

Knowledge of general legal principles and practices, administrative and constitutional law, legal procedures, methods of legal research, and rules of evidence.

Ability to gather facts, weigh variables, analyze and make recommendations on legal questions; prepare concise written reports on facts and applicable laws and precedents; establish and maintain cooperative relationships with those contacted in the work.

## MINIMUM QUALIFICATIONS:

Positions in this job class are in the partially exempt service in accordance with AS 39.15.120(c)(3). The following minimum qualifications are recommended:

Graduation from an approved school of law.

## SALARY RANGE:

18

## AKPAY CODE:

P7142

https://agency.governmentjobs.com/alaska/default.cfm?action=specbulletin&ClassSpecID... 3/11/2020

Bakalar DEF 000278

Case 3:19-cv-00025-JWS Document 69-8 Filed 07/30/21 Page 2 of 11
Ex. 42 - Opposition to Motion Summary Judgement & Cross-Motion for Summary Judgment
Page 2 of 11



**Attorney II**

Class Code: PI0212

STATE OF ALASKA
Established Date: May 7, 1971
Revision Date: Jun 16, 2001

## GENERAL DESCRIPTION:

**Class Definition:**
Attorney II positions serve as Assistant Attorneys General, Assistant District Attorneys, Assistant Public Defenders, or in any other agency, board, or commission when authorized by the Attorney General. They conduct the agency's routine legal work under general supervision, and learn to assist in the more difficult cases.

**Distinguishing Characteristics:**
This is the initial level of professional law practice following admission to the Alaska State Bar. Attorneys II are assigned to complete routine noncomplex cases or legal problems independently. In such cases/problems, the legal questions or facts are relatively easily resolved in light of well-established or easily determined facts and clearly applicable precedents. Legal sanctions or penalties pursued are relatively minor. Precedents of wider potential impact are rarely involved. Attorneys II also assist more experienced attorneys in more complex cases where considerable research and analysis are needed. Work at this level is typically subject to technical and substantive review. Training and experience are gained in a variety of the agency's work. This class may be used for subfilling positions classified at a higher level.

## EXAMPLES OF DUTIES:

Review legislative measures, statutes, regulations, rules and other legal actions, and case histories. Analyze and make recommendations concerning proposed laws and regulations. Assist with drafting to assure constitutionality and absence of conflict with other laws.

Evaluate precedents, legislative intent, and potential effect of recommendations. Prepare pleadings and verify propriety and completion of legal documentation for hearings, suites, trials and other legal proceedings when area of responsibility includes some depth of research in a general area.

Act as defense attorney or prosecuting attorney in average types of misdemeanor trials.

https://agency.governmentjobs.com/alaska/default.cfm?action=specbulletin&ClassSpecID... 3/11/2020

Bakalar DEF 000279

Case 3:19-cv-00025-JWS Document 69-8 Filed 07/30/21 Page 3 of 11
Exhibit 2 - Opposition to Motion Summary Judgment & Cross Motion for Summary Judgment
Page 3 of 11

Assist in more difficult litigation such as complex regulatory crimes, felonies or appeals.

## KNOWLEDGE, SKILLS, AND ABILITIES:

Knowledge of general legal principles and their applications, the powers, functions and duties of the Attorney General, District Attorneys or Public Defender; methods and tactics employed in the prosecution and defense of noncomplex legal actions in courts or before administrative agencies; methods and procedures involving judicial review of noncomplex "administrative decisions; methods and tactics, employed in noncomplex" appellate court work. (Specifics depend on agency assignment.)

Ability to prepare briefs, opinions and pleadings in noncomplex legal matters; carry out legal research; analyze legal documents and instruments for clarity and legal sufficiency; assemble, appraise and organize facts and logically, clearly, and concisely present noncomplex evidentiary matters and other materials in accepted oral and written legal forms; work effectively with attorneys, agency personnel and the public.

## MINIMUM QUALIFICATIONS:

Positions in this job class are in the partially exempt service in accordance with AS 39.25.120(c)(3). The following minimum qualifications are recommended:

Admission to the Alaska State Bar.

