☒ **Special Recognition (Open Category)**
Any special recognition awards that you may think appropriate for consideration. This is an open category to nominate individuals for specific accomplishments worthy of recognition.

**Reason for Nomination**
Be specific. Address the criteria listed above. Please limit nomination to 500 words.

I am nominating Libby Bakalar for the "Lightning Fast Award." When you combine passion, conviction, focus, accuracy, writing skills, and "speed" -- you have described Libby. Libby has been with the Department for 7 years. She joined the Human Services section in September, 2006, and transferred to the Labor & State Affairs section in the Fall of 2011, where she has been primary counsel for the Lieutenant Governor and the division of elections. In the short time she's been in L&SA, she has handled numerous high profile matters for elections, including voting rights act matters, voter registration issues, ballot initiative legal certifications, referendum matters; she has also drafted regulations for precincts after redistricting, as well as drafted legislation. To say that Libby is enthusiastic in the approach to her work is truly an understatement. For example, when a recent Voting Rights Act lawsuit was filed against elections, Libby declared to the world "Bring it On!!" -- she was confident the state will win at trial and no WAY was she going to settle!

In the office, Libby has become well-known for her ability to respond quickly and accurately to requests for legal advice. Working at a "Lightning Fast Pace" is her normal speed! And, she is renowned for being able to step in and take over representation in diverse areas that she does not normally handle -- including novel issues such as federal Sequestration and its impact on the Mineral Leasing Act and the Secure Rural Schools funding; or the federal metals theft legislation and its potential effect on state law. She is also the attorney assigned to advise on public records request for the governor's office. Libby has become an expert in using Clearwell as she sorts through literally "thousands" of e-mails in order to make privilege determinations!

In addition to her work at the AG's office, Libby frequently provides pro bono legal services to local citizens and she is also a committee member of the Ethics Section of the Alaska Bar Association.

Libby hails from New York. She loves spending time with her family: husband Geoff, daughter Paige, and son Isaac. And, she is an avid skier and "about to be" world traveler (to Vietnam no less).

Nomination period is open through close of business Friday, August 16, 2013.
Deliver completed nomination forms to Nancy Gordon via hard copy, or email to: Nancy.Gordon@alaska.gov.

**Confidential Bakalar DEF 000193**

Case 3:19-cv-00025-JWS Document 69-10 Filed 07/30/21 Page 1 of 1
Ex. 4 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 1 of 1