# Ethics and One Hot Mess Alaska: Ms. Bakalar is involved in politically charged cases in her job as an Assistant Attorney General



Case 3:19-cv-00025-JWS Document 70-3 Filed 07/30/21 Page 1 of 5
EXHIBIT C - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 1 of 5

Fund Corporation, Alaska Public Offices Commission, Local Boundary Commission, Alaska State Commission on Human Rights, and the Alaska Court System.

Here are various news reports about cases Ms. Bakalar has worked on in her position as an A.A.G.:

http://www.renewableresourcesfoundation.org/newsroom/2014-06-11/state-supreme-court-hears-case-to-remove-pebble-initiative-from-ballot-alaska-pu

https://www.adn.com/military/article/judge-orders-some-documents-released-guard-scandal/2014/10/30/

http://www.alaskajournal.com/2016-09-23/nageak%E2%80%99s-lawsuit-against-state-election-officials-proceed

http://mustreadalaska.com/day-in-court-for-rep-nageak-div-of-elections/

http://www.alaskacommons.com/2014/09/26/judge-rules-against-lawsuit-mallott-walker/

http://www.ktva.com/lawsuit-filed-in-opposition-of-walker-mallott-ticket-824/

http://alaska-native-news.com/lawsuit-filed-against-state-over-treadwell-emergency-order-13292

http://www.alaskapublic.org/2014/09/09/state-presents-election-translation-plan/

http://www.ktoo.org/2014/04/19/recall-lindsey-holmes-group-takes-petition-dismissal-court/

http://newsok.com/man-sues-for-proof-of-obamas-eligibility/article/feed/409750

A Juneau man has filed a lawsuit trying to compel the state of Alaska to prove that President Obama is qualified to be on the ballot. The state has filed a motion to dismiss, with Assistant Alaska Attorney General Elizabeth Bakalar calling Epperly's statements incoherent, "repugnant and absurd."
She also says there's no factual basis for his claims, other than "wholly discredited conspiracy theories regarding President Obama's ineligibility to hold office." Bakalar wrote Epperly has no standing to bring a lawsuit, nor can he claim any personal harm to justify it.

**And here is a recent blog post written by Ms. Bakalar about how she plans to avoid interacting with anyone who voted for Donald Trump:**

M o n d a y ,   N o v e m b e r   1 4 ,   2 0 1 6

## Welcome to the Pit of Despair (Don't Worry, We're "Only Mostly Dead")

Case 3:19-cv-00025-JWS   Document 70-3   Filed 07/30/21   Page 2 of 5
EXPS - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 2 of 5

**2. Set Boundaries and Forget About "Changing People's Minds":** We all have a limited amount of time and energy to devote to the things we care about in this world. To that end, I have decided to stop trying to engage people who directly or indirectly pulled the lever for Donald Trump. My energy is wasted on these people, because I have nothing to say to them (but I take heart in the fact that I'm in the company of more than half the country in rejecting Trump). The fact remains that while each individual Trump voter is not a white supremacist or a misogynist, when given a once-in-a-lifetime opportunity to answer the question: "are either of those things a deal-breaker for you?" their answer was no. I therefore have nothing in common with these people and nothing to talk about with them. It's a personal boundary. It's not a question of "listening to other people's opinions." I read somewhere that "respecting someone else's opinion" is okay for things like "I don't like hot sauce," not things like "I don't like black people." So there you have it. Goodbye to all that, and I am turning to devoting my limited time and energy to #3.

**3. Direct Limited Time and Concrete Energy to Productive Things:** An interesting byproduct of my malaise is that I feel like I don't exactly want to live in the world that is coming (or perhaps that I have merely just awakened to). I would never harm myself in any way, but I suddenly feel a big and liberating loss of fear about what happens to me in service of mitigating the consequences of whatever is destined to happen next. So I am going to get more active in my community, and engage more with my elected officials. I am going to join a few more boards, keep writing (both for myself and to help others feel less alone), and keep raising my kids to be conscientious objectors to the inevitable toxicity to follow.

