# Gov.-elect Dunleavy names Alaska GOP chairman as his chief of staff - Anchorage Daily News

🌐 Web Clip

Local | Anchorage 63°F    Obituaries   ADN Store   e-Edition   Sponsored Content

**Politics**

# Gov.-elect Dunleavy names Alaska GOP chairman as his chief of staff

Author: **Annie Zak, Tegan Hanlon**  ⓘ Updated: November 9, 2018
Published November 8, 2018



Gov.-elect Mike Dunleavy speaks to reporters after announcing his first cabinet pics Thursday, Nov. 8, 2018 at the Alaska Miners Association convention. (Loren Holmes / ADN)

Alaska's next governor, Republican Mike Dunleavy, announced Thursday that he had selected Tuckerman Babcock to be his chief of staff when he takes office next month. Babcock was the chairman of



| 4 Peaks 4 Weeks |
Sunday, August 1, 2021



| Alaska Crafters Market 2021 |
Friday, January 1, 2021



| Salmon Bake 7/26 Live Music: She's With Me |
Monday, July 26, 2021

◀ **1** 2 3 4 5 6 … 12 ▶

EXHIBIT 23 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Case 3:19-cv-00025-JWS Document 71-2 Filed 07/30/21 Page 1 of 4
Page 1 of 4

the Alaska Republican Party, and resigned from that position at 2 p.m.

Dunleavy made the announcement at the Alaska Miners Association annual convention in downtown Anchorage, during a speech that also focused on resource development. It was his first high-profile appearance since Tuesday's election.

"I want to let you know that Alaska is open for business," he told the crowd. People responded with applause and cheers. "I'll say that again — Alaska is open for business."

He said he wants "more Red Dogs, more Pogos, more Kensingtons," referring to mines around the state.

"I mean this state, in my opinion, if everything works out, is gonna be humming here in just a few years. … You're going to have to put on your seatbelts because it's not going to be a slow crawl. We're gonna pick up speed here real fast."

Read More

### About this Author

### Annie Zak

Annie Zak was a business reporter for the ADN between 2015 and 2019.

### Tegan Hanlon

Tegan Hanlon was a reporter for the Anchorage Daily News between 2013 and 2019. She now reports for Alaska Public Media.

 

Comments

Sponsored

Sponsored Links by Taboola

## Most-Read

1 **Jeff Barnhart, Anchorage golfer, musher and coach, dies prior to East's final baseball game — and his son sparks a come-from-behind win**



2 **Coronavirus Q&A: How full are Anchorage hospitals? Should vaccinated Alaskans do anything differently as cases rise?**



3 **Man set fire to Roscoe's restaurant in downtown Anchorage Saturday, police say**



4 **Solo miner recounts dayslong siege by aggressive brown bear near Nome**



5 **Lydia Jacoby of Seward swims into Olympic finals**



## ADN Recommends

Case 3:19-cv-00025-JWS Document 71-2 Filed 07/30/21 Page 2 of 4
EX. 23 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 2 of 4





**No More Spam Calls. Sign Up To Say Goodbye To ...**
RoboKiller

**Tommy Chong: Stop Wasting Yo...**
Tommy Chong's CBD

**The Best Face Mask for Air ...**
Sonovia

EX. 2 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 3 of 4