

https://www.facebook.com/Tuckerman-Babcock-...

# Tuckerman Babcock, Former Chair - Alaska Republican Party - Posts | Facebook

Web Clip

facebook

Emai

Tuckerman Babcock, Former Chair - Alaska Republican Party

- Home
- Posts
- Videos
- Photos
- **About**
- Community

**Tuckerman Babcock, Former Chair - Alaska Republican Party**

July 23 at 6:43 PM ·

https://townhall.com/.../hunter-bidens-art-profession-is-obvi...

TOWNHALL.COM

**The Biden Money Laundering Scheme**

Despite making upwards of $80,000 per month working for corrupt ...

**Visitor Posts**

Joel Dav
January

Joel Dav
January

Joel Dav
January

👍😡 2                                                    1 Share

👍 Like          💬 Comment          ↪ Share

English (US) · Español
Português (Brasil) ·
Privacy · Terms · Ad
Cookies · More ▾
Facebook © 2021

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
27 mins · 🌐



Christa Wagner McMaster ▶ Alaskans Against Lisa Murkowski
1 hr

Spread the word….Kelly's in Juneau this Sunday!

👍 1

👍 Like          💬 Comment          ↪ Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
34 mins · 🌐

# 33-YEAR LOW: U.S. VIEWER NUMBERS COLLAPSE FOR WOKE TOKYO OLYMPICS OPENING

Case 3:19-cv-00025-JWS   Document 71-3   Filed 07/30/21   Page 2 of 16
EXH. 22 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 2 of 16



**Breitbart** 
Yesterday at 6:49 AM

👍 Like  💬 Comment  ➤ Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
36 mins · 🌐

 **AIPAC** 
Paid for by **AIPAC**

This week, Ben & Jerry's joined the BDS (Boycotts, Divestments, and Sanctions) Movement, an anti-Israel hate campaign, by announcing they will be shutting down stores and boycotting certain Israelis.



Case 3:19-cv-00025-JWS  Document 71-3  Filed 07/30/21  Page 3 of 16
EX. 22 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 3 of 16


Reject Anti-Israel Discrimination!

Join us today

1 Comment

Like Comment Share

Most Relevant

**Lloyd Ward** Sh* t product anyways Boycott

29m

**Tuckerman Babcock, Former Chair - Alaska Republican Party**

2 hrs ·

Understandable.

Now on with the race for US Senate!

MUSTREADALASKA.COM

**License to fish: Kelly Tshibaka participated in charitable fishing classic in 2019 - Must Read Alaska**

Like Comment Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**

9 hrs ·

MUSTREADALASKA.COM

**Suzanne Downing: Are Americans actually hoping our women's soccer team will lose? - Must Read Alaska**

Must Read Alaska is news you can trust. Publisher Suzanne Downing founded MRAK in...


5

Like Comment Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
Yesterday at 8:23 AM ·

POLICETRIBUNE.COM

**Philadelphia Now Has Highest Murder Rate In The Country Among Large Cities - The Police Tribune**

1

Like Comment Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
Yesterday at 7:29 AM ·

The modern Left in America. Embraced by the National Democrats....

THEPOSTMILLENNIAL.COM

**Antifa celebrates after Washington state police officer shot in the head and killed**

Like Comment Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
Yesterday at 7:27 AM



**Senator Dan Sullivan**
July 24 at 1:35 PM

On the fourth Saturday in July, we honor the late Senator Ted Stevens, a man who stands in a league of his own in terms of dedication and contribution to the st...

See More

👍 5     1 Share

👍 Like    💬 Comment    ➤ Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
Yesterday at 7:07 AM

**Kelly for Alaska**
July 24 at 1:22 PM

As an intern during college for Senator Stevens, he had me staff his Appropriations Committee and encouraged me to go to law school, setting me up for the rest ...

