# MEMORANDUM

From: Tuckerman Babcock,
Governor-Elect Dunleavy
Transition Chair

Date: November 16, 2018

Re: Request for Resignation

---

Over the next several weeks, the outgoing and incoming administration are working together to make the transition from Governor Walker to Governor-Elect Dunleavy as seamless as possible. Both administrations greatly appreciate the dedication and service of all employees who serve the State of Alaska. We understand that transitions can be difficult both personally and professionally. Therefore, we are working to provide you with information to make the transition process as smooth as possible.

As you aware, Governor-Elect Dunleavy will be sworn into office on Monday, December 3, 2018. In the coming weeks, the incoming administration will be making numerous personnel decisions. Governor-Elect Dunleavy is committed to bringing his own brand of energy and direction to state government. It is not Governor-Elect Dunleavy's intent to minimize the hard work and effort put forth by current employees, but rather to ensure that any Alaskan who wishes to serve is given proper and fair consideration.

As is customary during the transition from one administration to the next, we hereby request that you submit your resignation in writing on or before November 30, 2018 to Team2018@alaska.gov. If you wish to remain in your current position, please make your resignation effective upon acceptance by the Dunleavey administration.

Acceptance of your resignation will not be automatic, and consideration will be given to your statement of interest in continuing in your current or another appointment-based state position. Please also include your e-mail address and phone contact so that you can be reached to discuss your status directly.

Governor-Elect Dunleavy is encouraging you and all Alaskans to submit their names for consideration for service to our great state. Should you desire to continue your service to the State of Alaska in <u>another</u> appointment-based position, you are invited to submit your information and the position(s) you desire for consideration before December 3, 2018. Please submit your application through the portal located at GOVERNORMIKEDUNLEAVY.COM.

We appreciate your assistance and cooperation during this period of transition. Again, we wish to express our sincere gratitude for your dedication and service to the State of Alaska and wish you the best in your future endeavors.

Note: If you believe you have received this message in error please so indicate in a reply to the above electronic mail address.



Bakalar v Dunleavy
EXHIBIT
014
3:19-cv-00025 JWS

Bakalar DEF 000708

Case 3:19-cv-00025-JWS Document 71-8 Filed 07/30/21 Page 1 of 1
EX. 27 - Opposition to Motion Summary Judgment & Cross-Motion for Summary Judgment
Page 1 of 1