[EMPLOYEE NAME]

[INSERT ADDRESS/PHONE/PERSONAL EMAIL]

[INSERT DATE]

VIA EMAIL

Governor-Elect Mike Dunleavy
Team2018@alaska.gov

Dear Governor-Elect Dunleavy:

Please accept this letter as notice of my resignation from my position as [INSERT TITLE].  I understand that my resignation shall be effective upon receiving notice from your administration.

I [have][have not] submitted my name for consideration for my current position to continue with the new administration.


Sincerely,


[INSERT NAME]



Bakalar v Dunleavy
EXHIBIT
013
3:19-cv-00025 JWS
Bakalar DEF 000697