# POFD: Forms



| Report Year | Name | Purpose | Branch | Submitted | Status |
|---|---|---|---|---|---|
| 2021 | Grace, Joanne | State Office Holder | Executive | 03/03/2021 | Filed |
| 2020 | Grace, Joanne | State Office Holder | Executive | 03/07/2020 | Filed |
| 2019 | Grace, Joanne | State Office Holder | Executive | 03/02/2019 | Filed |
| 2018 | Grace, Joanne | State Office Holder | Executive | 05/29/2018 | Filed |

**Note:** There are additional features and columns available by right-clicking the column headers. You may add and remove columns und Fields' submenu.

* Items with a black asterisk (*) have been Amended and may not represent the most current or accurate information.
** Items with two red asterisks (**) are Amendments.
*** Items with three blue asterisks (***) have been filed by Apoc Staff members.

**Note:** Only the financial statements of state and municipal candidates, seated legislators, the Governor and Lieutenant Governor are available online Financial statements for other public officials are available upon written request.

Please send requests to **doa.apoc@alaska.gov** and include the name of the public officials(s) and report years(s) you wish to receive.

Requests may also be mailed to: APOC, 2221 E Northern Lights Blvd. #128, Anchorage, AK 99508.

