**Nancy Driscoll Stroup**
15 mins ·

The "Deep State" is a true problem in our country. I have been doing some research. The vast majority of AAGs for the State of Alaska are liberal. One of them - one of the State's top appellate attorneys - (not Libby but another AAG) who has represented the State in many high profile political cases (including US Supreme Court cases) is posting all sorts of left - wing liberal nonsense on her twitter feed and keeps re-tweeting the completely bogus "Rogue Potus Staffer" stuff. This is a problem because so many cases are politically charged and attorneys and judges take the side/issue opinions based on their partisan opinions. The law is so malleable it is ridiculous. Planned Parenthood just sued our State. I don't trust ANY of these AAGs to represent conservative Alaskans' interests.

 Like    Comment    Share