# Libby Bakalar: A swig and a swing - Must Read Alaska



She wants her job back. But she wouldn't work for the Dunleavy Administration for a "million years."

Although it's unclear what she wants in the way of work, she absolutely intends to remain the queen of vulgarity.

In her latest blog post at OneHotMessAK.com, she torched the Dunleavy Administration by saying, essentially, she will be their worst nightmare.

And she may. If she wins, her lawsuit against Gov. Michael Dunleavy and his chief of staff, she may be back representing the State of Alaska for the rest of her working life. No administration would ever seek to fire her again.

But no administration would ever trust her to do anything but sit in a corner and sort paper. That's because she can't help herself: She has to vent her vulgarity, and she's making herself wholly unemployable, anywhere:

"They were told I was an invaluable employee and a top-performing attorney, and that it would be a big, BIG mistake to unconstitutionally fire me. They didn't listen. It took me six months, but now, they will feel the wrath of my words and my influence and my activism indefinitely," she wrote on her blog last week.

"They could have had me there, working quietly and diligently to defend their shitty policies to the best of my abilities within the bounds of the constitution. But because they violated the constitution immediately upon taking office and continue to, I will joyfully use my substantial and highly effective platform and all of the intellectual and educational privileges available to me to call out their egregious malfeasance every single fucking day of this disastrous administration," Bakalar continued.

The attorney still doesn't understand why people don't trust her judgment. But she powered on:

"Now I know they got rid of me *because* I am not a yes-woman and was not about to perform legal gymnastics with our democratic institutions in service of their sadistic, unconstitutional bullshit. I could never work for them in a million years."

Bakalar and the ACLU are suing to get her job back, but she can write vulgar commentary about her former bosses as often as she likes because, as a lawyer, she knows whatever she says or does now will not be admissible in court. She's writing it months after she was released from duty.

"Their sadism is unreal and sociopathic. They WANT people to suffer. They WANT to see people hurt. They WANT to damage our constitutional democracy and drive out arts and intellect so that all that's left of Alaska is a smash-and-grab resource colony. They WANT to punish the sick, the poor, and the elderly for being poor, sick, and old," she wrote, before calling her former employers more names:

- amateur hour shitgoblins.
- trifling hos
- cockamamie inept

She argued that she, unlike the Dunleavy Administration, knows how to use social media and she, also unlike the Dunleavy Administration, has "good, longstanding relationships with almost every reporter in the state."

Yes, Bakalar does have good relationships with the mainstream media, and they have been kind to her point of view. She and the mainstream media are the cool kids.










Finally, Bakalar simply resorted to threats, because that's what you do when you have no working filter:

" If you so much as lift a finger to retaliate against other state employees for "resisting" your cockamamie ineptitude I will put you on blast like the Fourth of July. I may have lived my adult life in Alaska but I was born and raised in NYC and you should not have squared up with this bitch," she wrote, possibly addressing her remarks to the Dunleavy Administration … but also possibly addressing her remarks to the universe, because this is a type of rage that needs a much bigger stage.

[Read the ACLU complaint on behalf of Balakar at this link]

**Share this:**

☐ More

**Like this:**

Loading…

.

**Share**

**WRITTEN BY** SUZANNE DOWNING

Suzanne Downing had careers in business and journalism before serving as the Director of Faith and Community-based Initiatives for Florida Gov. Jeb Bush and returning to Alaska to serve as speechwriter for Gov. Sean Parnell. Born on the Oregon coast, she moved to Alaska in 1969.

| Restoring lavish university salaries with Alaskans' PFDs? | MRAK Almanac: Southeast Alaska State Fair |

## Latest Comments

**GARNET / JULY 23, 2019**

Good Lord! From NYC huh? Dare I say "go back to where you came from".

**SEAN P. RYAN / JULY 23, 2019**

There's someone on Twitter who is fond of having a field day with Libby. My favorite was the response to her talking about The Bronx by referencing the song "Jenny from the Block". Priceless.

Here's where this gets tangential. One comment on said Twitter account warned a third user to "don't engage with it" because "it" is "just a faceless keyboard warrior". The person who said this? Jason Grenn. Yep, that guy. Evidently, he must still surround himself with people who strap a rocket to his back on a regular basis, as the reality still hasn't sunk in that one-term state representatives are a dime a dozen. In fact, I would be tempted to play a game where I list all the one-term representatives throughout the state's history and see if anyone can tell me anything whatsoever about at least half of them.



