Alaska Department of Administration
## PERSONNEL AND LABOR RELATIONS

FOR EMPLOYEES | FOR ADMIN STAFF | FOR JOB SEEKERS | FOR HR STAFF | SECTIONS | REPORTS | BOARDS

Administration / Personnel and Labor Relations /Classification/ FAQ

# FREQUENTLY ASKED QUESTIONS

[ expand/collapse all ]

## Classification System and Method Questions

1) What is a position?

2) What is a job class?

3) What is a class series?

4) What is the classification plan?

5) What is a pay plan?

6) What is the merit principle?

The merit principle is the foundation on which our system of personnel administration is built. At its most basic the merit principle requires standards for hiring and promoting based on specific, objective qualifications, so that persons best qualified to perform the functions of the State will be employed, and that an effective career service will be encouraged, developed and maintained.

AS 39.25.010(b) defines the merit principle of employment as including:

1. recruiting, selecting, and advancing employees on the basis of their relative ability, knowledge, and skills, including open consideration of qualified applicants for initial appointment;
2. regular integrated salary programs based on the nature of the work performed;
3. retention of employees with permanent status on the basis of the adequacy of their performance, reasonable efforts of temporary duration for correction in inadequate performance, and separation for cause;
4. equal treatment of applicants and employees with regard only to consideration within the merit principles of employment; and
5. selection and retention of an employee's position secure from political influences."

7) What is the Classification method of job evaluation?

8) What factors are considered when classifying a position?

9) What factors are not considered when classifying a position?

10) What are the target Client Service Standards for reviewing and classifying a position?

## Position Description and OPD Questions

11) What is a position description (PD)?

12) When should I update a position description?

13) How do I update a position description?

14) What happens to a position description once it's sent on from the supervisor?

15) What happens to a position description after it gets to classification?

16) What is the difference between a "reclassification" and a "reallocation"?

## Position Change Questions

17) If I disagree with the classification analyst's decision on my position's allocation, how do I contest it?

## Flex/Multiple/Coupled/Parallel/Closely-related Questions

18) What are flexibly-staffed positions?

19) How do I make a position flexibly-staffed?

20) How do I create a training plan and flex criteria?

21) How do I change the levels in a flexibly-staffed position?

22) What are multiple class positions?

23) How do I establish a position with multiple classes?

24) What are coupled class positions?

25) How do I make a position a coupled class?

26) What are parallel job classes?

27) Why does it matter if job classes are parallel?

28) How do I find out if job classes are parallel?

29) What are closely related job classes?

30) Why does it matter if job classes are closely related?

31) How do I find out if job classes are closely related?

## Desk Audits Questions

32) What is a desk audit?

33) How do I prepare for a desk audit?

34) Will my supervisor be present during the desk audit?

35) Can I have my union representative present during the desk audit?

## Class Studies Questions

36) What is a class study?

37) How do I get my job class studied?

38) Will I be audited during a class study?

39) I don't want to be in the class study, can I opt-out?

40) Why do class studies take so long?

## Additional Information

41) What is the Point Factor method of job evaluation?

42) What if I have a question that isn't answered here?

### CLASSIFICATION
CLASS SPECIFICATIONS
CLASS-SPECIFIC GUIDES
CLASSIFICATION STUDIES
ONLINE POSITION DESCRIPTION (OPD)
CONTACT US

### CLASSIFICATION FAQS
ALLOCATING POSITIONS
COMPENSATION CONCERNS
LICENSING CHANGES
RECRUITMENT CONCERNS
REGULATION CHANGES
TRAINING CHANGES
TURNOVER CONCERNS
WORK CHANGES

### RESOURCES AND GUIDANCE
**Resources**
- Class Outline
- Classification Glossary
- Classification Resources
- OPD Submission Checklist (PDF)
- OPD Submission Checklist (DOCX)

**Rules & Reference Tables**
- AAM 130 - Classification & Pay (PDF)
- Bargaining Unit Contracts
- Geographic Location Codes (PDF)
- Geographic Location Codes (XLSX)
- Personnel Rules
- Salary Schedules

**Mission Statement**

**Personnel**
Provide policy, consultative guidance, and direct human resource services to State of Alaska Executive Branch agencies.

**Labor Relations**
Our mission is to achieve the purposes of the Public Employment Relations Act by acting as the executive branch representative in contract negotiations and contract administration matters.

- Accessibility
- EEO
- Contact
- Site Map
- Report Fraud

State of Alaska Department of Administration
Division of Personnel and Labor Relations

Mailing Address:
PO Box 110201
Juneau, AK 99811

Physical Address:
(No US mail delivery)
10th Fl. State Office Building
333 Willoughby Ave., Juneau, AK

Phone: (907) 465-4430
Fax: (907) 465-3415

State of Alaska   myAlaska   Departments   State Employees

COPYRIGHT © STATE OF ALASKA · DEPARTMENT OF ADMINISTRATION · EMAIL THE WEBMASTER

Case 3:19-cv-00025-JWS   Document 75-42   Filed 08/04/21   Page 1 of 1

Bakalar v Dunleavy
011
3:19-cv-00025-JWS

EXHIBIT 39
Page 1 of 1