Mark Choate, AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Tel: (907) 586-4490
Fax: (206) 424-9705
Email: lawyers@choatelawfirm.com

Amanda Harber, 1011119
49th State Law LLC
P.O. Box 661
Soldotna, AK 99669
Phone: (907) 545-4435
E-mail: amanda@49thstatelaw.com

Adam W. Hansen* pro hac vice forthcoming
Eleanor Frisch*     pro hac vice forthcoming
Apollo Law LLC
333 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Phone: (612) 927-2969
E-mail: adam@apollo-law.com
        eleanor@appollo-law.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>　　　　Defendants. | Case No. 3:19-CV-00025-JWS<br><br>**BAKALAR'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

CROSS-MOTION FOR SUMMARY JUDGMENT                    CHOATE LAW FIRM LLC
*Bakalar v. Dunleavy et al.,* Case No. 3:19-cv-00025                 424 N. Franklin Street
Page 1 of 2                                                           Juneau, AK 99810
                                                                      (907) 586-4490

Case 3:19-cv-00025-JWS   Document 76   Filed 08/04/21   Page 1 of 2

Elizabeth Bakalar, through counsel, pursuant to FRCP 56 submits her cross-motion for summary judgment on all issues in this matter. Bakalar incorporates by reference her brief in support of Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment at Dkt. 75 with accompanying affidavits, declarations and exhibits.

Dated this 4th day of August, 2021.

/s/ Mark Choate
Mark Choate, 8011070
Choate Law Firm LLC
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
E-mail: lawyers@choatelawfirm.com

/s/ Adam W. Hansen
Adam W. Hansen*
Eleanor Frisch*
Apollo Law LLC
333 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Phone: (612) 927-2969
E-mail: adam@apollo-law.com

*pro hac vice forthcoming

/s/ Amanda Harber
Amanda Harber, 1011119
49th State Law LLC
P.O. Box 661
Soldotna, AK 99669
Phone: (907)
E-mail: amanda@49thstatelaw.com

CROSS-MOTION FOR SUMMARY JUDGMENT
*Bakalar v. Dunleavy et al.,* Case No. 3:19-cv-00025
Page 2 of 2

CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99810
(907) 586-4490

Case 3:19-cv-00025-JWS   Document 76   Filed 08/04/21   Page 2 of 2