# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

ELIZABETH BAKALAR,

    Plaintiff,

vs.

MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,

    Defendants.

Case No. 3:19-cv-00025-JWS

**ORDER GRANTING JOINT MOTION RE SUMMARY JUDGMENT BRIEFING AND DISCOVERY DEADLINES**

Upon consideration of the Parties' Joint Motion Re Summary Judgment Briefing and Pretrial Deadlines, the joint motion is GRANTED. It is ordered that:

By September 17, 2021, Defendants shall file a combined reply in support of their summary judgment motion (Dkt. 56) and opposition to Plaintiff's summary judgment motion (Dkt. 76).

By October 8, 2021, Plaintiff shall file her reply in support of her summary judgment motion.

Within 10 days of Court's final ruling on the summary judgment motions, the Parties shall submit a schedule containing deadlines for completion of discovery and filing of motion in limine. Such schedule should be approximately 60 days.

IT IS SO ORDERED this 20th day of August, 2021, at Anchorage, Alaska.

*/s/ John W. Sedwick*
JOHN W. SEDWICK
Senior United States District Judge

*Bakalar v. Dunleavey, et al.*                                                  Case No. 3:19-cv-00025-JWS
Order Granting Joint Motion re Summary Judgment Briefing and Discovery Deadlines      Page 2
Case 3:19-cv-00025-JWS    Document 83    Filed 08/20/21    Page 2 of 2