Brewster H. Jamieson, ABA No. 8411122
Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 907.264.3325
           907.264.3303
Email:    jamiesonb@lanepowell.com
           baylousm@lanepowell.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>                            Plaintiff,<br><br>v.<br><br>MICHAEL J. DUNLEAVY; in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>                            Defendants. | Case No. 3:19-cv-00025-JWS<br><br>**SUPPLEMENTAL DECLARATION<br>OF MICHAEL B. BAYLOUS** |

      I, Michael B. Baylous, declare as follows:

      1.      Attached as Exhibit AM is a the transcript of the April 29, 2021 Deposition of Joanne Grace.

      2.      Attached as Exhibit AN is a copy of an email sent on July 18, 2017, from Elizabeth Bakalar to her colleagues.

      3.      Attached as Exhibit AO are copies of emails sent on February 16, 2017, and February 27, 2017, from Elizabeth Bakalar to her colleagues regarding the independent personnel investigation.

      4.      Attached as Exhibit AP is the transcript of the April 22, 2021 Deposition of Tuckerman Babcock.

5. Attached as Exhibit AQ are copies of the following posts from Elizabeth Bakalar's blog titled One Hot Mess:

The September 18, 2018 post titled *The Kavanaugh Circus All Boils Down to One Word: Entitlement.* (https://onehotmessalaska.blogspot.com/2018/09/the-kavanaugh-circus-all-boils-down-to.html?m=1)

The October 2, 2018 post titled *This is the Letter Hundreds of Alaskan Women Lawyers Who Oppose Kavanaugh Will Be Signing Shortly.* (https://onehotmessalaska.blogspot.com/2018/10/this-is-letter-hundreds-of-alaskan.html)

The September 24, 2018 titled *I Have a Leaked Diary Entry from 1982 Brett Kavanaugh!.* (https://onehotmessalaska.blogspot.com/2018/09/i-have-leaked-diary-entry-from-1982.html)

The October 5, 2018 post titled *A New Sisterhood and the Meaning of No.* (https://onehotmessalaska.blogspot.com/2018/10/a-new-sisterhood-and-meaning-of-no.html)

The September 16, 2018 post titled *Nothing Will Ever Come of This, Because No One With Any Power Gives a Shit.* (https://onehotmessalaska.blogspot.com/2018/09/nothing-will-ever-come-of-this-because.html)

The September 28, 2018 post titled *It Feels Extra Bad Being a Woman Lawyer This Week.* (https://onehotmessalaska.blogspot.com/2018/09/it-feels-extra-bad-being-woman-lawyer.html)

The September 25, 2018 post titled *Steff McKee for SCOTUS!.* (https://onehotmessalaska.blogspot.com/2018/09/steff-mckee-for-scotus.html)

The October 31, 2018 post titled *The Apollo 11 Landing of Self-Owns.* (https://onehotmessalaska.blogspot.com/2018/10/the-apollo-11-landing-of-self-owns.html)

The August 14, 2019 post titled *The Domestic Violence-Cruelty Model of Governing.*(https://onehotmessalaska.blogspot.com/2019/08/the-domestic-violence-cruelty-model-of.html)

The August 29, 2019 post titled *Yay! These Parakeets Were an Epic Fail and Source Number 5,462 of Self-Loathing*.(https://onehotmessalaska.blogspot.com/2019/08/yay-these-parakeets-were-epic-fail-and.html)

5. Attached as Exhibit AR is a copy of an October 8, 2018 email titled "More Bakalar Issues – For AG."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED: September 24, 2021

By  s/Michael B. Baylous
Michael B. Baylous, ABA No. 0905022

I certify that on September 24, 2021, a copy of
the foregoing was served electronically on:

Mark Choate, mark@choatelawfirm.com [ECF]

Amanda Harber, Amanda.harber@gmail.com [ECF]

Adam Hansen adam@apollow-law.com [ECF]

s/Michael B. Baylous