Grace, Joanne M (LAW)
_____

**From:** Bakalar, Elizabeth M (LAW)
**Sent:** Monday, February 27, 2017 10:49 AM
**To:** Lindemuth, Jahna M (LAW); Cantor, James E (LAW); DeVries, Steven D (LAW); Vandor, Marjorie L (LAW); Grace, Joanne M (LAW)
**Cc:** Jim Sheehan (jsheehan@stsl.com)
**Subject:** RE: Independent Personnel Investigation and Retention of Counsel
**Attachments:** IMG_5493.png

All,

I have an important follow-up that I think you should know about—and that Mr. Evans should know about--because it affects our entire Department, and I want this email and the attachment made part of the official record of Mr. Evans' "investigation." I know for a fact that Ms. Driscoll-Stroup is behind the attack on my job via the Legislature. Rick Allen from OPA forwarded me the attached screenshot of Ms. Driscoll-Stroup's Facebook status attacking other "top appellate attorneys" in our office. She is not going to stop with me.

And while it might be politically expedient/necessary to "investigate" me, it won't be economical to spend thousands of dollars doing this to every lawyer in our office at the whim of a lunatic, whether she has the ear of the legislature or not. I just want you to understand who you are dealing with here, and that others could be impacted, as I have been.

I will add that this entire situation is making me incredibly stressed out and it is creating a very difficult work environment for me. I am having trouble eating, sleeping, and generally remaining sane and calm throughout this, much less focused on my work which I am doing my best to continue undistracted. I am crying at my desk every day. I have no idea when this investigation is starting or when it will end.

I feel like this is a LOT of indignity and uncertainty for a good employee to suffer, and while I understand why it's happening, I would also hate to see others—apparently many of our best lawyers per Ms. Driscoll-Stroup herself—go through the same thing at the instigation of one individual with a vendetta that she appears completely unwilling to abandon.

Thanks,

Libby

_____

**From:** Bakalar, Elizabeth M (LAW)
**Sent:** Thursday, February 16, 2017 2:36 PM
**To:** Lindemuth, Jahna M (LAW); Cantor, James E (LAW); DeVries, Steven D (LAW); Vandor, Marjorie L (LAW)
**Cc:** Jim Sheehan (jsheehan@stsl.com)
**Subject:** Independent Personnel Investigation and Retention of Counsel

All,

Margie and Jim came to my office this morning to inform me that a contract is underway at the instigation of several legislators and one of their constituents into my popular blog, One Hot Mess. The purpose, as I understand it, is to conduct an independent personnel investigation into my blogging activities and its relationship to my work life, a relationship which is of course non-existent. My understanding is that the person who is being hired to conduct this investigation is an employment attorney named Bob Evans, whom I do not know.

1

Exhibit AO
Page 1 of 2

I have reason to believe that this complaint has been initiated by a long-time online reader/stalker of One Hot Mess named Nancy Driscoll-Stroup. Ms. Stroup is an under-employed attorney living in the Mat-Su Valley, has documented white supremacist leanings, and has taken similar actions against other people with whom she disagrees to the point that she succeeded in getting her children expelled from the Valley Charter School based on her harassing conduct. She also initiated a similar personnel action this year against a federal law clerk, who was subsequently hospitalized with a mental health breakdown (though not ultimately disciplined to my knowledge) as a result of the "investigation" into the intersection of her work life and her so-called "political" beliefs, as initiated by Ms. Driscoll-Stroup.

I will not be bullied and threatened by this individual, or by anyone.

Regardless of the origins of the complaint, based on our conversation this morning, it is my understanding that you are not asking me to stop blogging on my own time or to take down my blog, and I have no intention of doing either. It is also my position that I do not use state time and resources beyond any *deminimus* level to look at, read, or write my blog notwithstanding the time stamps on some of the posts, for which there is a ready explanation that I will be happy to share with Mr. Evans.

It is further my position that I am a productive and valued member of this Department, just promoted to an Attorney V in December, with an excellent relationship to almost all my co-workers and every last one of my clients throughout my ten plus years at the Department and my three plus years of writing my blog. It is further my position that I have a First Amendment right to my beliefs and all of my writings on my own time. I have many references who would vouch for me and I plan to share their names with the investigator should he request them.

That said, I am taking this situation seriously. At this time, I have retained an attorney, Jim Sheehan, of Simpson, Tillinghast, Sorensen and Sheehan to represent me on all matters related to this "investigation" and its ultimate outcome. I have copied him on this email. Please pass on this information to Mr. Evans, who can reach me through Mr. Sheehan at the above email and at (907) 586-1400.

I fully plan to cooperate with Mr. Evans, but not without my attorney present.

Sincerely,

Libby

Libby Bakalar
Assistant Attorney General
State of Alaska
Department of Law
Labor & State Affairs
Tel: (907) 465-3600
Fax: (907) 465-2520

2

**Exhibit AO**
**Page 2 of 2**

Case 3:19-cv-00025-JWS   Document 87-3   Filed 09/24/21   Page 2 of 2