Mark C. Choate, AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile: (206) 424-9705
Email: lawyers@choatelawfirm.com

Amanda J. Harber, AK #1011119
P.O. Box 661
Soldotna, AK 99669
Tel: (907) 545-4435
Email: amanda@49thstatelaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>               Plaintiff,<br>vs.<br><br>MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>               Defendants. | Case No. 3:19-cv-00025 JWS |

## ORDER GRANTING
## UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE REPLY TO OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT

ORDER GRANTING UNOPPOSED MOTION
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 1 of 2

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com

The court having reviewed the Plaintiff's Unopposed Motion for Extension of Time to File Reply to Opposition Plaintiff's Cross-Motion for Summary, and being otherwise duly informed in the premises;

IT IS HEREBY ORDERED that plaintiff's unopposed motion is granted and plaintiff shall file her Reply to Opposition to Plaintiff's Cross-Motion for Summary Judgment on or before October 25, 2021

Dated: _____.

_____
Honorable John W. Sedwick
District Court Judge

ORDER GRANTING UNOPPOSED MOTION
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 2 of 2

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com