Mark C. Choate, AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile: (206) 424-9705
Email: lawyers@choatelawfirm.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>                Defendants. | Case No. 3:19-cv-00025 JWS |

**PLAINTIFF'S SECOND UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE REPLY
IN SUPPORT OF HER CROSS-MOTION FOR SUMMARY JUDGMENT**

      Plaintiff moves for a second unopposed extension of time to file her Reply in Support of Plaintiff's Cross-Motion for Summary Judgment. Plaintiff's Reply is currently due October 22, 2021. Given this court's decision in *Blanford v. Dunleavy,* Case No. 3:19-cv-

SECOND UNOPPOSED MOTION FOR REPLY X-MSJ
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 1 of 3

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com

Case 3:19-cv-00025-JWS   Document 91   Filed 10/19/21   Page 1 of 3

00036-JWS which has many parallel issues to this matter, and plaintiff counsels' schedules, it requested that the court extend the time for the Reply to November 23, 2021. That will conclude dispositive motions in the liability phase of this case. Counsel for defendants do not oppose this requested extension.

Dated: October 19, 2021, at Juneau, Alaska.

CHOATE LAW FIRM LLC
Attorneys for Plaintiff

*/s/ Mark Choate*

By: Mark Choate, 8011070

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing
was sent to counsel of record on October 18, 2021
via USDC CM/ECF:

| | |
|---|---|
| Amanda J. Harber, AK #1011119<br>49th State Law<br>P.O. Box 661<br>Soldotna, AK 99669<br>Tel: (907) 420-4290<br>Email: amanda@49thstatelaw.com | Plaintiff's Co-counsel |

Adam W. Hansen, Pro Hac Vice
Eleanore Frisch, Pro Hac Vice
Apollo Law LLC
333 Washington Ave. N., Ste. 300
Minneapolis, MN 55401
(612) 927-2969

SECOND UNOPPOSED MOTION FOR REPLY X-MSJ
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 2 of 3

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com

Case 3:19-cv-00025-JWS   Document 91   Filed 10/19/21   Page 2 of 3

adam@apollo-law.com
eleanor@apollo-law.com

Brewster H. Jamieson, #8411122          Counsel for Defendants
Peter C. Partnow, #7206029
Michael B. Baylous, #0905022
LANE POWELL LLC
1600 A Street, #304
Anchorage, AK 99501
Tel: (907) 264-3325
Tel: (907) 264-3317
Tel: (907) 264-3303
Fax: (907) 276-2631
Email: jamiesonb@lanepowell.com
Email: partnowp@lanepowell.com
Email: baylousm@lanepowell.com
Email: caudelj@lanepowell.com
Email: rustonr@lanepowell.com

*/s/ Mark Choate*

_____
Choate Law Firm LLC

SECOND UNOPPOSED MOTION FOR REPLY X-MSJ      CHOATE LAW FIRM LLC
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS      424 N. Franklin St. Juneau, Alaska 99801
Page 3 of 3      Tel: (907) 586-4490 Fax: (206) 424-9705
     lawyers@choatelawfirm.com

Case 3:19-cv-00025-JWS   Document 91   Filed 10/19/21   Page 3 of 3