Mark C. Choate, AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile: (206) 424-9705
Email: lawyers@choatelawfirm.com

Amanda J. Harber, AK #1011119
P.O. Box 661
Soldotna, AK 99669
Tel: (907) 545-4435
Email: amanda@49thstatelaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>    Defendants. | Case No. 3:19-cv-00025 JWS |

**PLAINTIFF'S MOTION TO ACCEPT OVERLENGTH REPLY BRIEF**

PLAINTIFF'S MOTION TO ACCEPT OVERLENGTH REPLY BRIEF
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 1 of 3

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com

Case 3:19-cv-00025-JWS   Document 94   Filed 11/22/21   Page 1 of 3

Plaintiff moves for an order accepting her overlength reply brief. Plaintiff's Reply Brief is 29 pages instead of the allowed 20 pages. Given the importance of the issues in this matter, the brief required additional argument so as to address the legal claims for which the plaintiff seeks summary judgment.

Dated: November 22, 2021, at Juneau, Alaska.

CHOATE LAW FIRM LLC
Attorneys for Plaintiff

*/s/ Mark Choate*

By: Mark Choate, 8011070

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing
was sent to counsel of record on November 22, 2021
via USDC CM/ECF:

| | |
|---|---|
| Amanda J. Harber, AK #1011119<br>49th State Law<br>P.O. Box 661<br>Soldotna, AK 99669<br>Tel: (907) 420-4290<br>Email: amanda@49thstatelaw.com | Plaintiff's Co-counsel |
| Brewster H. Jamieson, #8411122<br>Peter C. Partnos, #7206029<br>Michael B. Baylous, #0905022<br>LANE POWELL LLC<br>1600 A Street, #304<br>Anchorage, AK 99501 | Counsel for Defendants |

PLAINTIFF'S MOTION TO ACCEPT OVERLENGTH REPLY BRIEF
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 2 of 3

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com

Case 3:19-cv-00025-JWS   Document 94   Filed 11/22/21   Page 2 of 3

Tel: (907) 264-3325
Tel: (907) 264-3317
Tel: (907) 264-3303
Fax: (907) 276-2631
Email: jamiesonb@lanepowell.com
Email: partnowp@lanepowell.com
Email: baylousm@lanepowell.com
Email: caudelj@lanepowell.com
Email: rustonr@lanepowell.com

*/s/ Mark Choate*

_____
Choate Law Firm LLC

PLAINTIFF'S MOTION TO ACCEPT OVERLENGTH REPLY BRIEF
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 3 of 3

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com

Case 3:19-cv-00025-JWS   Document 94   Filed 11/22/21   Page 3 of 3