Mark C. Choate, AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile: (206) 424-9705
Email: lawyers@choatelawfirm.com

Amanda J. Harber, AK #1011119
P.O. Box 661
Soldotna, AK 99669
Tel: (907) 545-4435
Email: amanda@49thstatelaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>    Defendants. | Case No. 3:19-cv-00025 JWS |

**JOINT RESPONSE TO ORDER AT DOCKET 99 TO SUBMIT PROPOSED
PRE-TRIAL DEADLINES**

JOINT RESPONSE TO ORDER DKT 99 WITH PROPOSED
PRE-TRIAL DEADLINES
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 1 of 2

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com

Case 3:19-cv-00025-JWS   Document 100   Filed 02/22/22   Page 1 of 2

The parties conferred and jointly respond to the Order at Docket 99, proposing the following remaining pre-trial deadlines:

| | |
|---|---|
| Final Damages witness lists | April 4, 2022 |
| Expert Report disclosures | June 17, 2022 |
| Deadline completion of discovery | August 15, 2022 |
| Discovery Motions Deadline | September 9, 2022 |
| Dispositive Motions re damages | September 9, 2022 |
| Motions in Limine | October 7, 2022 |

Dated: February 22, 2022

CHOATE LAW FIRM LLC
Attorneys for Plaintiff

*/s/ Mark Choate*

By: Mark Choate, 8011070

Dated: February 22, 2022

LANE POWELL LLC
Attorneys for Defendant

*/s/ Brewster H. Jamieson*

By: Brewster H. Jamieson, #8411122

JOINT RESPONSE TO ORDER DKT 99 WITH PROPOSED PRE-TRIAL DEADLINES
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 2 of 2

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com

Case 3:19-cv-00025-JWS   Document 100   Filed 02/22/22   Page 2 of 2