Mark C. Choate, AK #8011070
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile: (206) 424-9705
Email: lawyers@choatelawfirm.com

Amanda J. Harber, AK #1011119
P.O. Box 661
Soldotna, AK 99669
Tel: (907) 545-4435
Email: amanda@49thstatelaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

|  |  |
|---|---|
| ELIZABETH BAKALAR,<br><br>　　　　　Plaintiff,<br>vs.<br><br>MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br>　　　　　Defendants. | Case No. 3:19-cv-00025 JWS |

## STIPULATION FOR 90 DAY EXTENSION OF PRE-TRIAL DEADLINES

The parties have been working towards narrowing issues that the court needs to decide in this matter. Depositions needed by the defense have been delayed because

STIPULATION FOR 90 DAY EXTENSION OF PRE-TRIAL
DEADLINES
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 1 of 2

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com

plaintiff's counsel, Mark Choate, had a medical emergency arise that required cardiac surgery in late May and limited work for a period of time after that. Those depositions need to be completed and the parties want to continue to work on identify issues that will need to be decided by motion practice. The parties request the court extend the following remaining pre-trial deadlines:

| | |
|---|---|
| Deadline completion of discovery | November 14, 2022 |
| Discovery Motions Deadline | December 9, 2022 |
| Dispositive Motions re damages | December 9, 2022 |
| Motions in Limine | January 9, 2023 |

Dated: August 12, 2022

CHOATE LAW FIRM LLC
Attorneys for Plaintiff

*/s/ Mark Choate*

_____
By: Mark Choate, 8011070

Dated: August 12, 2022

LANE POWELL LLC
Attorneys for Defendant

*/s/ Brewster H. Jamieson*

_____
By: Brewster H. Jamieson, #8411122

STIPULATION FOR 90 DAY EXTENSION OF PRE-TRIAL DEADLINES
*Bakalar v. Dunleavy, et al.* Case No. 3:19-cv-00025 JWS
Page 2 of 2

CHOATE LAW FIRM LLC
424 N. Franklin St. Juneau, Alaska 99801
Tel: (907) 586-4490 Fax: (206) 424-9705
lawyers@choatelawfirm.com