IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH BAKALAR,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. DUNLEAVY, in his individual and official capacities; TUCKERMAN BABCOCK; and the STATE OF ALASKA,<br><br>        Defendants. | Case No. 3:19-cv-00025-JWS<br><br>**ORDER GRANTING STIPULATION FOR 90-DAY EXTENSION OF PRETRIAL DEADLINES** |

Upon consideration of the Parties' Stipulation for 90-Day Extension of the Pretrial Deadlines, the Court hereby ORDERS the following pretrial deadlines:

| | |
|---|---|
| Deadline Completion of Discovery | November 14, 2022 |
| Discovery Motions Deadline | December 9, 2022 |
| Dispositive Motions re Damages | December 9, 2022 |
| Motions *in Limine* | January 9, 2023 |

IT IS SO ORDERED this 15th day of August, 2022, at Anchorage, Alaska.

                                                  */s/ John W. Sedwick*
                                                  JOHN W. SEDWICK
                                    Senior United States District Judge