## SALARY RANGE:

20

## AKPAY CODE:

P7143

https://agency.governmentjobs.com/alaska/default.cfm?action=specbulletin&ClassSpecID... 3/11/2020

Bakalar DEF 000280

Case 3:19-cv-00025-JWS Document 69-8 Filed 07/30/21 Page 4 of 11
Ex. 42 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 4 of 11



# Attorney III

Class Code: PI0213

STATE OF ALASKA
Established Date: May 1, 1971
Revision Date: Dec 1, 1983

## GENERAL DESCRIPTION:

**Class Definition:**
Attorney III positions provide legal services of moderate difficulty as an Assistant Attorney General, Assistant District Attorney, Assistant Public Defender, or in any other agency, board, or commission when authorized by the Attorney General.

**Distinguishing Characteristics:**
This is the first experienced level of professional practice. Attorneys III do a variety of work independently where important precedents or policy matters are not involved. They are expected to determine all the technical (factual and procedural) needs of the cases or legal problems assigned. Completed work is typically reviewed for substantive findings and conclusions. Assigned cases or legal problems are often difficult due to lack of clear precedents, or applicable precedents are arguable due to factual complexity or different constructions that could be placed on the facts or laws or precedents involved. Assignments may require development of an extensive factual record.

## EXAMPLES OF DUTIES:

Draft informal opinions to interpret and apply legislation, regulations or other legal instruments. Assist in drafting formal opinions involving limited legal or policy issues or constitutional problems. Prepare, evaluate, interpret or recommend changes to a variety of legal documents. Perform comprehensive studies of legal questions where development of all background material is required. Perform legal investigations.

Advise and assist State agencies in conducting hearings and conferences and in preparing findings of fact, conclusions of law and decisions. May be designated to serve as counsel to a specialized State agency.

Serve as defense attorney or prosecuting attorney in all types of misdemeanor trials or class B or C felony trials. Conduct sentence appeals, misdemeanor merit appeals, or less complex felony merit appeals.

https://agency.governmentjobs.com/alaska/default.cfm?action=specbulletin&ClassSpecID... 3/11/2020

Bakalar DEF 000281

Case 3:19-cv-00025-JWS Document 69-8 Filed 07/30/21 Page 5 of 11
Ex. 2 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 5 of 11

May be assigned cases in rural areas.

## KNOWLEDGE, SKILLS, AND ABILITIES:

Knowledge of general legal principles and their application; the State statutes and their judicial interpretation and precedents; the powers, functions and duties of the Attorney General, District Attorneys or Public Defender; methods and tactics employed in the prosecution and defense of legal actions in courts or before administrative agencies; methods and procedures involving judicial review of administrative decisions; methods and tactics employed in appellate court work. (Depends on agency assignment.)

Ability to prepare briefs, opinions and pleadings; carry out legal research; analyze legal documents and instruments for clarity and legal sufficiency; assemble, appraise and organize facts and to logically, clearly and concisely present evidence and other materials in accepted oral and written legal forms; work effectively with attorneys, agency personnel and the public.

## MINIMUM QUALIFICATIONS:

Positions in this job class are in the partially exempt service in accordance with AS 39.25.120(c)(3). The following minimum qualifications are recommended:

Admission to the Alaska State Bar and at least two years of legal experience.

## SALARY RANGE:

22

## AKPAY CODE:

P7144

https://agency.governmentjobs.com/alaska/default.cfm?action=specbulletin&ClassSpecID... 3/11/2020

Bakalar DEF 000282

Case 3:19-cv-00025-JWS Document 69-8 Filed 07/30/21 Page 6 of 11
Ex. 2 – Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 6 of 11



**Attorney IV**

Class Code: PI0214

STATE OF ALASKA
Established Date: May 1, 1971
Revision Date: Dec 1, 1983

# GENERAL DESCRIPTION:

**Class Definition:**
Attorney IV positions render legal services of a difficult nature in a variety of fields of law in an office of the Attorney General (including Chief Prosecutor, Special Prosecutions and Appeals, and District Attorneys), the Public Defender, or in any other agency, board or commission when authorized by the Attorney General.