Here is another post where Ms. Bakalar says that she has friends and colleagues who support Trump but that this is unforgivable to her. And she says this is not about politics. She is uniquely betrayed by people she knows personally and professionally who support Trump.

Friday, July 15, 2016

## Is This Fair?

It's fair to say that Donald Trump is quite unlike any other candidate for U.S. President in modern times, which led me to a thought experiment on how I should feel--personally--about people I know who support him.

And I want to be clear on something: this isn't about "politics." It's about human rights and the choices we each make based on our individual and collective consciences, when given the rare opportunity to do so. So for purposes of this thought experiment, I will focus on the one aspect of Trump's persona that most terrifies and saddens me personally.

For the first time perhaps ever, we have a candidate for President in this country who openly courts white supremacists and neo-Nazis. I don't think Trump actually believes a lot of what he says, but that doesn't matter. The fact is he is willing to say, do, or re-tweet almost anything to keep people angry and afraid, and he continues to wink and nod at skinheads, much to their delight. Again, whether he actually believes what he's saying and re-tweeting is immaterial, because the impact is the same.

He has directly and routinely maligned women and almost every non-white and ethnic group imaginable, including me, a Jewish woman. I don't know how else to say this, but I feel uniquely betrayed by people who know me personally and/or professionally and who support this man for President.

I have friends and colleagues along the entire political spectrum, people I have worked with and who know me as a friend. We have good relationships. I know they like and respect me. So the fact that some of them openly and publicly endorse someone who (among other things) has said women should be treated "like shit" and aligns himself with "race realists" whose ancestors massacred my family in recent memory--and would happily do it again if given the chance--makes me sick to my stomach and incredibly sad. (The fact that some of these people are Jews and/or women themselves is a whole other kettle of fish).

Case 3:19-cv-00025-JWS   Document 70-3   Filed 07/30/21   Page 3 of 5
Exhibit C - Opposition to Motion for Summary Judgment & Cross-Motion for Summary Judgment
Page 3 of 5

Do I think Trump is really the "next Hitler?" Not really, but that's irrelevant. ==My point is, it feels like a profound and personal betrayal to discover that people I know, like, and respect--and whom I know for a fact *also* like and respect me--want a man at the helm of this country who== literally advocates treating me "like shit" and courts entire voting blocs who want me and my family dead.

It feels awful to know that when it comes right down to it, people I consider friends would choose that fate--real or imagined--for me. That, whether they mean to or not, they are effectively telling me and everyone else "like me" to drop dead.

==It feels unforgivable.== Is it? What do I do with this knowledge? Is it fair to feel this way about these folks? They've held my children, shared meals with me, worked with me and relied on my intellect. I honestly don't have the answers to these questions. But I hope they read this, and take a moment to truly reflect on themselves.

HOW IS Ms. Bakalar's stance (that she won't talk to Trump voters and does not care about their opinions - seemingly on any topic - because she has written them off and this is her "personal boundary.") COMPATIBLE WITH WORKING AS AN ATTORNEY FOR THE STATE OF ALASKA?

How can Ms. Bakalar fairly represent the State of Alaska and Alaskans when she feels betrayed by and won't talk to 163,387 Alaskans??

FYI - Donald Trump and Mike Pence won 51.3 percent of the vote here in Alaska. They garnered 163,387 votes out of a total of 318,608 votes cast. Hillary Clinton and Tim Kaine (who Libby urged people to vote for in her blog) had 116,454 votes.

Posted by Nancy in AK at 6:13 PM

## No comments:

## Post a Comment

Comment as:  Sign out

☐ Notify me

Newer Post             Home             Older Post

Subscribe to: Post Comments (Atom)

Simple theme. Powered by Blogger.

Case 3:19-cv-00025-JWS    Document 70-3    Filed 07/30/21    Page 4 of 5
EXHIBIT C - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 4 of 5

EXPS Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 5 of 5