See More

👍 6

👍 Like    💬 Comment    ➤ Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
Yesterday at 7:06 AM

Case 3:19-cv-00025-JWS Document 71-3 Filed 07/30/21 Page 6 of 16
EXH 22 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 6 of 16

**James Squyres** shared a post to the group: HAC & SAC | Alaska.
July 24 at 10:26 PM



**Alaska Policy Forum**
July 23 at 10:56 AM

Alaska politicians shouldn't be able to shift spending from one fund to another, and claim that the budget has been cut. Yet, that's what has happened. Our full report: https://alaskapolicyforum.org/.../debunking-the-myth-of-alas.../

 Like     Comment     Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
July 24 at 10:41 PM ·

https://fee.org/.../even-the-new-york-times-just-admitted-th.../



FEE.ORG
**Even the NYT Just Admitted the CDC May Be Broken Beyond Repair | Saul Zimet**

 10    1 Comment  2 Shares

 Like    Comment    Share

Case 3:19-cv-00025-JWS  Document 71-3  Filed 07/30/21  Page 7 of 16
EXH 22 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 7 of 16



Most Relevant

**Will Reiner** NYT like they have a valued opinion? CDC is funded by who? 💸🇺🇸🇨🇳😨

1d

**Tuckerman Babcock, Former Chair - Alaska Republican Party**

July 24 at 10:59 AM ·

https://news.emory.edu/.../covid_survivors_resista.../index.html

NEWS.EMORY.EDU

**COVID-19 survivors may possess wide-ranging resistance to the disease**

4 · 1 Share

Like · Comment · Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**

July 24 at 10:56 AM ·

https://www.google.com/.../Swedish-study-reveals-how-long-imm...

NEWS-MEDICAL.NET

**Swedish study reveals how long immunity lasts after mild COVID**

👍 2

👍 Like   💬 Comment   ➤ Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
July 24 at 8:56 AM

**FACEBOOK EXEC ON CENSORING TUCKER**

And yeah, that gets us into a lot of hot water you know because he's a very articulate advocate for his viewpoint and he's got a lot of ardent supporters and they kind of say Facebook shouldn't do that, how dare you, how dare you and I'm not complaining about this at all, I think it's part of the consequences and possibly the kind of the privilege of success that Facebook's had. But we get it on the neck on both sides.

"IN THE BUBBLE WITH ANDY SLAVITT: OUR SHOT"
WEDNESDAY

FOX NEWS channel

556,777 Views

**Tucker Carlson Tonight** ✓
July 23 at 5:36 PM

The NSA now admits that it "unmasked" Tucker's identity after an intelligence intercept. Plus: the tyrants at Facebook confirm that they have been censoring this show.

👍 Like   💬 Comment   ➤ Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
July 24 at 6:54 AM

**KELLY for ALASKA**

**Meet Kelly Tshibaka**
Candidate for US Senate

Date: Tuesday, August 10, 2021
Time: 6:00 pm - 7:30 pm
Hosts: Beau Honeycutt
Place: 278 North Lauren Lane
       Palmer, AK 99645
RSVP: beauhoneycutt@yahoo.com
       or text/call 907-301-0295

Case 3:19-cv-00025-JWS   Document 71-3   Filed 07/30/21   Page 9 of 16
EXHIBIT 22 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 9 of 16



**Horace Honeycutt ▶ Alaskans Against Lisa Murkowski**
July 22 at 9:09 PM

Hey Alaskans. Come join us in Palmer for a meet and greet with Kelly Tshibaka on August 10 at 6:30pm. Please RSVP.

👍 5

👍 Like    💬 Comment    ➤ Share

---

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
July 23 at 9:57 PM

When Democrats abuse power...Berkowitz, Dunbar and Constant and their lefty bedfellows...ripping off taxpayers once again.

**MUSTREADALASKA.COM**
**Anchorage's deep state: New equity officer can't be let go without OK from Assembly - Must Read Alaska**

👍😡 2

👍 Like    💬 Comment    ➤ Share

---

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
July 23 at 7:06 PM

A good and decent man.