RICHARD RUSSELL / JULY 24, 2019

Sounds like another female from NYC who has put herself in the public eye lately.



SAM TUCK / JULY 23, 2019

She is a troubled soul. We should pray for her.



BEN COLDER / JULY 23, 2019

Now, why would anyone want to fire this fine piece of work? Threats and all. If she doesn't succeed in her quest for revenge, there is no one to blame but herself. Vitriol, vile rhetoric and such never won any awards, to my knowledge. On the other hand, it has won job loss, damage to reputation, dissolution of friendships and general disgust. Keep it up bakalar. Maybe you should try your home state of N.Y.



ROBIN MITCHELL / JULY 23, 2019

Does she realize Governor Dunleavy is originally from New York too?



JOE GELDHOF / JULY 24, 2019

Wait, didn't Big Mike originate in eastern Pennsylvania?



IVAN / JULY 23, 2019


"Vile, vitriolic rhetoric" won Donald Trump the presidency, so.


ROBERT SHORT / JULY 23, 2019

She seems nice.


ADAM / JULY 23, 2019

How terribly offensive! How could anyone describe this governor as "cockamamie inept". Sure, he vetoed the wrong item and cost the state millions. Yes, he's about to eliminate thousands of good working class jobs by playing chicken with federal road monies but that does make him inept! He has *alternative skills*.


WILBUR NELSON / JULY 23, 2019

What Libby is doing wouldn't fly at a Taco Bell.
'One thing to make valid political jabs, completely another to simply register as "stalker girlfriend." Her politics couldn't matter less, she's an extremely unstable person. Her Twitter feed reads like a school shooter's dream diary.


STEVE STINE / JULY 24, 2019

Wilbur…
You do have to wonder what she meant by: "I will put you on blast like the Fourth of July."
Starts to sound a bit threatening? This is Alaska, not some playground in the Bronx.


WILBUR NELSON / JULY 24, 2019

Yes — agreed — the state is *far* too small for whatever she is up to.


ROBERTOE! / JULY 23, 2019

DUDE LOOKS LIKE A LADY?

Case 3:19-cv-00025-JWS   Document 75-20   Filed 08/04/21   Page 5 of 12
EXHIBIT 17
Page 5 of 12



**LAYLA LESLEY / JULY 23, 2019**

Some people may not like how she says things, but Libby speaks the truth. At least we know where she stands. She defends the constitution and interprets the law openly and loudly for herself and others. We need more people like her, not less.



**ED BLISS / JULY 23, 2019**

hahahahahhahahahha – good stuff there



**CINDY MARDEN / JULY 23, 2019**

Amen!



**GARNET / JULY 24, 2019**

Excuse me Layla, but Libby speaks the truth? She might be speaking "her truth" but that doesn't make it "the truth". Big difference.
.
She really should stick to reviewing books. I've never been to her blog before but thought I would check it out myself for giggles. I actually enjoyed reading one of her book reviews. It was clean, intelligent, and interesting. She is quite a wordsmith. Too bad she can't always make her point in a more classy fashion. Maybe more people would actually listen to her. They might not agree with her, but at least they might not change the channel so quickly. Just a thought….



**SHELBS / JULY 23, 2019**

Y'all need to chill! Libby is one of the most GENIUS writers of our time. Incredibly insightful, raw with her truth, and beyond hilarious. I think anyone who takes the time to write a piece about a private citizen whom they do not actually know has a lot of time on their hands which could be better used to self-reflect and gain insight into his/her own shortcomings. Knowing Libby when we were kids, having my own PhD in Psychology, I can assure you that and Libby would run intellectual and comedic circles around just about anyone. Haters should take a step back, breathe, and keep it moving in another direction.



**ED BLISS / JULY 23, 2019**

mercy, you write better than she does! I am greatly comforted by your


own PhD in Psychology and your assurance – thanks for stating that. Otherwise, I would not have given due credit and validity to your post. I'm a chillin'.



**GARNET / JULY 24, 2019**

I just wish the Ph.D. in Psychology would have been posted upfront so I would have stopped reading sooner.



**JEN SULLIVAN / JULY 23, 2019**

Like she has a chance at winning her lawsuit. I actually used to think her blog was pretty funny until it became all trump-this and trump-that. I accidentally clicked on a link to her site the other day and what I read made me sick to my stomach. If what she wrote was true, you'd think the sky is falling and the economy was about to collapse. More liberal BS. I look forward to seeing our Gov's plan come to fruition and getting us back to a stronger Alaska



**ADAM / JULY 23, 2019**

It's not his plan — it's Donna Arduin's. It failed in Michigan. It failed in Kansas. It will fail here.