**Distinguishing Characteristics:**
This is the typical full working level class. Broad knowledge of legal precedents and trends is required for application to the cases assigned. Attorneys IV provide a variety of legal services and work independently in most cases, and also may assist more senior attorneys with portions of the most complex and exceptional cases of great significance. Attorneys at this level are expected to exercise their own judgment on supervision needed and otherwise to provide complete analysis and response to the problem, subject to review for important policy or precedent effect. Assigned cases or legal problems often involve difficult legal issues (e.g., several and conflicting issues, precedents are lacking or highly arguable) difficult policy issues, or significant potential ramifications. Assignments may also require supervising other attorneys in specific legal matters.

# EXAMPLES OF DUTIES:

Provide legal advice and prepare formal opinions, legislation, regulations, rules, contracts and a variety of other documents, and present cases that may involve highly technical as well as legal procedural complexity and may have the effect of substantially broadening or restricting activities of an agency or major public or private interests. Negotiate settlements of average difficulty.

Serve as counsel to specialized state agencies. Present analysis, conclusions and advice to agency executives. Explain and defend content of legislation, regulations, etc., before boards, commissions, industry representatives, legislators, concerned public or other groups, where issues or proposed actions may be controversial.

https://agency.governmentjobs.com/alaska/default.cfm?action=specbulletin&ClassSpecID... 3/11/2020

Bakalar DEF 000283

Case 3:19-cv-00025-JWS Document 69-8 Filed 07/30/21 Page 7 of 11
Ex. 2 - Opposition to Motion Summary Judgement & Cross-Motion for Summary Judgment
Page 7 of 11

Act as defense attorney or prosecuting attorney for all types of felony cases. Conduct felony appeals. Negotiate settlements or changes of plea. Screen cases to determine appropriate action or assignment in the agency. Routinely represent the agency and present cases in rural areas.

Periodically supervise other attorneys in matters involving particular legal experience.

## KNOWLEDGE, SKILLS, AND ABILITIES:

Considerable knowledge of general legal principles and their application with particular reference to the activities and authority of governmental agencies; the state statutes and their judicial interpretation and precedents; the powers, functions and duties of the Attorney General, District Attorneys or Public Defenders; methods and tactics employed in the prosecution and defense of legal actions in courts or before administrative agencies; methods and procedures involving judicial review of administrative decisions; methods and tactics employed in appellate court work. (Depends on agency assignment.)

Ability to analyze highly complex legal documents for clarity and legal sufficiency; assemble, appraise and organize facts and to logically, clearly and concisely present evidence and other matters in accepted oral and written legal forms; work effectively with attorneys, agency officers and executives, and the public.

Demonstrated skill in the preparation of briefs, opinions and pleadings, and in carrying out legal research of a difficult nature.

## MINIMUM QUALIFICATIONS:

Positions in this job class are in the partially exempt service in accordance with AS 39.25.120(c)(3). The following minimum qualifications are recommended:

Admission to the Alaska State Bar and at least four years of legal practice.

## SALARY RANGE:

24

## AKPAY CODE:

P7145

https://agency.governmentjobs.com/alaska/default.cfm?action=specbulletin&ClassSpecID... 3/11/2020

Bakalar DEF 000284

Case 3:19-cv-00025-JWS Document 69-8 Filed 07/30/21 Page 8 of 11
Ex. 2 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 8 of 11



**Attorney V**

Class Code: PI0215

STATE OF ALASKA
Established Date: May 1, 1971
Revision Date: Dec 1, 1983

# GENERAL DESCRIPTION:

**Class Definition:**
Attorney V positions perform and supervise a variety of complex and specialized legal work in an office of the Attorney General (including Chief Prosecutor, Special Prosecutions and Appeals, and District Attorneys), the Public Defender, or in any other agency, board or commission when authorized by the Attorney General.