Case 3:19-cv-00025-JWS   Document 71-3   Filed 07/30/21   Page 10 of 16
Ex. 22 - Opposition to Motion Summary Judgment & Cross- Motion for Summary Judgment
Page 10 of 16



MUSTREADALASKA.COM
Vice President Pence slips quietly in and out of Alaska to support wounded warriors - Must Read Alaska

👍 11                1 Comment  1 Share

👍 Like            💬 Comment            ➢ Share

Most Relevant ▼

 **Brandon Erickson** Agreed!
2d

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
July 23 at 4:03 PM · 🌐



**Lieutenant Governor Kevin Meyer**
July 23 at 11:46 AM

Case 3:19-cv-00025-JWS   Document 71-3   Filed 07/30/21   Page 11 of 16
Ex. A-22 Opposition to Motion Summary Judgment & Cross- Motion for Summary Judgment
Page 11 of 16

July 23 at 11:40 AM

👍 3

👍 Like  💬 Comment  ➤ Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
July 22 at 6:10 PM

Ha!



**The Babylon Bee** ✓
July 21 at 12:10 PM

"We totally could have beaten Sweden but we decided as a team that no goals will be scored until complete equality has been achieved in America. Also, we demand a hefty raise."

😂👍😢 18                                5 Comments

👍 Like  💬 Comment  ➤ Share

Most Relevant ▾

**Orvic Espino** They're doing a great job so far!
3d                                        😂 1

View 3 more comments

**Tuckerman Babcock, Former Chair - Alaska Republican Party**

Case 3:19-cv-00025-JWS   Document 71-3   Filed 07/30/21   Page 12 of 16
Exh. 22 - Opposition to Motion Summary Judgment & Cross- Motion for Summary Judgment
Page 12 of 16


Party

July 22 at 1:07 PM ·

SECURE.AMERICAFIRSTPOLICY.COM
NOT AFFILIATED WITH FACEBOOK

**Support Pres. Trump's Lawsuit**

Donate Now

2,104,386 Views

America First Policy Institute
Paid for by **America First Policy Institute**

Big Tech silenced us, but President Trump will NOT go down without a FIGHT! Donate NOW to support the fight against Big Tech >>>

1

Like   Comment   Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**
July 22 at 8:04 AM ·

More on the government's shifting goalposts:

In January 2021 the NIH was hoping vaccines would be as good as natural immunity....

https://www.nih.gov/.../lasting-immunity-found-after-recovery...



NIH.GOV

**Lasting immunity found after recovery from COVID-19**

The immune systems of more than 95% of people who recovered from ...

4

Like Comment Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**

July 21 at 11:23 PM ·

716,225 Views

**Breitbart** was live.

July 21 at 11:00 AM

BREAKING: Kevin McCarthy holding press conference on "Pelosi's Abuse of Power" ...

4

Like Comment Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**

July 21 at 11:18 PM ·

**Elise Stefanik**

Paid for by ELISE FOR CONGRESS

As House GOP Conference Chair, my TOP priority is taking back the House Majority this election cycle. We only need to FLIP 5 MORE



SEATS to finally fire Nancy Pe...

See More

WINRED.ELISEFORCONGRESS.COM
NOT AFFILIATED WITH FACEBOOK

**RED WAVE! Donate now >>**

Rush your support >>

Donate Now

Like Comment Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**

July 21 at 11:17 PM ·

Good point.

MUSTREADALASKA.COM

**Why in the world do librarians need to have master's degrees in library science? - Must Read Alaska**

Must Read Alaska is news you can trust. Publisher Suzanne Downing founded MRAK in...

Like Comment Share

**Tuckerman Babcock, Former Chair - Alaska Republican Party**

July 21 at 10:58 AM ·

I ordered mine! Kelly Tshibaka for US Senate!