.

Well, sort of failed. Because it's a card trick. Arduin's not really after a healthy economy, she wants corporations to be in charge and not the public.



**ROBERT / JULY 23, 2019**

Apparently Suzanne Downing can dish out distortion, bias, and moldy talking points from now until Kingdom, but 2 barrels of colorful straight shootin' talk offends her delicate sensibilities? Nice try at misdirection. The actual vulgarity resides in the lies, goals, and methods of the current administration.



**ED BLISS / JULY 23, 2019**

Hey, pass that blunt over, would ya?



**ROBERT / JULY 24, 2019**

Ed Bliss the only thing blunted here your objectivity. Please take your infantile trolling somewhere else.



ROBERT / JULY 24, 2019

Ed Bliss the only thing blunted here is your objectivity. Please take your infantile trolling somewhere else.



GARNET / JULY 25, 2019

Robert, I don't see anywhere in this article where Suzanne states she is "offended". In her line of work I would venture to bet you would have to get up pretty early in the morning to offend her. But, thanks for pointing out what most of us feel when reading the spew of Bakalar. Also, you mention vulgarity in lies of the administration. As far as I can tell, the Governor is doing exactly what he campaigned on. No lie or surprise to me. He said it on the campaign trail and now it is happening and teet suckers are "shocked".



UNION REPUBLICAN / JULY 23, 2019

By all accounts she was a very adept lawyer, nothing but praise from all those that worked around her. Does she come across as brash on her blog, sure. There's a fellow that posts on this site by the name of Art Chance that comes off just as brash, but was a great employee, knew his job and performed it well. This administration screwed up firing her and I'm sure will end up paying her in the end. Put another tick on the list of oopsie's. Sometimes I think of what could have been, where are you Mead? Anyway, I hope this administration gets its act together, or this next election is going to be embarrassing.



ART CHANCE / JULY 24, 2019

I wrote some when I was a State employee, mostly letters and opinion pieces in the Juneau Empire. While I could be snide and condescending, I was never vulgar and I wrote about anything concerning the State I was careful to make the disclaimer that the opinion was mine and did not necessarily reflect the State's position.
She never provided the disclaimer and I believe an AAG is enough of a public figure that their identity is inseparable from their position. She should have been ordered to put a disclaimer on her blog at minimum and I wouldn't have been averse to reining her in just because she was so identifiable with the State even with a disclaimer. And if she didn't want to be reined in, it's pretty easy to dismiss a partially-exempt employee.



MARK R. / JULY 23, 2019


This says more about the hiring practices of the State of Alaska than it does about this person. So the question is: "Who hired this person"?


GARNET / JULY 24, 2019

She says she worked "in government for 12 years" (and implies she's an expert because of that as everyone else is amateur sh*tgoblins and trifling hos). Don't know if that is State of Alaska government or not, but if it was, that puts her squarely being hired either end of Murkowski administration or the start of Palin.


PHYLLIS HOWARD / JULY 23, 2019

But you didn't really say anything here except quote her.


SUZANNE DOWNING (AUTHOR) / JULY 23, 2019

Phyllis – People can discern for themselves. – sd


ROBERT / JULY 24, 2019

Suzanne Downing you are so right! The first thing I learned in Journalism class was that a cherry-picked basket of someone's most outrageous quotes was the best way to promote discernment. Good work as always!


DAVE / JULY 23, 2019

One thing…she is suing us…the taxpayers. So all those rude comments are really directed at us. Appreciate your kind thoughts Libby.


MARGARET / JULY 26, 2019

Great point! Thanks for saying it.


SCOTT REES / JULY 23, 2019



It is great when all you have to do is quote a person and their own words do "all the talking" about said person. And yes, after hearing her revel about her fantastic NY attitude, it is a tempting retort of, "Well, why don't you just go…"



ED BLISS / JULY 23, 2019

I believe it should be https://onehotmessalaska.blogspot.com



SEAN P. RYAN / JULY 23, 2019

One of Libby's tweets yesterday contends that Ben Carpenter is busy "masturbating furiously into a copy of Atlas Shrugged". The "Gov Cumleavy" Twitter account you previously reported on also references Atlas Shrugged. Did Libby just give herself away here or is the Atlas Shrugged thing a talking point?