**Distinguishing Characteristics:**
This is the "expert" or supervisory class. They serve as section chiefs, as District Attorneys or Assistant Public Defenders for moderately active geographic areas, as assistant chiefs in large metropolitan offices, or as experts in highly technical and specialized areas of law. Attorneys V who do not have a regularly assigned subordinate staff also frequently direct the work of other attorneys, e.g., contract attorneys or other agency staff who assist on difficult cases. Assignments performed at this level are often large and either time-consuming or need immediate response, and, therefore, the Attorney V leads a team effort.

Attorneys V work independently except in extraordinary cases. They work almost exclusively on the most difficult cases, for example, where a high order of original and creative legal endeavor is required to obtain a reasonable balance of conflicting interests. Complex factual or policy issues require extensive research, analysis, obtaining and evaluating expert testimony or information in controversial or highly technical areas (scientific, financial, corporate, etc.). Cases typically have substantial impact on large-scale and important activities of state agencies or public or private parties, and cases are often contested by extremely capable legal talent.

# EXAMPLES OF DUTIES:

Act as legal expert and perform legal services related to one or more specialized fields of law.

Determine how a variety of legal problems will be dealt with (e.g., formal or informal

https://agency.governmentjobs.com/alaska/default.cfm?action=specbulletin&ClassSpecID... 3/11/2020

Bakalar DEF 000285

Case 3:19-cv-00025-JWS Document 69-8 Filed 07/30/21 Page 9 of 11
EX. 2 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 9 of 11

opinion, litigation, negotiated settlement, etc.) and direct the response.

Draft formal opinions, legislation, regulations and other legal instruments involving complex legal and technical issues.

Responsible for development and presentation of cases in various state and federal courts. Present cases involving complex constitutional problems before the U.S. Supreme Court.

Conduct the most difficult civil litigation. Develop and argue serious Class A felony and unclassified criminal cases and appeals.

Obtain and evaluate expert testimony and information in highly specialized, technical and/or controversial areas.

Assign cases and supervise other attorneys. Advise on the selection of legal staff to perform work for the agency. Evaluate work of others.

## KNOWLEDGE, SKILLS, AND ABILITIES:

Extensive knowledge of general legal principles and their application with particular reference to the activities and authority of governmental agencies, and of the powers, duties and functions of the Attorney General, District Attorneys or the Public Defender (depends on agency assignment).

Thorough knowledge of state statutes and their judicial interpretation and precedents with extensive knowledge in the specialized field of law; methods and tactics employed in the prosecution and defense of legal actions in courts and in conducting procedures before administrative agencies, both state and federal; methods and tactics employed in appellate court work, both state and federal.

Knowledge of principles of personnel supervision.

Ability to analyze the most complex legal documents and instruments for clarity and legal sufficiency; assemble, appraise and organize facts and to logically, clearly and concisely present evidence and other matters in accepted oral and written legal forms; train, supervise, plan, organize and evaluate the work of junior staff attorneys; work effectively with attorneys, agency heads, and the public; carry out legal assignments with minimal supervision.

Skill in the preparation of briefs, opinions and pleadings, and in carrying out legal research of a highly difficult nature.

## MINIMUM QUALIFICATIONS:

Positions in this job class are in the partially exempt service in accordance with AS 39.25.120(c)(3). The following minimum qualifications are recommended:

https://agency.governmentjobs.com/alaska/default.cfm?action=specbulletin&ClassSpecID... 3/11/2020

**Bakalar DEF 000286**

Case 3:19-cv-00025-JWS Document 69-8 Filed 07/30/21 Page 10 of 11
Ex. 2 - Opposition to Motion for Summary Judgment & Cross-Motion for Summary Judgment
Page 10 of 11

Admission to the Alaska State Bar and at least five years of legal practice that includes substantial experience in a specialized area of practice. Supervisory experience is desirable.

## SALARY RANGE:

25

## AKPAY CODE:

P7146

https://agency.governmentjobs.com/alaska/default.cfm?action=specbulletin&ClassSpecID... 3/11/2020

Bakalar DEF 000287

Case 3:19-cv-00025-JWS Document 69-8 Filed 07/30/21 Page 11 of 11
Ex. 2 - Opposition to Motion Summary Judgment & Cross Motion for Summary Judgment
Page 11 of 11