DAV9 / JULY 24, 2019

Bet you're right!



JAY / JULY 23, 2019

She sound like she lost the best job she will ever have by a long shot and knows it. And those eyes! Is she related to the writing professor? Looks like she stays up late crying or toking. GET SOME SLEEP!



GARNET / JULY 24, 2019

I agree, Jay. She is kicking and screaming like a kid whose mamma said "no" to candy in the check-out line. She said she will never work for this administration so there goes at least the next 3.5 years for her. Guess she's banking on a payout. She better be self-employed because that is all she will get with a mouth like that. I'm not sure the Libs would even want to have that timebomb of nastiness around their place of employment. Blog or no blog…..it is disgusting. A great example for her kid(s)….



GARNET / JULY 23, 2019

Since when is it illegal for an administration to remove and replace at-will employees? It happens in every administration. Funny…I don't recall the outrage in the Walker

Case 3:19-cv-00025-JWS   Document 75-20   Filed 08/04/21   Page 10 of 12

EXHIBIT 17
Page 10 of 12

regime....and he and Byron let plenty go. I wonder why??? Hmmm.......



KATHY / JULY 24, 2019

legislative overspending is the problem we need to address. I support Dunleavy's decision to make as many cuts as are needed, to bring things back into some kind of balance. we all need to demand that the legislature control their spending, and to stop skimming off the cream for themselves.



GLENN OJARD / JULY 24, 2019

Are you worried that if she gets her back pay, your payments from the next Dunleavy campaign will go down?



LARRY ZUCCARO / JULY 24, 2019

Who would have ever thought in a million years Satan's favorite daughter lives right here in Alaska? And Juneau none the less!



ROBERT BIRD / JULY 25, 2019

Ooo, I'm scared! Those Noo Yawka's I guess will show us a thing or two about wordsmithing and intelligence, huh? I can't imagine a better example of the dripping contempt the Two Coasts have for Fly-Over Country. They expect us to imitate their pseudo-sophistication in culture and government. Good thing she came here to enlighten us. I'll say one thing: if there's any criticism for the Dunleavy Admin, she ought to have been better vetted to begin with.
A few years ago I boarded a non-stop from Anc to NYC and had the misfortune to be seated next to two thirty-something women. At first I thought they were locals going to NYC. All they did was bitch about how boring Anc was. Then they talked about how rude someone was at a restaurant. Still thinking they were Anchoragites maybe going to NYC as some place more exciting, I said, "So that waitress was rude, huh? You'd think she was from New York." Then their reply came: "WE'RE from New York, it's Anchorage that is rude."
Need I say more? I am sure that waitress picked up on something about them.



DOUG / JULY 25, 2019

Curious how these silly leftists insist on calling our Constitutional Monarchy a democracy.. shows a total lack of knowledge and this country... and these are the folks that INSIST that only they can run this country..



ROBIN MITCHELL / JULY 28, 2019

I am originally from NY and take the Anchorage to JFK 4 or 5 times a year to visit family, medical care, school.

I can't wait to get back to Alaska. One on one New Yorkers are great people, in a crowd, they are ruthless.

A few years ago with all the Alaska shows they all wanted to come north. Strangely, they were afraid of guns, bears, freedom but, they all thought they could live off the grid and still bring their garbage to the curb for pickup.

I shudder when I hear that more New Yorkers or Californians are looking at Alaska.
Kind of like Little Ethan.



IGNUTZ / JULY 28, 2019

She has lived all her adult life in Alaska holding nothing but contempt for Alaskans. And it finally comes out.

# RELATED POSTS



THE 907
**Veterans Affairs mandates Covid vaccine for workforce**
JULY 26, 2021



TOP NEWS
**'For Coach Barnhart,' East High Thunderbirds rally to come-back victory after learning mid-game of coach's death**
JULY 26, 2021



POLITICS
**License to fish: Kelly Tshibaka participated in charitable fishing classic in 2019**
JULY 26, 2021



MUST READ AMERICA
**Suzanne Downing: Are Americans actually hoping our women's soccer team will lose?**
JULY 25, 2021



COLUMNS
**Dan Fagan: M blitz to demon unvaccinated**
JULY 25, 2021

Case 3:19-cv-00025-JWS   Document 75-20   Filed 08/04/21   Page 12 of 12
EXHIBIT 17
Page 12 of 12